# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>WHITING PETROLEUM CORPORATION, *et al.*,[1]<br><br>       Debtors. | § § § § § § § § § | Chapter 11<br><br>Case No. 20-32021 (DRJ)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE UNDER FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

The Ad Hoc Committee of Noteholders, by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> John F. Higgins
> Eric M. English
> Genevieve M. Graham
> Porter Hedges LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 226-6248 (fax)
> jhiggins@porterhedges.com
> eenglish@porterhedges.com
> ggraham@porterhedges.com

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

10517020v1

Andrew N. Rosenberg
Alice Belisle Eaton
Michael M. Turkel
Omid Rahnama
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990 (fax)
arosenberg@paulweiss.com
aeaton@paulweiss.com
mturkel@paulweiss.com
orahnama@paulweiss.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of the Ad Hoc Committee of Noteholders (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, setoffs, or recoupments to which the Ad Hoc

10517020v1

Committee of Noteholders is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 1st day of April 2020.

/s/ John F. Higgins
John F. Higgins
State Bar No. 09597500
Eric M. English
State Bar No. 24062714
Genevieve M. Graham
State Bar No. 24085340
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
eenglish@porterhedges.com
ggraham@porterhedges.com

and

Andrew N. Rosenberg*
Alice Belisle Eaton*
Michael M. Turkel*
Omid Rahnama*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757-3990 (fax)
arosenberg@paulweiss.com
aeaton@paulweiss.com
mturkel@paulweiss.com
orahnama@paulweiss.com

*Pending Pro Hac Vice

**COUNSEL FOR THE AD HOC COMMITTEE OF NOTEHOLDERS**

10517020v1

## **CERTIFICATE OF SERVICE**

   This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 1, 2020.

                  /s/ *John F. Higgins*
                  John F. Higgins