| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32021 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Whiting Petroleum Corporation, et al. | |

This lawyer, who is admitted to the State Bar of ___New Jersey and New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Glenn Siegel<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0600<br>212-309-6780 / glenn.siegel@morganlewis.com<br>NJ 088361983; NY 1843820 |
|---|---|

Seeks to appear as the attorney for this party:

| Bank of New York Mellon Trust Company, N.A. |
|---|
| Dated: April 6, 2020    Signed: /s/ Glenn Siegel |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                             United States Bankruptcy Judge