

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF

ENTERED
04/13/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32021 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Whiting Petroleum Corporation, et al | |

This lawyer, who is admitted to the State Bar of  New York, District of Columbia, and Ohio :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David E. Kronenberg<br>Sidley Austin LLP<br>1501 K Street, N.W., Suite 600<br>Washington, DC 20005<br>(202) 736-8043<br>NY # 4603551 / D.C. # 1031505 / Ohio # 0095364 |
|---|---|

Seeks to appear as the attorney for this party:

BNN Western, LLC, BNN North Dakota, LLC, Tallgrass Midstream, LLC, Trailblazer Pipeline Company LLC, Buckhorn SWD Solutions, LLC and Buckhorn Energy Services, LLC

Dated: April 10, 2020     Signed: /s/ David E. Kronenberg

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                    Deputy Clerk

Order   (Docket No. 129)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  April 13, 2020**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**