

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/27/2020

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WHITING PETROLEUM | § | Case No. 20-32021 (DRJ) |
| CORPORATION, et al,,[1] | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER DENYING JAMEX MARKETING, LLC'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(Docket No. 196)

Before the Court is Jamex Marketing, LLC's ("Jamex") Emergency Motion for Relief from the Automatic Stay. Upon consideration, the Court finds that there no demonstrable emergency except arguably that which is self-created. The motion is denied without prejudice.

**Signed:  April 27, 2020.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.