**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 20-32021 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors' management, with the assistance of the Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by Correne S. Loeffler, Chief Financial Officer of Debtors Whiting Petroleum Corporation and Whiting Oil and Gas Corporation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

Accordingly, in reviewing and signing the Schedules and Statements, Ms. Loeffler necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors.  Ms. Loeffler has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements.  Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.   ***Description of Cases***.  On April 1, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re Whiting Petroleum Corporation., et al.*, Case No. 20-32021 (DRJ) (Bankr. S.D. Tex.) [Docket No. 15].  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 10, 2020, the United States Trustee for the Southern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 127].

2.   ***"As Of" Information Date***.  To the best of the Debtors' knowledge, the information provided herein represents the asset data, including available cash, of the Debtors as of the Petition Date.  All other information including trade liabilities and principal and accrued interest on funded debt are provided as of the Petition Date.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.   ***General Reservation of Rights***.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including: the right to amend the Schedules and Statements with respect to any claim (each a "Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements

as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.  ***Basis of Presentation***.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually.  Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").  Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

5.  ***Confidential or Sensitive Information***.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual.  In addition, the very existence of certain agreements is (by the terms of such agreements) confidential.  These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable.  The alterations or redactions are limited only to what the Debtors believe is necessary to protect the Debtor or the applicable third-party.

6.  ***Causes of Action***.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on

3

contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

In the ordinary course of their business, from time to time, the Debtors become involved in litigation and informal disputes among third parties because the Debtors may hold funds on account of mineral or other interests that are the subject of the dispute. When such litigation or informal disputes arise, the Debtors hold the relevant funds in suspense. Upon the conclusion or settlement of the litigation matter or informal dispute, as evidenced by entry of a court order or execution of a settlement agreement or similar evidence of properly cured title, or mutual informal agreement, the Debtors release the funds in question to the appropriate third party. Because these funds may not be property of their estates, the Debtors do not believe they have any liability on account of such litigation, and such informal disputes are not included in the Schedules and Statements.

There are certain parties who may hold potential escheatment claims or claims for funds held in suspense against the Debtors. These parties received notice of the Schedules, commencement of these chapter 11 cases, and the claims bar date. However, such claims are not disclosed in the Schedules to the extent that the Debtors lack sufficient information about the escheatment.

7.  **_Recharacterization_**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements. Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

8.  **_Court Orders_**.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, royalty holders, potential lien holders and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements. Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate, or to take other action as is necessary and appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

9.      ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10.     ***Excluded Assets and Liabilities***.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.  Finally, certain liabilities authorized to be paid pursuant to the First Day Orders are excluded from the Schedules and Statements.

11.     ***Intellectual Property Rights.***  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, otherwise have not expired by their terms, or have not been assigned or otherwise.

12.     ***Property and Equipment***.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

13.     ***Intercompany Payables and Receivables***.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

14.     ***Estimates***.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15.     ***Fiscal Year***.  Each Debtor's fiscal year ends on December 31.

16.     ***Currency***.  All amounts are reflected in U.S. dollars.

17.     ***Executory Contracts***.  Although the Debtors have made diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than listed herein.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

18.     ***Leases***.  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other property interests and equipment from third-party lessors for use in the daily operation of their business.  Any known prepetition obligations of the Debtors' pursuant to the same have been listed on Schedule F, the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A.  Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

19.     ***Insiders***.  The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."  As to each Debtor, an individual or entity is designated as an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiably dictate corporate policy and the disposition of corporate assets.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for:  (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

20. ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

21. ***Unliquidated Claim Amounts***.  Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

22. ***Undetermined Amounts***.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

23. ***Setoffs***.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, negotiations, and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

24. ***Credits and Adjustments***.  The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

25. ***Payments***.  Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the Debtors' *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 8]).  Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their

7

Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

26. ***Restricted Stock Awards and Restricted Stock Units.***  In the ordinary course of business, the Debtors award certain restricted stock awards and restricted stock units to employees as part of such employees' compensation.  Because these awards represent interests in the Debtors, not claims, the Debtors have not listed such restricted stock awards or restricted stock units in the Schedules and Statements.

27. ***Guaranties and Other Secondary Liability Claims***.  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedule G.  The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

28. ***Consolidated Identification of Interests***.  As set forth above, the Schedules and Statements, in various instances, call for information that, if provided, would disclose the identities and personal contact information of certain individuals.  The Debtors elected to present such sensitive information as consolidated line items of similar interests.  The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' propriety information.

29. ***Mechanics' Liens***.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialmans', or other similar statutory liens.  Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

30. ***Global Notes Control***.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

31. ***Schedule A/B.***  Real property is reported at book value, net of accumulated depreciation on buildings and improvements.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors

reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

Under applicable state law, certain oil and gas leases, royalty interests, overriding royalty interests, non-executive mineral interests, non-participating royalty interests, rights of way, and easements are real property interests in law. The Debtors have included information about the instruments governing such interests on Schedule A, but have not duplicated such leases on Schedule G regardless of whether such instruments may be considered executory contracts within the meaning of section 365 of the Bankruptcy Code.

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

There are certain parties who may hold potential escheatment claims or claims for funds held in suspense against the Debtors. These parties received notice of the Schedules, commencement of these chapter 11 cases, and the claims bar date. However, such claims are not disclosed in the Schedules to the extent that the Debtors lack sufficient information about the escheatment.

32.    ***Schedule A/B 3.*** Amounts listed reflect the bank balance not the net book value. Bank account balances listed in Part 1 represent the balance as of March 31, 2020.

33.    ***Schedule A/B 11.*** In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month for revenue and 90 to 120 days following the end of a production month for joint interest billing. The timeframe to calculate a net proceed for a given production month requires the following steps: (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross

sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to mineral and other interest owners. Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

34.     Schedule *A/B 55.* In instances where the Debtors were unable to determine which Debtor is the owner, lessor, or lessee of a building, other improved real estate, or land, the Debtors have listed such building, other improved real estate, or land on Schedule A/B for Debtor Whiting Oil and Gas Corporation.

35.     ***Schedule A/B 72.*** The Debtors file federal taxes on a consolidated basis. Net operating losses ("NOLs") and general business credit carryforwards are available to offset taxable income or reduce the tax liability of the consolidated group, of which Whiting Petroleum Corporation is the parent. Amounts listed for federal NOLs and general business credit carryforwards are based on the Debtors' reasonable estimates.

36.     ***Schedule A/B 77.*** Certain of the Debtors, list an aggregate value of oil and natural gas properties held by the applicable Debtor. Oil and gas properties are comprised of both proved and unproved properties. Due to the voluminous nature of the numerous assets associated with these properties, including, but not limited to, leases, materials, and equipment, the Debtors have not provided an enumerated list of the individual assets, other than leases, which are set forth in Schedule A/B 55.

37.     ***Schedule D.*** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents or indenture trustees have been listed for purposes of Schedule D.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

38.  ***Schedule E/F, Part 1:  Creditors Holding Priority Unsecured Claims.***  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.  All claims listed on the Debtors' Schedule E/F are claims arising from tax, wage, or wage-related obligations to which the Debtors may potentially be liable.  Certain of such claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F.  Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues. Additionally, as more fully set forth in the Debtors' *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 6], claims against the Debtors on account of wage or wage-related obligations to independent contractors may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.  Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

39.  ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor.  However, in the ordinary course of business the Debtors do not allocate accounts payable liabilities by the legal entity who incurred the debt.  All accounts payable liabilities are reported on Schedule E/F at the Debtor Whiting Oil and Gas Corporation, which is also the Debtor that performs the distributions.  Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts.  The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanics', materialmans', or other similar liens against the Debtors for amounts listed on Schedule E/F.  The Debtors

reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors.  In certain instances, the Debtor or related co-defendants that are the subject of the litigation may be unclear or undetermined.  To the extent that litigation involving a particular Debtor or related co-defendant has been identified, such information is contained in the Schedule for that Debtor.  Additionally, to the extent the identification of contingent co-defendants is unknown or unclear, the Debtors have listed only the underlying litigation.  The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.  In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts or unexpired leases that have been or may be rejected, to the extent such damage claims exist.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party.  Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation.  The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G.  It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments

and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Additionally, as discussed in the Debtors' *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Mineral Obligations and (II) Granting Related Relief* [Docket No. 18] (the "Mineral Interests Motion"), the Debtors maintain certain "suspended funds." The suspended funds represent amounts on account of the Royalties (as defined in the Mineral Interests Motion) that are due but are otherwise unpayable for a variety of reasons, including incorrect contact information, unmarketable title, and ongoing disputes over ownership of the underlying interest. Subject to applicable laws, when and to the extent the Debtors are provided evidence or sufficient notice that the issue preventing payment of the suspended funds to the correct party is resolved, the Debtors release the applicable suspended funds in question. Accordingly, Schedule F does not list parties with potential interests in the suspended funds other than parties to litigation with respect to such suspended funds.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Schedule E/F.

40.   ***Schedule G.*** While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments,

restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, product, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or product were delivered or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F. In the ordinary course of business, the Debtors may have issued numerous service orders or work orders pursuant to a master consulting agreement or master service agreement, which service orders or work orders are not listed individually on Schedule G. Each master consulting agreement or master service agreement listed on Schedule G shall include all service orders or work orders entered into pursuant to such master agreement unless otherwise noted.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as

necessary.  The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.  The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G; however, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases.  Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease.  In instances where the Debtors were unable to determine which Debtor is the party to a contract, agreement, or lease, the Debtors have listed such contracts, agreements, or leases on Schedule G for Debtor Whiting Oil and Gas Corporation.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

41.     ***Schedule H.***  The Debtors have not listed any litigation-related co-Debtors on Schedule H.  Instead, such listings can be found on the Debtors' Schedules E/F.  In addition, the Debtors have not listed intercompany guarantees between the Debtors.

<u>**Specific Disclosures with Respect to the Debtors' Statements**</u>

1.      ***Statement 3.***  Payments to the Debtors' bankruptcy professionals and insiders, and payments on account of intercompany transactions, wage garnishments, and donations are not included in the payments to creditors.  Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Statement 11), insiders (Statement 4), donations (Statement 9), and intercompany transactions (Statement 4).  The listing of any individual or entity as an insider does not constitute an admission or determination that any such individual is or is not an insider.

2.      ***Statement 4.***  The value of restricted stock listed on Statement 4 reflects realized income on date of vest.

Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders, as applicable. As described in the Cash Management Motion, in the ordinary course of business certain of the Debtor and non-Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables (the "Intercompany Claims"). Any payments to another Debtor or non-Debtor on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance between inception and the Petition Date. With respect to the Intercompany Claims between Debtors, Statement 4 reflects the book value adjustment of such transfers rather than an actual transfer of funds from one Debtor entity to another.

3.  **Statement 6.** For a discussion of setoff and nettings incurred by the Debtors, refer to paragraph 23 of these Global Notes.

4.  **Statement 7.** The Debtors have not included workers' compensation claims in response to this question because the Debtors maintain that this disclosure would be in violation of certain laws, including the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

5.  **Statement 13.** Any values listed in the description of the property transferred are estimates and included for illustrative purposes only, as many transactions include adjustments to the purchase price post-closing. Further, the value of each transfer reflects an aggregate transaction value across all of the associated Debtor entities.

6.  **Statement 21.** In connection with their oil and gas assets, the Debtors are obligated, pursuant to their oil and gas leases and other agreements, to remit to the lessors of the oil and gas leases and potentially other parties their share of revenue from the producing wells located on the respective leases pursuant to the terms of their oil and gas lease. In addition, overriding royalties must be remitted to the owners of those interests, and the holders of non-executive mineral interests, as well as the holders of nonparticipating royalty interests, must receive the proceeds due to them pursuant to the applicable agreement. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

The Debtors jointly own certain surplus inventory that was originally obtained on behalf

of the applicable joint interest owner for the drilling, maintenance or operation of an oil and gas property. If these materials are ultimately not needed at the subject property they may be stored as surplus inventory either at an oil and gas property site or a storage yard.

7. ***Statements 22-24.*** The Debtors historically have operated over a substantial period of time and periodically have: (a) been party to judicial and administrative proceedings under environmental laws, (b) received notification from governmental units of potential liability under, or violations of, environmental laws, and (c) notified governmental units of releases of hazardous materials. The Debtors may no longer have active operations in a particular jurisdiction and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. Further, some individuals who once possessed responsive information are no longer employed by the Debtors. For all these reasons, it may not be reasonably possible to identify and supply all of the requested information that is responsive to Statements 22-24. The Debtors have made commercially reasonable efforts to provide responsive information for matters and issues that have arisen and/or that the Debtors consider to have been resolved between January 2015 and April 2020. The Debtors acknowledge the possibility that information related to proceedings, governmental notices, and reported releases of hazardous materials responsive to Statements 22-24 may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.

This response covers proceedings, governmental notices, and reported releases of hazardous materials related to the primary applicable environmental laws and does not include proceedings, governmental notices, or reported releases related to non-environmental laws, such as occupational safety and health laws or general transportation laws. This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws. This response does not cover: (a) periodic information requests, investigations, or inspections from governmental units concerning compliance with environmental laws; or (b) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements, such as monthly discharge monitoring reports, quarterly and annual air emissions reports, quarterly and annual groundwater monitoring reports, deviation/exceedance reports, and annual toxic release inventory reports. In addition, Statement 7 may identify information that is also responsive to Statement 22.

8. ***Statement 26D.*** Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Whiting Petroleum Corporation, has filed with the U.S. Securities and Exchange Commission (the "SEC") reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information relating to the Debtors. Additionally, consolidated financial information for the Debtors is posted on the company's website at http://whiting.com/investor-relations/sec-filings/. Because the SEC filings and the website are of public record, the Debtors do not maintain records of the parties that requested or

17

obtained copies of any of the SEC filings from the SEC or the Debtors.  In addition, in the ordinary course of business, the Debtors provide financial statements that may not be part of a public filing to certain parties, such as financial institutions, investment banks, debtholders, auditors, potential investors, vendors, and financial advisors.  The Debtors do not maintain complete lists to track such disclosures.  As such, the Debtors have not provided lists of these parties in response to this question.

*      *      *

**Fill in this information to identify the case:**

Debtor name  Whiting Petroleum Corporation

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  20-32021 (DRJ) _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................

   $ __6,077,224,921.22
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................

   $ __6,077,224,921.22
   + undetermined amounts

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............

   $ __1,071,966,400.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................

   $ _____0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .....................

   **+** $ __2,476,423,038.00
   + undetermined amounts

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b

   $ __3,548,389,438.00
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Whiting Petroleum Corporation

United States Bankruptcy Court for the: Southern                District of Texas

Case number (If known):   20-32021 (DRJ)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____ 0.00

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Whiting Petroleum Corporation
          Name                                                              Case number *(if known)* 20-32021 (DRJ)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**                                                      $_____ 0.00

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____  = ....➜    $_____
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____  = ....➜    $_____
                                 face amount            doubtful or uncollectible accounts

12. **Total of Part 3**                                                      $_____ 0.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None                          _____    $_____ 0.00

    14.2. _____          _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                     % of ownership:

    15.1. See Attached Rider            _____ %    _____    $_____ 0.00

    15.2. _____          _____ %    _____    $_____ + undetermined amounts

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. None                          _____    $_____ 0.00

    16.2. _____          _____    $_____

17. **Total of Part 4**                                                      $_____ 0.00

    Add lines 14 through 16. Copy the total to line 83.                                      + undetermined amounts

---

| Debtor | Whiting Petroleum Corporation | Case number (*if known*) 20-32021 (DRJ) |
|---|---|---|
| | Name | |

---

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

---

Debtor    Whiting Petroleum Corporation
          Name
                                                                Case number *(if known)*  20-32021 (DRJ)

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| $ | 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| $ | 0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Whiting Petroleum Corporation
          _____          Case number *(if known)*____20-32021 (DRJ)_____
          Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☒ No. Go to Part 9.

 ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
 Add lines 47 through 50. Copy the total to line 87.

| $_____0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

 ☐ No

 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

 ☐ No

 ☐ Yes

---

Debtor    Whiting Petroleum Corporation
          Name                                             Case number (if known)   20-32021 (DRJ)

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $         0.00 | | $         0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>Internet Domains and Websites | $    Undetermined | N/A | $    Undetermined |
| 62. **Licenses, franchises, and royalties**<br>Licenses | $    Undetermined | N/A | $    Undetermined |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $    Undetermined | N/A | $    Undetermined |
| 64. **Other intangibles, or intellectual property**<br>Other Intangibles | $    Undetermined | N/A | $    Undetermined |
| 65. **Goodwill**<br>None | $_____ | | $         0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.     $_____ 0.00
                                                         + undetermined amounts

---

Debtor  Whiting Petroleum Corporation                              Case number (if known)  20-32021 (DRJ)
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   None                              _____ – _____ = ➜  $_____ 0.00
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   See Attached Rider _____       Tax year _____  $_____ 0.00
   _____       Tax year _____  $_____ + undetermined amounts
   _____       Tax year _____  $_____

73. **Interests in insurance policies or annuities**
   See Attached Rider _____                          $_____ 0.00
                                                                               + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   None _____                          $_____ 0.00
   **Nature of claim**        _____
   **Amount requested**       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   Whiting Petroleum Corporation v. Jamex Marketing, LLC and James Ballengee  $_____ Undetermined
   **Nature of claim**        Counterclaim _____
   **Amount requested**       $___ Undetermined

76. **Trusts, equitable or future interests in property**
   None _____                          $_____ 0.00

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership
   See Attached Rider _____                          $_____ 6,077,224,921.22
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                         $_____ 6,077,224,921.22
                                                                               + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor   Whiting Petroleum Corporation
         _____
         Name

Case number (if known)   20-32021 (DRJ)
                         _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $_____0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0.00 + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 6,077,224,921.22 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 6,077,224,921.22 + undetermined amounts | + 91b. $_____0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... $   6,077,224,921.22
   + undetermined amounts

Debtor Name: Whiting Petroleum Corporation                                    Case Number: 20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Whiting Oil and Gas Corporation | 100% | N/A | Undetermined |
| Whiting US Holding Company | 100% | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Whiting Petroleum Corporation                                          Case Number: 20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Copyrights | Undetermined | N/A | Undetermined |
| Trade Secrets | Undetermined | N/A | Undetermined |
| Trademarks | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Whiting Petroleum Corporation                                     Case Number:   20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Arkansas Department of Revenue Net Operating Loss - (Est. $4.66mm) | Various | Undetermined |
| California Department of Revenue Net Operating Loss - (Est. $1.04mm) | Various | Undetermined |
| California Franchise Tax Board 2018 State Income Tax Refund - $673.00 | Various | Undetermined |
| Colorado Department of Revenue Net Operating Loss - (Est. $325.92mm) | Various | Undetermined |
| Internal Revenue Service 2018 Withholding Tax Refund - $9,226.29 | Various | Undetermined |
| Internal Revenue Service 2019 Withholding Tax Refund - $101,424.91 | Various | Undetermined |
| Internal Revenue Service Federal Credit Carryforward - (Est. $7.95m) | Various | Undetermined |
| Internal Revenue Service Federal Loss Carryforward - (Est. $4.30mm) | Various | Undetermined |
| Internal Revenue Service Federal Net Operating Loss - (Est. $4.07b) | Various | Undetermined |
| Montana Department of Revenue Net Operating Loss - (Est. $79.57mm) | Various | Undetermined |
| Nebraska Department of Revenue Net Operating Loss - (Est. $0.72mm) | Various | Undetermined |
| New Mexico Department of Revenue Net Operating Loss - (Est. $1.82mm) | Various | Undetermined |
| New Mexico Taxation and Revenue Department 2018 State Income Tax Refund - $100.00 | Various | Undetermined |
| North Dakota Department of Revenue Net Operating Loss - (Est. $1.84b) | Various | Undetermined |
| North Dakota Office of State Tax Commissioner 2019 Withholding Tax Refund - $10,781.84 | Various | Undetermined |
| Oklahoma Tax Commission 2018 State Income Tax Refund - $1,210.00 | Various | Undetermined |
| Utah Department of Revenue Net Operating Loss - (Est. $33.91mm) | Various | Undetermined |
|  | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: Whiting Petroleum Corporation                                             Case Number: 20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE CO. | BUSINESS AUTOMOBILE | AS2-641-005096-049 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | COMMERCIAL CRIME POLICY | FID 6010702-01 | Undetermined |
| ST PAUL FIRE & MARINE INSURANCE CO. (TRAVELERS) | COMMERCIAL GENERAL LIABILITY AND UMBRELLA | ZLP-12P16408-19-N4 | Undetermined |
| BERKLEY INSURANCE COMPANY | DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) | BPRO8044457 | Undetermined |
| GREAT AMERICAN INSURANCE COMPANY | DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) | DFX1491120 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) | DOX G46883810 001 | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY (HARTFORD) | DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) | 34 DA 0298856 19 | Undetermined |
| U.S. SPECIALTY INSURANCE COMPANY | DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) | 14-MGU-19-A48183 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) | ORPRO 43568 | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) | ELU164885-19 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) | DOC 0139691-05 | Undetermined |
| ENDURANCE AMERICAN INSURANCE COMPANY (SOMPO) | DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) | DOX30000831501 | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY (HARTFORD) | EMPLOYMENT PRACTICES LIABILITY | 34 GT 0299510-19 | Undetermined |
| UNDERWRITERS AT LLOYD'S LONDON & COMPANIES | ENERGY PACKAGE (CONTROL OF WELL, ONSHORE, OFFSHORE, CHARTERER'S LEGAL LIABILITY, OFFSHORE CONSTRUCTION, EQUIPMENT & CARGO FLOATER) | 11009 | Undetermined |
| UNDERWRITERS AT LLOYD'S LONDON & COMPANIES | ENERGY PACKAGE (CONTROL OF WELL, ONSHORE, OFFSHORE, CHARTERER'S LEGAL LIABILITY, OFFSHORE CONSTRUCTION, EQUIPMENT & CARGO FLOATER) | ME1900937 | Undetermined |
| UNDERWRITERS AT LLOYD'S LONDON & COMPANIES | ENERGY PACKAGE (CONTROL OF WELL, ONSHORE, OFFSHORE, CHARTERER'S LEGAL LIABILITY, OFFSHORE CONSTRUCTION, EQUIPMENT & CARGO FLOATER) | ME1900937A | Undetermined |

Debtor Name: Whiting Petroleum Corporation                                           Case Number: 20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY | ENVIRONMENTAL EXCESS LIABILITY | 002604904 | Undetermined |
| SYNDICATE TRV 5000 AT LLOYD'S | FIRST EXCESS LIABILITY | B0702GL308160n | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY (HARTFORD) | PENSION AND BENEFIT PLAN FIDUCIARY LIABILITY | 34 IA 0299513-19 | Undetermined |
| FEDERAL INSURANCE COMPANY (CHUBB) | PROPERTY | 3585-75-87 DAL | Undetermined |
| STARSTONE SPECIALTY INSURANCE COMPANY, VALIDUS SPECIALTY INSURANCE ON BEHALF OF LLOYDS SYNDICATE 1183 | SECOND EXCESS LIABILITY | AJ8205A19MAA | Undetermined |
| STARSTONE SPECIALTY INSURANCE COMPANY, VALIDUS SPECIALTY INSURANCE ON BEHALF OF LLOYDS SYNDICATE 1183 | SECOND EXCESS LIABILITY | CRF250841C19 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE COMPANY | SITE POLLUTION INCIDENT LEGAL LIABILITY SELECT | 002604704 | Undetermined |
| UNDERWRITERS AT LLOYD'S | TERRORISM | ME1902152 | Undetermined |
| QBE INTERNATIONAL MARKETS, ASCOT PLACEMENT, GOTHAM INSURANCE COMPANY | THIRD EXCESS LIABILITY | L19XS4N12708 | Undetermined |
| QBE INTERNATIONAL MARKETS, ASCOT PLACEMENT, GOTHAM INSURANCE COMPANY | THIRD EXCESS LIABILITY | EL19LT954W3X | Undetermined |
| QBE INTERNATIONAL MARKETS, ASCOT PLACEMENT, GOTHAM INSURANCE COMPANY | THIRD EXCESS LIABILITY | ML2019MEE00110 | Undetermined |
| LIBERTY MUTUAL FIRE INSURANCE CO. (LIBERTY MUTUAL GROUP) | WORKERS COMPENSATION AND EMPLOYERS LIABILITY | WCC-641-05096-039 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Whiting Petroleum Corporation                    Case Number:        20-32021 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receiveable - Whiting Resources Corporation | $4,234,824.42 |
| Intercompany Receiveable - Whiting Oil and Gas Corporation | $6,072,990,096.80 |
| **TOTAL** | **$6,077,224,921.22** |

**Fill in this information to identify the case:**

Debtor name __Whiting Petroleum Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number (If known): __20-32021 (DRJ)__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>JPMORGAN CHASE BANK, N.A., MID-CORP LOAN ADMINISTRATION | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement No. 2019 4270778 dated: 06/21/2019 | $   1,071,966,400.00 | $   Undetermined |

**2.1 Creditor's mailing address**
10 SOUTH DEARBORN
FLOOR L2S
ATTN: MALCOM BROWN
CHICAGO, IL 60603-2003

**Describe the lien**
Guarantor to Senior Secured Revolving Credit Facility

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  04/12/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| **2.2** **Creditor's name**<br>VEEAM PAYMENT SOLUTIONS | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement No. 2018 9004710 dated: 12/27/2018 | $   Undetermined | $   Undetermined |

**2.2 Creditor's mailing address**
2005 MARKET STREET
14TH FLOOR
PHILADELPHIA, PA 19103

**Describe the lien**
UCC Financing Statement No. 2018 9004710 dated: 12/27/2018

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines  N

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$   1,071,966,400.00
+ undetermined amounts

Debtor      Whiting Petroleum Corporation
            _____          Case number *(if known)* _20-32021 (DRJ)_____
            Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|---------------------------------------------|------------------------------------|
| None | | |

**Fill in this information to identify the case:**

Debtor    Whiting Petroleum Corporation

United States Bankruptcy Court for the: Southern    District of Texas

Case number   20-32021 (DRJ)
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address
COLORADO DEPARTMENT OF REVENUE
P.O. BOX 17087
DENVER, CO 80217

As of the petition filing date, the claim is:   $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
2016-2018 Income Tax Audit Claim

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    Whiting Petroleum Corporation
          _____    Case number (if known) 20-32021 (DRJ)
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                **Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address
ADMIRAL INSURANCE CO.
GARLINGTON LOHN & ROBINSON, PLLP
ATTN: EMMA MEDIAK
CHARLES MCNEIL
PO BOX 7909
MISSOULA, MT 59807

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Co-Defendant - Case #: DV 15-15

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
ALFORD FARMS, LLC
RESEARCHING ADDRESS

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Co-Defendant - Case #: DV 15-15

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
ANTHONY J. ALFORD FARMS, LLC
RESEARCHING ADDRESS

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Co-Defendant - Case #: DV 15-15

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
BEPCO, L.P.
C/O RACHEL MARIE SCARAFIA
400 POYDRAS TOWER, 400 POYDRAS ST
#1812
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Co-Defendant - Case #: 2:18-cv-00690

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
BEPCO, L.P.
C/O RACHEL MARIE SCARAFIA
400 POYDRAS TOWER, 400 POYDRAS ST
#1812
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Co-Defendant - Case #: 2:16-CV-00536-PM-KK

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
BILL L. CADMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Indemnification Claim

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Whiting Petroleum Corporation | Case number *(if known)* | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BRADLEY J. HOLLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/01/2017

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BRUCE HIGGINS
C/O HENNESSY LAW OFFICE, P.C.
ATTN: GREG HENNESSY
417 1ST AVE EAST
WILLISTON, ND 58802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case #: 53-2017-CV-00033

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BRUCE R. DEBOER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CARIN S. KNICKEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 07/27/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CARON TRANSPORTATION SYSTEMS USA, INC.
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Whiting Petroleum Corporation | Case number (if known) | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHARLES J. RIMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/15/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHRISTOPHER L. EDWARDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/02/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $ Undetermined

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT
4300 CHERRY CREEK S DR.
DENVER, CO 80246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Regulatory Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CONTINENTAL RESOURCES, INC.
HOLLAND & HART, LLP
ATTN: W. SCOTT MITCHELL
401 NO. 31ST STREET
# 1500
BILLINGS, MT 59101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CONTINENTAL RESOURCES, INC.
FREDRICKSON & BYRON P.A.
LAWRENCE BENDER
SPENCER PTACEK
1133 COLLEGE DRIVE
# 1000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: 53-2017-CV-00033

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Whiting Petroleum Corporation | Case number *(if known)* | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CORRENE S. LOEFFLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 08/01/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DON EIDE
C/O MCGEE, HANKLA, BACKES & DOBROVOLNY, PC
ATTN: BRYAN LEE VAN GRINSVEN
2400 E BURDICK EXPY
#100
MINOT, ND 58701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: 53-2017-CV-00033

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOUGLAS L. WALTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DUAL TRUCKING & TRANSPORT, L.L.C.
TOOLE & FEEDBACK, PLLC
702 MAIN STREET
PO BOX 907
LINCOLN, MT 59639

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DUAL TRUCKING OF MONTANA, L.L.C.
TOOLE & FEEDBACK, PLLC
702 MAIN STREET
PO BOX 907
LINCOLN, MT 59639

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Whiting Petroleum Corporation_____     Case number (if known) __20-32021 (DRJ)__
         Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.22** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DUAL TRUCKING, INC.
CRIST KROGH & NORD
ATTN: JOHN CRIST
2708 FIRST AVENUE NORTH
# 300
BILLINGS, MT 59101

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ENDURANCE AMERICAN SPEACIALTY INS. CO.
SALLEY HITE MERCER & RESOR, LLC
ATTN: DAVID SALLEY
KOURTNEY TWENHAFEL
365 CANAL STREET
ONE CANAL PLACE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ERIC K. HAGEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25** | **Nonpriority creditor's name and mailing address** | $ Undetermined

GARTH L. HARMON
C/O JONES GILLASPIA LOYD LLP
ATTN: BRUSE LOYD
4400 POST OAK PARKWAY
#2360
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HEATHER M. DUNCAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Whiting Petroleum Corporation_____     Case number *(if known)* __20-32021 (DRJ)__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.27** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JAMES E. CATLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 12/08/2014

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.28** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JAMES M. DESMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 02/01/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JAMEX MARKETING, LLC
C/O JOEL W. REESE
750 N. ST. PAUL STREET
#600
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case #: DC-18-04574

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JASON FINCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/01/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.31** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JEFFREY SCOT DEASON
D/B/A D.O.G. INTERESTS
JEFFREY SCOT DEASON
PO BOX 1320
PORT ARANSS, TX 78373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: 19-10-24,979

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Whiting Petroleum Corporation_____  Case number *(if known)*__20-32021 (DRJ)___
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

JOHN BRADLEY MARVIN, JR.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 01/07/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.33** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

KEVIN A. KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/12/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.34** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

KJERSTI EIDE
C/O MCGEE, HANKLA, BACKES & DOBROVOLNY, PC
ATTN: BRYAN LEE VAN GRINSVEN
2400 E BURDICK EXPY
#100
MINOT, ND 58701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: 53-2017-CV-00033

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.35** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

KJK TRUCKING, LLC
RESEARCHING ADDRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.36** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

LYNE B. ANDRICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 09/01/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Whiting Petroleum Corporation
_____
Name

Case number *(if known)*   20-32021 (DRJ)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

$ Underdetermined

MAYNARD LUND
C/O MCGEE, HANKLA, BACKES & DOBROVOLNY, PC
ATTN: BRYAN LEE VAN GRINSVEN
2400 E BURDICK EXPY
#100
MINOT, ND 58701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: 53-2017-CV-00033

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

$ Underdetermined

MICHAEL B. WALEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 05/06/2013

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

$ Underdetermined

MICHAEL G. HUTCHINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 09/01/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

$ Underdetermined

MICHAEL J. STEVENS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

$ Underdetermined

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY
1520 E 6TH AVE
HELENA, MT 59601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Regulatory Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Whiting Petroleum Corporation___ Case number *(if known)* ___20-32021 (DRJ)___
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.42 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ONEOK FIELD SERVICES COMPANY, L.L.C.
ONEOK, INC.
100 W. 5TH STREET 8-5
ATTN: CREDIT DEPT.
TULSA, OK 74103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 4/2/2020

**Date or dates debt was incurred** 04/02/2020

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.43 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ONEOK ROCKIES MIDSTREAM, L.L.C.
ONEOK, INC.
100 W. 5TH STREET 8-5
ATTN: CREDIT DEPT.
TULSA, OK 74103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 4/2/2020

**Date or dates debt was incurred** 04/02/2020

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.44 | **Nonpriority creditor's name and mailing address** | $ Undetermined

PETER W. HAGIST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.45 | **Nonpriority creditor's name and mailing address** | $ Undetermined

PETRO-HUNT, LLC,
ZENERGY OPERATING COMPANY, CETCO ENERGY SERVCES
COMPANY, LLC, HESS CORPORATION, PURITY OILFIELD SERVICES
BROWNING KALECZYE BERRY & HOVEN P.C.
ATTN: CATHERING LAUGHTER
W. JOHN TIETZ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.46 | **Nonpriority creditor's name and mailing address** | $ Undetermined

PHILIP E. DOTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 08/11/2010

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Whiting Petroleum Corporation | Case number (if known) | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

RICK A. ROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

RICK HATCHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 11/01/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

SHANE A. FROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 01/07/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

SIRIKKA R. LOHOEFENER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 03/17/2017

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

STONE ENERGY CORPORATION
C/O TALOS ENERGY INC.
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Obligor to Decommission

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 11 of 19 |
|---|---|---|

| Debtor | Whiting Petroleum Corporation | Case number *(if known)* | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | $186,591,951.00

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
CORPORATE TRUST DIVISION - CORPORATE FINANCE UNIT
101 BARCLAY STREET
NEW YORK, NY 10286

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 1.25% Convertible Senior Notes due April 2020

**Date or dates debt was incurred** 03/27/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.53** | **Nonpriority creditor's name and mailing address** | $773,811,511.00

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
CORPORATE TRUST DIVISION - CORPORATE FINANCE UNIT
101 BARCLAY STREET
NEW YORK, NY 10286

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 5.75% Senior Notes due March 2021

**Date or dates debt was incurred** 09/12/2013

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.54** | **Nonpriority creditor's name and mailing address** | $408,296,000.00

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
CORPORATE TRUST DIVISION - CORPORATE FINANCE UNIT
101 BARCLAY STREET
NEW YORK, NY 10286

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 6.25% Senior Notes due April 2023

**Date or dates debt was incurred** 03/27/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.55** | **Nonpriority creditor's name and mailing address** | $1,000,000,000.00

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
CORPORATE TRUST DIVISION - CORPORATE FINANCE UNIT
101 BARCLAY STREET
NEW YORK, NY 10286

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 6.625% Senior Notes due 2026

**Date or dates debt was incurred** 12/27/2017

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.56** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THE PARISH OF CAMERON
C/O RACHEL MARIE SCARAFIA
400 POYDRAS TOWER, 400 POYDRAS ST
#1812
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case #: 2:16-CV-00536-PM-KK

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Whiting Petroleum Corporation
          _____
          Name

Case number *(if known)*  20-32021 (DRJ)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THE PARISH OF CAMERON
C/O RACHEL MARIE SCARAFIA
400 POYDRAS TOWER, 400 POYDRAS ST
#1812
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case #: 2:18-cv-00690

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THOMAS L. ALLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 10/29/2008

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TIMOTHY M. SULSER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 09/04/2018

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | $ Undetermined

U.S. DEPARTMENT OF LABOR
ATTN: WAGE AND HOUR DIVISION
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** FLSA Audit

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | $ Undetermined

UNITED ENERGY TRADING, LLC
919 SOUTH 7TH STREET
SUITE 405
ATTN: LOREN KOPSENG, PRESIDENT/CEO
BISMARCK, ND 58504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 10/1/2015

**Date or dates debt was incurred** 10/01/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Whiting Petroleum Corporation
        _____
        Name

Case number *(if known)* 20-32021 (DRJ)
        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** | **Nonpriority creditor's name and mailing address** | | $6,484,849.54

WHITING CANADIAN HOLDING COMPANY ULC
1700 LINCOLN STREET
SUITE 4700
DENVER, CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | | $101,238,726.46

WHITING US HOLDING COMPANY
1700 LINCOLN STREET
SUITE 4700
DENVER, CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

WHITNEY BANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Co-Defendant - Case #: DV 15-15

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

WILLIAM N. HAHNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification Claim

**Date or dates debt was incurred** 10/29/2008

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

WPX ENERGY ROCKY MOUNTAIN, LLC
PO BOX 21810
TULSA, OK 74121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 2/9/2015

**Date or dates debt was incurred** 02/09/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor    Whiting Petroleum Corporation    Case number *(if known)*   20-32021 (DRJ)
Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WPX ENERGY VAN HOOK GATHERING SERVICES, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 2/9/2015

**Date or dates debt was incurred** 02/09/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.68**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WPX ENERGY WILLISTON, LLC
21237 NETWORK PLACE
CHICAGO, IL 60673-1212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee dated 2/9/2015

**Date or dates debt was incurred** 02/09/2015

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.69**    **Nonpriority creditor's name and mailing address**      $ Undetermined

WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY ("WDEQ")
200 WEST 17TH STREET
CHEYENNE, WY 82001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Regulatory Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Whiting Petroleum Corporation_____   Case number *(if known)* __20-32021 (DRJ)_____
        Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1 BEPCO, L.P.<br>C/O KELLY ELIZABETH RANSOM<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 4<br>☐ Not listed. Explain _____ | |
| 2 BEPCO, L.P.<br>C/O LOULAN JOSEPH PITRE, JR.<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 4<br>☐ Not listed. Explain _____ | |
| 3 BEPCO, L.P.<br>C/O KELLY HART PITRE<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 4<br>☐ Not listed. Explain _____ | |
| 4 BEPCO, L.P.<br>C/O KELLY ELIZABETH RANSOM<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 5<br>☐ Not listed. Explain _____ | |
| 5 BEPCO, L.P.<br>C/O LOULAN JOSEPH PITRE, JR.<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 5<br>☐ Not listed. Explain _____ | |
| 6 BEPCO, L.P.<br>C/O KELLY HART PITRE<br>400 POYDRAS TOWER, 400 POYDRAS ST<br>#1812<br>NEW ORLEANS, LA 70130 | Line 5<br>☐ Not listed. Explain _____ | |
| 7 CONTINENTAL RESOURCES, INC.<br>GABLE GOTTWALS<br>ATTN: STEVEN ADAMS<br>JOHN RUSSELL<br>1100 ONEOK PLAZA<br>100 WEST FIFTH STREET<br>TULSA, OK 87412 | Line 15<br>☐ Not listed. Explain _____ | |

| Debtor | Whiting Petroleum Corporation | Case number *(if known)* | 20-32021 (DRJ) |
|---|---|---|---|
| | Name | | |

---

**Part 3:** Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8 DUAL TRUCKING & TRANSPORT, L.L.C<br>MORRISON SHERWOOD WILSON & DEOLA, PLLP<br>ATTN: LINDA M. DEOLA<br>PO BOX 557<br>HELENA, MT 59624 | Line 20<br><br>☐ Not listed. Explain _____ | |
| 9 DUAL TRUCKING OF MONTANA, L.L.C.<br>MORRISON SHERWOOD WILSON & DEOLA, PLLP<br>ATTN: LINDA M. DEOLA<br>PO BOX 557<br>HELENA, MT 59624 | Line 21<br><br>☐ Not listed. Explain _____ | |
| 10 ENDURANCE AMERICAN SPEACIALTY INS. CO.<br>AXILON LAW GROUP<br>ATTN: RICK LANDERS<br>895 TECHNOLOGY BLVD.<br># 102<br>BOZEMAN, MT 59718 | Line 23<br><br>☐ Not listed. Explain _____ | |
| 11 ESTATE OF JUDY DEVNEY, DEC'D<br>C/O HENNESSY LAW OFFICE, P.C.<br>ATTN: GREG HENNESSY<br>417 1ST AVE EAST<br>WILLISTON, ND 58802 | Line 8<br><br>☐ Not listed. Explain _____ | |
| 12 GARTH L. HARMON<br>C/O JONES GILLASPIA LOYD LLP<br>ATTN: LARRY GILLASPIA<br>4400 POST OAK PARKWAY<br>#2360<br>HOUSTON, TX 77027 | Line 25<br><br>☐ Not listed. Explain _____ | |
| 13 GARTH L. HARMON<br>C/O MAHANY LAW, WAUWATOSA, WI<br>ATTN: TIM GRANITZ<br>4400 POST OAK PARKWAY<br>#2360<br>HOUSTON, TX 77027 | Line 25<br><br>☐ Not listed. Explain _____ | |
| 14 GARTH L. HARMON<br>C/O DOAK & ASSOCIATES P.C., BILLINGS, MT<br>ATTN: JON E. DOAK<br>4400 POST OAK PARKWAY<br>#2360<br>HOUSTON, TX 77027 | Line 25<br><br>☐ Not listed. Explain _____ | |
| 15 JAMEX MARKETING, LLC<br>C/O LESLIE CHAGGARIS<br>750 N. ST. PAUL STREET<br>#600<br>DALLAS, TX 75201 | Line 29<br><br>☐ Not listed. Explain _____ | |
| 16 JAMEX MARKETING, LLC<br>C/O REESE MARKETOS<br>750 N. ST. PAUL STREET<br>#600<br>DALLAS, TX 75201 | Line 29<br><br>☐ Not listed. Explain _____ | |
| 17 JAMEX MARKETING, LLC<br>C/O PETE MARKETOS<br>750 N. ST. PAUL STREET<br>#600<br>DALLAS, TX 75201 | Line 29<br><br>☐ Not listed. Explain _____ | |

Debtor    Whiting Petroleum Corporation
Name

Case number *(if known)*  20-32021 (DRJ)

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 18 JOHN L. DEVNEY<br>C/O HENNESSY LAW OFFICE, P.C.<br>ATTN: GREG HENNESSY<br>417 1ST AVE EAST<br>WILLISTON, ND 58802 | Line 8<br><br>☐ Not listed. Explain _____ | |
| 19 REBEKKA HIGGINS<br>C/O HENNESSY LAW OFFICE, P.C.<br>ATTN: GREG HENNESSY<br>417 1ST AVE EAST<br>WILLISTON, ND 58802 | Line 8<br><br>☐ Not listed. Explain _____ | |
| 20 THE PARISH OF CAMERON<br>C/O LOULAN JOSEPH PITRE, JR.<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 57<br><br>☐ Not listed. Explain _____ | |
| 21 THE PARISH OF CAMERON<br>C/O KELLY HART PITRE<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 57<br><br>☐ Not listed. Explain _____ | |
| 22 THE PARISH OF CAMERON<br>C/O KELLY ELIZABETH RANSOM<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 56<br><br>☐ Not listed. Explain _____ | |
| 23 THE PARISH OF CAMERON<br>C/O LOULAN JOSEPH PITRE, JR.<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 56<br><br>☐ Not listed. Explain _____ | |
| 24 THE PARISH OF CAMERON<br>C/O KELLY HART PITRE<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 56<br><br>☐ Not listed. Explain _____ | |
| 25 THE PARISH OF CAMERON<br>C/O KELLY ELIZABETH RANSOM<br>400 POYDRAS TOWER, 400 POYDRAS ST #1812<br>NEW ORLEANS, LA 70130 | Line 57<br><br>☐ Not listed. Explain _____ | |

Debtor     Whiting Petroleum Corporation
           _____     Case number (if known) 20-32021 (DRJ)
           Name                                                                 _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $_____0.00 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. | **+** | $_____2,476,423,038.00 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $_____2,476,423,038.00 <br> + undetermined amounts |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   Whiting Petroleum Corporation

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known): 20-32021 (DRJ) _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Contract Labor Provider | 361 SERVICES INC.<br>4700 S. SYRACUSE STREET, SUITE 800<br>DENVER, CO 80237 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INSURANCE POLICY - DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) - DOX G46883810 001 | ACE AMERICAN INSURANCE COMPANY (CHUBB)<br>436 WALNUT STREET<br>PO BOX 1000<br>PHILADELPHIA, PA 19106-3703 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Seismic Data License Agreement | ADAM RESOURCES<br>6603 KIRBYVILLE<br>HOUSTON, TX 77033 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Contract Labor Provider | ADDISON GROUP<br>125 S. WACKER DR., SUITE 2700<br>CHICAGO, IL 60606 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Data Subscription License Amendment (Saas) | ADVISOR ENERGY<br>12 GREENWAY PLAZA STE 1100<br>HOUSTON, TX 77046 |

Debtor _____Whiting Petroleum Corporation_____                    Case number (if known) _20-32021 (DRJ)_
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Labor Provider |
| | | AIMHIRE LLC<br>1775 SHERMAN ST., SUITE 1775<br>DENVER, CO 80203 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter |
| | | ALVAREZ & MARSAL<br>700 LOUISIANA STREET<br>SUITE 3300<br>HOUSTON, TX 77002 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement |
| | | AMERICAN GEOPHYSICAL CORPORATION<br>63 INVERNESS DRIVE EAST<br>SUITE 200<br>ENGLEWOOD, CO 80112 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement |
| | | AMERICAN GEOPHYSICAL CORPORATION<br>63 INVERNESS DRIVE EAST<br>SUITE 200<br>ENGLEWOOD, CO 80112 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Relocation Services |
| | | AMERICAN INTERNATIONAL RELOCATION SOLUTIONS, LLC (AIRES)<br>6 PENN CENTER WEST, SUITE 200<br>PITTSBURGH, PA 15276 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC Service for all Field Offices and Support Buildings at Redtail |
| | | AMERICAN MECHANICAL SERVICES OF DENVER, LLC<br>6810 SOUTH TUCSON WAY<br>CENTENNIAL, CO 80112 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Gas Contract |
| | | ANDEAVOR FIELD SERVICES<br>19100 RIDGEWOOD PARKWAY<br>SAN ANTONIO, TX 78259 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor _____Whiting Petroleum Corporation_____    Case number *(if known)* __20-32021 (DRJ)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Fuel Purchase/Gas Sale Agreement | ANDEAVOR<br>ANDEAVOR LOGISTICS ROCKIES<br>19100 RIDGEWOOD PARKWAY<br>SAN ANTONIO, TX 78259 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | APERGY (DBA THETA OILFIELD SERVICES)<br>5201 CALIFORNIA AVE<br>SUITE 370<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | APERGY (DBA THETA OILFIELD SERVICES)<br>5201 CALIFORNIA AVE<br>SUITE 370<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | APERGY (DBA THETA OILFIELD SERVICES)<br>5201 CALIFORNIA AVE<br>SUITE 370<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | APERGY (DBA THETA OILFIELD SERVICES)<br>5201 CALIFORNIA AVE<br>SUITE 370<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | APERGY (DBA THETA OILFIELD SERVICES)<br>5201 CALIFORNIA AVE<br>SUITE 370<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor On-Boarding Software Solution (Saas) | APEX ANALYTIX<br>1501 HIGHWOODS BLVD STE 200<br>GREENSBORO, NC 27410 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation             Case number *(if known)*   20-32021 (DRJ)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Professional Services for TabWare SOW | APTEAN<br>770 PELHAM ROAD<br>GREENVILLE, SC 29615 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | ARB MIDSTREAM<br>1000 LOUISIANA<br>SUITE 4300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Oil Sales Contract | ARB MIDSTREAM<br>1000 LOUISIANA<br>SUITE 4300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - THIRD EXCESS LIABILITY - L19XS4N12708 | ASCOT SPECIALTY<br>ASCOT UNDERWRITING INC.<br>825 TOWN & COUNTRY LANE<br>SUITE 500<br>HOUSTON, TX 77024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - THIRD EXCESS LIABILITY - EL19LT954W3X | ASCOT SPECIALTY<br>ASCOT UNDERWRITING INC.<br>825 TOWN & COUNTRY LANE<br>SUITE 500<br>HOUSTON, TX 77024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - THIRD EXCESS LIABILITY - ML2019MEE00110 | ASCOT SPECIALTY<br>ASCOT UNDERWRITING INC.<br>825 TOWN & COUNTRY LANE<br>SUITE 500<br>HOUSTON, TX 77024 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | ASPECT RESOURCES LLC<br>511 SIXTEENTH STREET, STE 300<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation
          Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Cellular/Phone Agreement | AT&T MOBILITY<br>208 S AKARD ST<br>DALLAS, TX 75202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services for the Aucerna Portfolio and Planning Space Implementation | AUCERNA<br>250 - 2ND STREET SW<br>SUITE 800<br>CALGARY, AB2TP 0C1<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | PlanningSpace Software License (Saas) | AUCERNA<br>250 - 2ND STREET SW<br>SUITE 800<br>CALGARY, AB2TP 0C1<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | AUDIMATION SERVICES, INC.<br>16340 PARK TEN PLACE #335<br>HOUSTON, TX 77084 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Sox Software Application (Saas) | AUDITBOARD INC.<br>12800 CENTER COURT DR S<br>STE 100<br>CERRITOS, CA 90703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | BALLARD SPAHR LLP<br>2000 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402-2119 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for ACTS Support Services | BARR ENGINEERING CO<br>1600 BROADWAY STREET<br>SUITE 1600<br>DENVER, CO 80202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___Whiting Petroleum Corporation_____   Case number *(if known)* __20-32021 (DRJ)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for LDAR at Ray Gas Plant | BARR ENGINEERING CO<br>1600 BROADWAY STREET<br>SUITE 1600<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.35** | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for LDAR at Redtail Gas Plant | BARR ENGINEERING CO<br>1600 BROADWAY STREET<br>SUITE 1600<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.36** | **State what the contract or lease is for and the nature of the debtor's interest** | Building Lease Amendment | BCSP DENVER PROPERTY LLC<br>PO BOX 740495<br>LOS ANGELES, CA 90074-0495 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.37** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) - BPRO8044457 | BERKLEY INSURANCE COMPANY<br>475 STEAMBOAT ROAD<br>GREENWICH, CT 06830 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.38** | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | BILL BARRETT CORPORATION (NOW HIGH POINT RESOURCES)<br>555 17TH STREET, STE. 3700<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.39** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | BILL L. CADMAN<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.40** | **State what the contract or lease is for and the nature of the debtor's interest** | Data Storage Agreement | BIT REFINERY, LLC<br>PO BOX 806<br>MORRISON, CO 80465 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation                          Case number (if known)  20-32021 (DRJ)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Support Agreement | BIT REFINERY, LLC<br>PO BOX 806<br>MORRISON, CO 80465 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Storage Agreement | BIT REFINERY, LLC<br>PO BOX 806<br>MORRISON, CO 80465 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Support Agreement | BIT REFINERY, LLC<br>PO BOX 806<br>MORRISON, CO 80465 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Bloomberg Workstations Licensing Agreement | BLOOMBERG LP<br>PO BOX 30244<br>HARTFORD, CT 06150 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | BNA Tax Research Subscription | BLOOMBERG<br>1801 SOUTH BELL STREET<br>ARLINGTON, VA 22202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Redtail Internet Service | BLUE LIGHTNING<br>PO BOX 206<br>WIGGINS, CO 80654-0206 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | BLUE MARBLE GEOGRAPHICS<br>22 CARRIAGE LANE<br>HALLOWELL, ME 04347 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor      Whiting Petroleum Corporation
            Name

Case number *(if known)* 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Water Gathering and Disposal Agreement | BNN NORTH DAKOTA<br>370 VAN GORDON ST<br>LAKEWOOD, CO 80228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release Agreement | BNN NORTH DAKOTA<br>370 VAN GORDON ST<br>LAKEWOOD, CO 80228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Water Gathering and Disposal Agreement | BNN NORTH DAKOTA<br>370 VAN GORDON ST<br>LAKEWOOD, CO 80228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Water Gathering and Disposal Agreement | BPI-BOH<br>2520 HIGHWAY 35, SUITE 2<br>MANASQUAN, NJ 08736-1900 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | BRACEWELL & GIULIANI LLP<br>2000 K STREET, N.W.<br>STE. 500<br>WASHINGTON, DC 20006-1872 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | BRADLEY J. HOLLY<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | BRADLEY J. HOLLY<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
            Name                                                    Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Online Cloud-Based Quickhelp Software Application (Saas) | BRAINSTORM<br>PO BOX 495<br>OREM, UT 84059 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 SEVENTEENTH STREET<br>SUITE 2200<br>DENVER, CO 80202-4432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | BRUCE R. DEBOER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | BRUCE R. DEBOER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Service Plan on Previously Purchased Equipment | BRUKER NANO INC.<br>1 LIBERTY PL<br>NEW YORK, NY 10038 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Salt Water Disposal Agreement | BUCKHORN<br>PO BOX 882<br>MIDLAND, TX 79702 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | BUTLER, SNOW, O'MARA, STEVENS & CANADA, PLLC<br>210 EAST CAPITOL STREET<br>17TH FLOOR<br>JACKSON, MS 39201 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
                Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Fresh Water Supply Agreement | CALIBER NORTH DAKOTA<br>950 17TH ST STE 1000<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Oil Gathering and Transportation Contract | CALIBER NORTH DAKOTA<br>950 17TH ST STE 1000<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Produced Water Gathering and Disposal Contract | CALIBER NORTH DAKOTA<br>950 17TH ST STE 1000<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | CAMWEST EXPLORATION LLC<br>1825 LAWRENCE STREET STE. 300<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CARIN S. KNICKEL<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Circuit Service Contract | CENTURYLINK<br>ACCT NO: 970-407-3000 412B<br>PO BOX 91155<br>SEATTLE, WA 98111-9255 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | CHARLES J. RIMER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Whiting Petroleum Corporation_____     Case number (if known) __20-32021 (DRJ)_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CHARLES J. RIMER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | CHESAPEAKE OPERATING, INC<br>P.O. BOX 18496<br>OK CITY, OK 73154 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | CHESAPEAKE OPERATING, INC<br>P.O. BOX 18496<br>OK CITY, OK 73154 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | CHEVRON NORTH AMERICA EXPLORATION AND PRODUCTION COMPANY<br>11111 SOUTH WILCREST<br>HOUSTON, TX 77099 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | CHRISTOPHER L. EDWARDS<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CHRISTOPHER L. EDWARDS<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | IT Network Support Agreement | CISCO SYSTEMS CAPITAL CORPORATION<br>9850 DOUBLE R BLVD.<br>1ST FLOOR<br>RENO, NV 89521-3859 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____Whiting Petroleum Corporation_____     Case number (if known) __20-32021 (DRJ)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | CISCO SYSTEMS CAPITAL CORPORATION<br>9850 DOUBLE R BLVD.<br>1ST FLOOR<br>RENO, NV 89521-3859 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | COASTAL OIL & GAS CORPORATION<br>600 17TH STREET<br>SUITE 2110-S<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | COASTAL OIL & GAS USA, L.P.<br>NINE GREENWAY PLAZA<br>HOUSTON, TX 77046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Internet Connectivity Services | COMCAST<br>PO BOX 37601<br>PHILIDELPHIA, PA 19101-0601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Employee Assistance Plan | COMPSYCH CORPORATION<br>455 N. CITYFRONT PLAZA<br>CHICAGO, IL 60611-5322 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Bakken Trucked Oil Sale Agreement | CONCORD ENERGY LLC<br>1401 17TH STREET<br>SUITE 1500<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | NGL Sales Contract | CONCORD ENERGY<br>1401 17TH STREET<br>SUITE 1500<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Whiting Petroleum Corporation_____     Case number *(if known)* __20-32021 (DRJ)_____
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Phone/Internet Agreement | CONSOLIDATED COMM NETWORKS INC<br>PO BOX 1408<br>DICKINSON, ND 58602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Water Disposal Agreement | CONTINENTAL RESOURCES<br>PO BOX 952724<br>ST LOUIS, MO 63195-2724 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | CORRENE S. LOEFFLER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | CORRENE S. LOEFFLER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Contract Labor Provider | COVENANT TESTING TECHNOLOGIES. LLC<br>1600 HIGHWAY 6, SUITE 360<br>SUGARLAND, TX 77478 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Water Gathering and Disposal Agreement | CYPRESS ENERGY<br>MORK SWD LLC<br>5727 S LEWIS AVE STE 300<br>TULSA, OK 74105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Water Gathering and Disposal Agreement | CYPRESS ENERGY<br>MORK SWD LLC<br>5727 S LEWIS AVE STE 300<br>TULSA, OK 74105 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   <u>Whiting Petroleum Corporation</u>
          Name

Case number *(if known)* <u>20-32021 (DRJ)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Network Services Agreement | DAKOTA CARRIER NETWORK 4202 COLEMAN STREET BISMARCK , ND 58503 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation                          Case number *(if known)* _20-32021 (DRJ)_
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Innovation Research Membership | DARCY PARTNERS<br>WEDGE INTERNATIONAL TOWER<br>1415 LOUISIANA STREET, SUITE 3460<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | DATA REPRODUCTION SERVICES, INC.<br>17 BUCKINGHAM COURT<br>CARTERSVILLE,, GA 30120 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Kofax Scanning Software SOW for Certain Services | DATAIMAGE<br>1900 FROST ROAD STE 100<br>BRISTOL, PA 19007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | DATATEL, INC.<br>6200 HUMPHREY STREET<br>SUITE I<br>HARAHAN, LA 70123 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | DAVIS GRAHAM & STUBBS LLP<br>1550 17TH STREET<br>SUITE 500<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | DAVIS GRAHAM & STUBBS LLP<br>1550 17TH STREET<br>SUITE 500<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | DAVIS GRAHAM & STUBBS LLP<br>1550 17TH STREET<br>SUITE 500<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation
          Name                                                    Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | DELOITTE & TOUCHE PRODUCTS COMPANY LLC<br>695 EAST MAIN STREET<br>STAMFORD, CT 06901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | DOUGLAS L. WALTON<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | DUFFORD & BROWN, P.C.<br>1700 BROADWAY, SUITE 2100<br>DENVER, CO 80290-2101 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | EDGE JOINT VENTURE II<br>RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation       Case number *(if known)* 20-32021 (DRJ)
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Sales Contract | EIGHTY-EIGHT OIL<br>P.O. DRAWER 2360<br>CASPER, WY 82602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) - DOX30000831501 | ENDURANCE AMERICAN INSURANCE COMPANY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Tank Rental Agreement | ENDURING BLOCK<br>6515 LUSSIER DR<br>SUGAR LAND, TX 77479 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Rental for 2 Compressors | ENERFLEX ENERGY SYSTEMS<br>10815 TELGE ROAD<br>HOUSTON, TX 77095 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Compressors Agreement | ENERFLEX<br>18452 E 11TH ST<br>BROKEN ARROW, OK 74011-9408 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    __Whiting Petroleum Corporation_____    Case number *(if known)* __20-32021 (DRJ)_____
　　　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | **State what the contract or lease is for and the nature of the debtor's interest** | Oil Sales Contract Amendment | ENERGY TRANSFER RESEARCHING ADDRESS |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.119** | **State what the contract or lease is for and the nature of the debtor's interest** | Data Services Agreement | ENERGYIQ 2329 W. MAIN STREET SUITE 300 LITTLETON, CO 80120 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.120** | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | ENERGYLINK HOLDINGS LLC (DBA REDDOG SYSTEMS INC.) PO BOX 675083 DALLAS, TX 75267-5083 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.121** | **State what the contract or lease is for and the nature of the debtor's interest** | General IT Agreement | ENTRUST INC. 5420 LBJ FREEWAY SUITE 300 DALLAS, TX 75240 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.122** | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Crude Oil Sales Agreement | EQUINOR MARKETING & TRADING 120 LONG RIDGE ROAD, SUITE 3EO1 STAMFORD, CT 06902 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.123** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | ERIC K. HAGEN ADDRESS ON FILE |
| | **State the term remaining** **List the contract number of any government contract** | | |
| **2.124** | **State what the contract or lease is for and the nature of the debtor's interest** | Executive Employment and Severance Agreement | ERIC K. HAGEN ADDRESS ON FILE |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor  _Whiting Petroleum Corporation_____     Case number *(if known)* _20-32021 (DRJ)_____
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Sustainability Program Advisor Agreement | ERNST & YOUNG LLP<br>SUITE 3300<br>370 17TH STREET<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Sustainability Advisory Services SOW | ERNST & YOUNG<br>PNC BANK C/O ERNST & YOUNG US<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Patricia Evans Independent Contractor | EVANS SERVICES, LLC<br>1000 12TH ST.<br>GOLDEN, CO 80401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | EXPLORATION GEOPHYSICS, INC.<br>310 W. WALL<br>SUITE 700<br>MIDLAND, TX 79701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - PROPERTY - 3585-75-87 DAL | FEDERAL INSURANCE COMPANY (CHUBB)<br>CHUBB GROUP OF INSURANCE COMPANIES<br>202B HALL'S MILL ROAD<br>WHITEHOUSE STATION, NJ 08889 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | FLOW-CAL, INC. (OWNED BY QUORUM BUSINESS SOLUTIONS)<br>PO BOX 58965<br>HOUSTON, TX 77258-8965 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | FORTINET<br>899 KIFER ROAD<br>SUNNYVALE, CA 94086 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    <u>Whiting Petroleum Corporation</u>      Case number *(if known)* <u>20-32021 (DRJ)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | FOULSTON SIEFKIN LLP<br>9 CORPORATE WOODS<br>SUITE 450<br>9200 INDIAN CREEK PARKWAY<br>OVERLAND PARK, KS 66210-2017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | General License Agreement | FUGRO AIRBORNE SURVEYS DORP.<br>2060 WALKLEY ROAD<br>OTTAWA, ON K1G 3P5<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Notice for Crude Oil Facility | GBK<br>PO BOX 21468<br>TULSA, OK 74121-1468 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Software License And Services Agreement | GENERAL NETWORKS<br>3524 OCEANVIEW BLVD<br>GLENDALE, CA 91208 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Four SOW's for Professional Services | GENERAL NETWORKS<br>3524 OCEANVIEW BLVD<br>GLENDALE, CA 91208 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Newsletter Subscription Services | GENSCAPE<br>PO BOX 417749<br>BOSTON, MA 02241-7749 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | GLOBAL GEOPHYSICAL<br>1900 NORTH LOOP WEST  STE. 200<br>HOUSTON, TX 77018 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      _Whiting Petroleum Corporation_____      Case number *(if known)* _20-32021 (DRJ)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.139** | **State what the contract or lease is for and the nature of the debtor's interest** | Crude Oil Sales Contract | GLOBAL RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.140** | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | GORDON ARATA MONTGOMERY BARNETT ATTN: JOHN Y. PEARCE 201 ST. CHARLES AVENUE 40TH FLOOR NEW ORLEANS, LA 70170-4000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.141** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - THIRD EXCESS LIABILITY - L19XS4N12708 | GOTHAM INSURANCE COMPANY 156 WILLIAM ST ROOM 1202 NEW YORK, NY 10038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.142** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - THIRD EXCESS LIABILITY - EL19LT954W3X | GOTHAM INSURANCE COMPANY 156 WILLIAM ST ROOM 1202 NEW YORK, NY 10038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.143** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - THIRD EXCESS LIABILITY - ML2019MEE00110 | GOTHAM INSURANCE COMPANY 156 WILLIAM ST ROOM 1202 NEW YORK, NY 10038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.144** | **State what the contract or lease is for and the nature of the debtor's interest** | Horizontal Pumping System Rental Agreement | GR ENERGY SERVICES 2150 TOWN SQ. PL. STE. 410 SUGAR LAND, TX 77479 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.145** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) - DFX1491120 | GREAT AMERICAN INSURANCE GROUP 301 E. FOURTH STREET CINCINNATI, OH 45202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Whiting Petroleum Corporation
Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | GREENBERG TRAURIG 333 SE 2ND AVENUE SUITE 4400 MIAMI, FL 33131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Non-Core Trucked Oil Sale Agreement | GULFMARK ENERGY, INC. 5 POST OAK PARK SUITE 2700 HOUSTON, TX 77027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Basic Life Insurance Plan | HARTFORD LIFE AND ACCIDENT INSURANCE CO. (THE HARTFORD) ONE HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Supplemental Life Insurance Plan | HARTFORD LIFE AND ACCIDENT INSURANCE CO. (THE HARTFORD) ONE HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Disability Insurance Plan | HARTFORD LIFE AND ACCIDENT INSURANCE CO. (THE HARTFORD) ONE HARTFORD PLAZA HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | HEATHER M. DUNCAN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services for Data Quality Management | HEXABYTE CONSULTING PO BOX 202167 DENVER, CO 80220 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation
                Name                                                    Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | HIGH TECH FORMS LLC<br>9934 WETHERS FIELD CIR<br>PROVIDENCE VILLAGE, TX 76227-8589 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement No. TS-13-0166 for the Keota 345kV Interconnection Project | HIGH WEST ENERGY, INC.<br>6270 CO RD 212<br>PINE BLUFFS, WY 82082-0519 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Gas Sales Contract Amendment | HIGHLAND PARTNERS HOLDINGS LLC<br>PO BOX 734024<br>DALLAS, TX 75373-4024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Crude Oil Transportation Agreement | HILAND CRUDE<br>PO BOX 734024<br>DALLAS, TX 75373-4024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Media Monitoring Agency Agreement | HILL + KNOWLTON STRATEGIES<br>237 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Background Screening Services | HIRERIGHT, LLC<br>14002 E. 21ST STREET, SUITE 1200<br>TULSA, OK 74134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Saltwater Disposal Agreement | HYDRA SERVICES LLC<br>(AFFILIATE OF KRAKEN OIL AND GAS II LLC)<br>RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation                          Case number *(if known)* 20-32021 (DRJ)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | IDERA, INC.<br>2950 NORTH LOOP FREEWAY WEST<br>SUITE 700<br>HOUSTON, TX 77092 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Factset Workstations Licensing Agreement | IHS MARKIT<br>450 WEST 33RD STREET<br>5TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | BD Corporate and Buyside IQ Licensing Agreement | IHS MARKIT<br>450 WEST 33RD STREET<br>5TH FLOOR<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | External Job Posting Site | INDEED<br>P.O. BOX 660367<br>DALLAS, TX 75266 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Secure Document Sharing and Collaboration Agreement | INTRALINKS, INC.<br>685 THIRD AVENUE, 9TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - ENVIRONMENTAL EXCESS LIABILITY - 002604904 | IRONSHORE SPECIALTY INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - SITE POLLUTION INCIDENT LEGAL LIABILITY SELECT - 002604704 | IRONSHORE SPECIALTY INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | _Whiting Petroleum Corporation_ | Case number *(if known)* _20-32021 (DRJ)_ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | ISSUETRAK<br>6160 KEMPSVILLE CIR<br>SUITE 101B<br>NORFOLK, VA 23502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | ISSUETRAK<br>6160 KEMPSVILLE CIR<br>SUITE 101B<br>NORFOLK, VA 23502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | Compressors Agreement | J-W POWER COMPANY<br>PO BOX 205856<br>DALLAS, TX 75320-5856 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement | J. P. MORGAN SECURITIES LLC<br>ATTN: ANDREW CASTALDO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | J.P. MORGAN SECURITIES LLC<br>925 WESTCHESTER AVE STE 405<br>WEST HARRISON, NY 10604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | J.P. MORGAN SECURITIES LLC<br>925 WESTCHESTER AVE STE 405<br>WEST HARRISON, NY 10604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement | J.P. MORGAN<br>ATTN: ANDREW CASTALDO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor _____Whiting Petroleum Corporation_____   Case number (if known) _20-32021 (DRJ)_
　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Online Company Store Agreement | JACK NADAL INC.<br>8701 BELLANCA AVE.<br>LOS ANGELES, CA 90045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | JACKSON WALKER<br>1401 MCKINNEY ST.<br>SUITE 1900<br>HOUSTON, TX 77010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JAMES E. CATLIN<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JAMES M. DESMOND<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JASON FINCH<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | JEFFERIES LLC<br>520 MADISON AVENUE<br>ATTN: GENERAL COUNSEL<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter and Amendment Dated 03/27/2020 | JEFFERIES LLC<br>520 MADISON AVENUE<br>ATTN: GENERAL COUNSEL<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____Whiting Petroleum Corporation_____     Case number (if known) __20-32021 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Amendment | JEFFRIES LLC<br>ATTN: GUY OLIPHANT |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Engagement | JEFFRIES LLC<br>ATTN: GENERAL COUNSEL<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Engagement | JEFFRIES LLC<br>ATTN: GENERAL COUNSEL<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Crisis Communications Agency Agreement | JOELE FRANK, WILKINSON BRIMMER KATCHER<br>622 THIRD AVENUE<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | JOHN BRADLEY MARVIN, JR.<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | JOHN BRADLEY MARVIN, JR.<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Credit Card Application and Agreement | JPMORGAN CHASE BANK, N.A.<br>1125 17TH STREET<br>FLOOR 3<br>ATTN: RYAN FUESSEL<br>DENVER, CO 80802 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Whiting Petroleum Corporation_____  Case number (if known) _20-32021 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Rental | JW POWER<br>PO BOX 205856<br>DALLAS, TX 75320-5856 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Gas Compression Rental | JW POWER<br>PO BOX 205856<br>DALLAS, TX 75320-5856 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Professional Ad Valorem Tax Services | K.E. ANDREWS AND COMPANY<br>ATTN: KYLE FISHER, 1900 DALROCK RD.<br>ROWLETT, TX 75088 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | KARY DATA, INC.<br>1917 MARKET STREET<br>STE. B<br>DENVER, CO 80290 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Effective 03/03/2004 | KARY DATA, INC.<br>1917 MARKET STREET<br>STE. B<br>DENVER, CO 80290 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Property Tax Filings | KE ANDREWS<br>1900 DALROCK ROAD<br>ROWLETT, TX 75088 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | KEVIN A. KELLY<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation                               Case number (if known)  20-32021 (DRJ)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | KEVIN A. KELLY<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | KIRKLAND & ELLIS<br>609 MAIN STREET<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Proposal to Provide on-call GHG and NSPS OOOOa/OOOO Support | KLEINFELDER<br>1801 CALIFORNIA ST<br>SUITE 1100<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Proposal for On-call Air Support | KLEINFELDER<br>1801 CALIFORNIA ST<br>SUITE 1100<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Proposal to provide Stormwater Support Services | KLEINFELDER<br>1801 CALIFORNIA ST<br>SUITE 1100<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Proposal to Prepare a Record Retention Program Summary Matrix | KLEINFELDER<br>1801 CALIFORNIA ST<br>SUITE 1100<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | NOL 382 Study | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _Whiting Petroleum Corporation_____     Case number (if known) _20-32021 (DRJ)_____
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Federal Tax Return Top-Level Review | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | S&U Tax Lookback Review | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | General Tax Consulting | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Restructuring Consulting | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | KPMG<br>1225 17TH STREET, STE 800<br>DENVER, CO 80202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Tax Services Related to Section 382 | KPMG<br>DEPT 0754<br>PO BOX 120754<br>DALLAS, TX 75312-0754 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Tax Services | KPMG<br>DEPT 0754<br>PO BOX 120754<br>DALLAS, TX 75312-0754 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor      Whiting Petroleum Corporation                                   Case number (if known)  20-32021 (DRJ)
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Professional Tax Services to Review the 1120 Tax Return | KPMG<br>DEPT 0754<br>PO BOX 120754<br>DALLAS, TX 75312-0754 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services for Unclaimed Property | KPMG<br>DEPT 0754<br>PO BOX 120754<br>DALLAS, TX 75312-0754 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Contract Labor Provider | KRH<br>3390 WHITEFISH STAGE<br>KALISPELL, MT 59901 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Staffing, Recruiting and Payrolling Services | LAKESHORE TALENT<br>8400 EAST PRENTICE AVE, SUITE 1401<br>GREENWOOD VILLAGE, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | LAZARD FRERES & CO. LLC<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | LEWIS, BESS, WILLIAMS & WEESE PC<br>1801 CALIFORNIA STREET<br>SUITE 3400<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - WORKERS COMPENSATION AND EMPLOYERS LIABILITY - WCC-641-05096-039 | LIBERTY MUTUAL FIRE INSURANCE CO. (LIBERTY MUTUAL GROUP)<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
            Name

Case number *(if known)* 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - BUSINESS AUTOMOBILE - AS2-641-005096-049 | LIBERTY MUTUAL FIRE INSURANCE CO. 175 BERKELEY STREET BOSTON, MA 02116 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment, Assumption, Release and Novation Agreement | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Williston Crude Oil Transportation Services Agreement ("Williston TSA") | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Williston Crude Oil Transportation Services Agreement ("Williston TSA") | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Redtail Crude Oil Transportation Services Agreement ("Redtail TSA") | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment, Assumption, Release and Novation Agreement | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Financial Assurance Side Letter | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Whiting Petroleum Corporation
Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Agreement | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Williston Crude Oil Replacement Transportation Services Agreement ("Williston Replacement TSA") | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Williston Crude Oil Transportation Services Agreement ("Williston TSA") | LIBERTY PIPELINE COUNTERPARTIES (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Precedent Agreements | LIBERTY PIPELINE, BRIDGER PIPELINE, BELLE FOURCHE PIPELINE, BUTTE PIPELINE, RED OAK PIPELINE (COLLECTIVELY "LIBERTY PIPELINE COUNTERPARTIES") (PART OF LIBERTY AGREEMENT PACKAGE) RESEARCHING ADDRESS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | IT Training Agreement | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Talent Insights | LINKEDIN 1000 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Career Page, Recruiting Account, Job Slots | LINKEDIN 1001 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation                              Case number *(if known)* 20-32021 (DRJ)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | LOGMEIN USA, INC.<br>320 SUMMER STREET<br>BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | LONGNECKER & ASSOCIATES<br>600 S CHERRY ST<br>STE 1115<br>GLENDALE, CO 80246 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.232** | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | LUFKIN INDUSTRIES, LLC (PART OF BAKER HUGHES, A GE COMPANY)<br>811 WILLOW OAK DRIVE<br>MISSOURI CITY, TX 77489-2468 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.233** | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | LYNE B. ANDRICH<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | IT Building Lease | MARK AND BENNA MUTH<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | MAXUS EERGY<br>717 N HARWOOD ST. #3067<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | Water Transportation Agreement | MCKENZIE ENERGY PARTNERS<br>C/O GRAVITY OILFIELD SERVICES<br>PO BOX 734128<br>DALLAS, TX 75373-4128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  ___Whiting Petroleum Corporation_____   Case number *(if known)* __20-32021 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Oil Sales Agreement | MERCURIA ENERGY TRADING<br>20 GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Benefit Plan | MERITAIN HEALTH<br>PO BOX 853921<br>RICHARDSON, TX 75085-3921 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Flexible Benefits Plan (FSA) | MERITAIN HEALTH<br>PO BOX 27847<br>MINNEAPOLIS, MN 55427 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Dental Benefit Plan | MERITAIN HEALTH<br>PO BOX 853921<br>RICHARDSON, TX 75085-3921 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Term Disability Benefit Plan | MERITAIN HEALTH<br>PO BOX 27267<br>MINNEAPOLIS, MN 55427-0267 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | MERRILL COMMNICATIONS LLC<br>1 MERRILL CIRCLE<br>SAINT PAUL, MN 55108 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Maintenance Agreement | METASOURCE, LLC<br>1900 FROST ROAD<br>SUITE 100<br>BRISTOL, PA 19007 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

| Debtor | Whiting Petroleum Corporation | Case number *(if known)* 20-32021 (DRJ) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MICHAEL B. WALEN<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MICHAEL G. HUTCHINSON<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | MICHAEL J. STEVENS<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | IT Network Support Agreement | MID-RIVERS COMMUNICATIONS<br>PO BOX 280<br>904 C AVENUE<br>CIRCLE, MT 59215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | General IT Agreement | MIMECAST<br>1 FINSBURY AVENUE<br>LONDON EC2M 2PF<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br>5414 PINNACLE POINT DRIVE<br>SUITE 500<br>ROGERS, AR 72758-8131 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | MOBIL EXPLORATION & PRODUCING US, INC.<br>3000 PEGASUS PARK DRIVE<br>DALLAS, TX 75247 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Whiting Petroleum Corporation_____
          Name

Case number *(if known)* __20-32021 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | MOELIS<br>TWO ALLEN CENTER<br>1200 SMITH STREET<br>SUITE 1900<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement No. TS-13-0166 for the Keota 345kV Interconnection Project | MORGAN COUNTY RURAL ELECTRIC ASSOCIATION<br>734 BARLOW RD<br>FT MORGAN, CO 80701 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Record Management/Professional Scanning Services | MOUNTAIN STATES IMAGING (MSI)<br>7050 SOUTH YOSEMITE STREET<br>CENTENNIAL, CO 80112 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Purchase of 9.375% Interest in Citation Sovereign Aircraft | NET JETS<br>PO BOX 933300<br>ATLANTA, GA31193-3300 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | NGL Sales Contract | NGL SUPPLY CO. LTD.<br>C/O TX9217U<br>PO BOX 66900<br>CHICAGO, IL 60666-0900 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | NGL Sales Contract | NGL SUPPLY CO. LTD.<br>C/O TX9217U<br>PO BOX 66900<br>CHICAGO, IL 60666-0900 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | NIXON SHEFRIN HENSEN OGBURN, P.C.<br>5619 DTC PARKWAY, SUITE1200<br>GREENWOOD VILLAGE, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   _Whiting Petroleum Corporation_____   Case number *(if known)* _20-32021 (DRJ)_____
　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement No. TS-13-0166 for the Keota 345kV Interconnection Project | NOBLE ENERGY, INC.<br>1001 NOBLE ENERGY WAY<br>HOUSTON, TX 77070 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Website Development Agency Agreement | O2 GROUP<br>150 CAPITAL DRIVE<br>SUITE 100<br>GOLDEN, CO 80401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE<br>(INCLUDES 6 YEAR TAIL) - ORPRO 43568 | OLD REPUBLIC PROFESSIONAL LIABILITY, INC.<br>191 NORTH WACKER DRIVE<br>SUITE 1000<br>CHICAGO, IL 60606 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | ONEOK FIELD SERVICES COMPANY, L.L.C.<br>ONEOK, INC.<br>100 W. 5TH STREET 8-5<br>ATTN: CREDIT DEPT.<br>TULSA, OK 74103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | ONEOK ROCKIES MIDSTREAM, L.L.C.<br>ONEOK, INC.<br>100 W. 5TH STREET 8-5<br>ATTN: CREDIT DEPT.<br>TULSA, OK 74103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Gas Sales Contract | ONEOK<br>1000 W. 5TH ST., 17TH FLOOR<br>TULSA, OK 74103-4298 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Gas Sales Contract | ONEOK<br>1000 W. 5TH ST., 17TH FLOOR<br>TULSA, OK 74103-4298 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
                    Name                                                                    Case number *(if known)* 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Crisis Communications Licensing Agreement | ONSOLVE<br>780 W. GRANADA BLVD.<br>ORMOND BEACH, FL 32174 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Onsolve Software Renewal (Saas) | ONSOLVE<br>780 WEST GRANADA BLVD<br>ORMOND BEACH, FL 32174 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Professional services SOW for UniPath Software | OPTEAMIX<br>9200 E MINERAL AVE STE 330<br>CENTENNIAL, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | General IT Agreement | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | WLL Lead Program (Cohorts 7 and 8) | P.A. WEISS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Whiting Petroleum Corporation
           Name

Case number *(if known)*  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2 ENERGY SOLUTIONS<br>1670 BROADWAY<br>SUITE 2800<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ____Whiting Petroleum Corporation_____   Case number *(if known)* __20-32021 (DRJ)_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | P2ES HOLDINGS, INC. 1670 BROADWAY STE 2800 DENVER, CO 80202 |
| | State the term remaining List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | IT Network Support Agreement | PALO ALTO NETWORKS 3000 TANNERY WAY SANTA CLARA, CA 95054 |
| | State the term remaining List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | IT Network Support Agreement | PALO ALTO NETWORKS 3000 TANNERY WAY SANTA CLARA, CA 95054 |
| | State the term remaining List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | IT Network Support Agreement | PALO ALTO NETWORKS 3000 TANNERY WAY SANTA CLARA, CA 95054 |
| | State the term remaining List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Extension of Term for Rig Contract and Amendment to Daily Operating Rate | PATTERSON-UTI DRILLING COMPANY LLC LLLP PO BOX 260111 DALLAS, TX 75326-0111 |
| | State the term remaining List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Extension of Term for Rig Contract and Amendment to Daily Operating Rate | PATTERSON-UTI DRILLING COMPANY LLC LLLP PO BOX 260111 DALLAS, TX 75326-0111 |
| | State the term remaining List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | PEARCE DURICK PLLC 314 EAST THAYER AVENUE PO BOX 400 BISMARCK, ND 58502 |
| | State the term remaining List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation
Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.286** | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement and Release Agreement | PERFORMANCE ENERGY SERVICES LLC<br>LLC<br>2149 E BRIDGE ST<br>BRIGHTON, CO 80601 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.287** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | PETER W. HAGIST<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.288** | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | PETRO BEACON US INC.<br>P.O. BOX 271210<br>FLOWER MOUND, TX 75027-1210 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.289** | **State what the contract or lease is for and the nature of the debtor's interest** | IT Support Agreement | PETRO BEACON US INC.<br>P.O. BOX 271210<br>FLOWER MOUND, TX 75027-1210 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.290** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | PHILIP E. DOTY<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.291** | **State what the contract or lease is for and the nature of the debtor's interest** | Oil Sales Agreement | PHILLIPS 66<br>58 COMMERCE ROAD<br>STAMFORD, CT 06902 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.292** | **State what the contract or lease is for and the nature of the debtor's interest** | Extension of Term for Rig Contract and Amendment to Daily Operating Rate | PIONEER DRILLING<br>C/O JARDINE, STEPHENSON, BLEWETT & WEAVER, PC<br>ATTN: ROBERT PFENNIGS<br>300 CENTRAL AVE W<br>#700, P.O. BOX 2269<br>GREAT FALLS, MT 59403 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation
                    Name

Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension of Term for Rig Contract and Amendment to Daily Operating Rate | PIONEER DRILLING<br>C/O JARDINE, STEPHENSON, BLEWETT & WEAVER, PC<br>ATTN: ROBERT PFENNIGS<br>300 CENTRAL AVE W<br>#700, P.O. BOX 2269<br>GREAT FALLS, MT 59403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Flarecatcher Equipment Rental for 2 Units | PIONEER ENERGY<br>220 S TAFT ST<br>LAKEWOOD, CO 80228 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | PIONEER NATURAL RESOURCES<br>PO BOX 840835<br>DALLAS, TX 75284-0835 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | PIONEER NATURAL RESOURCES<br>PO BOX 840835<br>DALLAS, TX 75284-0835 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | PIONEER NATURAL RESOURCES<br>PO BOX 840835<br>DALLAS, TX 75284-0835 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | PIONEER NATURAL RESOURCES<br>PO BOX 840835<br>DALLAS, TX 75284-0835 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment for Rate Increase | PIONEER<br>220 S TAFT ST<br>LAKEWOOD, CO 80228 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor _____Whiting Petroleum Corporation_____   Case number *(if known)* __20-32021 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.300** | State what the contract or lease is for and the nature of the debtor's interest | Amendment for Rate Increase | PIONEER<br>220 S TAFT ST<br>LAKEWOOD, CO 80228 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.301** | State what the contract or lease is for and the nature of the debtor's interest | Package Tracking Solution Including Handheld Scanners | PITNEY BOWES<br>PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.302** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Postage Equipment | PITNEY-BOWES GLOBAL FINANCIAL LLC<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.303** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Postage Scanning Equipment | PITNEY-BOWES GLOBAL FINANCIAL LLC<br>P.O. BOX 371888<br>PITTSBURGH, PA 15250 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.304** | State what the contract or lease is for and the nature of the debtor's interest | Balancing Shipper Arrangement on Robinson Lake, ND Pipeline System | PLAINS MARKETING<br>P O BOX 4346, DEPT 327<br>HOUSTON, TX 77210-4346 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.305** | State what the contract or lease is for and the nature of the debtor's interest | IT Training Agreement | PLURALSIGHT LLC<br>10355 SOUTH JORDAN GATEWAY<br>SUITE 160<br>SOUTH JORDAN, UT 84095 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.306** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release | POLAR MIDSTREAM LLC<br>2300 WINDY RIDGE PKWY STE 840N<br>ATLANTA, GA 30339 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
            Name                                                    Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Water Gathering Agreement | POLAR MIDSTREAM<br>2300 WINDY RIDGE PKWY STE 840N<br>ATLANTA, GA30339 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Tax Depreciation Software | PROWARE<br>3909 SOUTH 147TH STREET<br>SUITE 134<br>OMAHA, NE 68144 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | IT Services Agreement | PTC INC.<br>121 SEAPORT BLVD<br>SUITE 1700<br>BOSTON, MA 02114 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | General Tax Consulting | PWC<br>1900 16TH STREET, SUITE 1600<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Valuation Services for Q1 2019 PSA Grant | PWC<br>1900 16TH STREET, SUITE 1600<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - THIRD EXCESS LIABILITY - L19XS4N12708 | QBE INTERNATIONAL MARKETS<br>601 POYDRAS ST., SUITE 2215<br>NEW ORLEANS, LA 70130 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - THIRD EXCESS LIABILITY - EL19LT954W3X | QBE INTERNATIONAL MARKETS<br>601 POYDRAS ST., SUITE 2215<br>NEW ORLEANS, LA 70130 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Whiting Petroleum Corporation
                    Name                                                    Case number *(if known)*  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | INSURANCE POLICY - THIRD EXCESS LIABILITY - ML2019MEE00110 | QBE INTERNATIONAL MARKETS<br>601 POYDRAS ST., SUITE 2215<br>NEW ORLEANS, LA 70130 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | IT Support Agreement | QUORUM BUSINESS SOLUTIONS, INC.<br>P.O. BOX 58965<br>HOUSTON, TX 77258-8965 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software Licensing Agreement for Whiting.com | RACKSPACE<br>5000 WALZEM ROAD<br>SAN ANTONIO, TX 78218 |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Residue Gas Sales Contract | RAINBOW GAS COMPANY<br>919 S 7TH STREET<br>SUITE 405<br>BISMARCK, ND 58405 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Residue Gas Sales Agreement | RAINBOW GAS COMPANY<br>919 S 7TH STREET<br>SUITE 405<br>BISMARCK, ND 58405 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Gas Sales Agreement | RAINBOW<br>260 LINCOLN TOWER BLDG<br>DENVER, CO 80203 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Gas Sales Agreement | RAINBOW<br>260 LINCOLN TOWER BLDG<br>DENVER, CO 80203 |

Debtor    <u>Whiting Petroleum Corporation</u>
          Name

Case number *(if known)* <u>20-32021 (DRJ)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.321** | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | RAPID7, LLC<br>120 CAUSEWAY STREET<br>SUITE 400<br>BOSTON, MA 02114 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.322** | **State what the contract or lease is for and the nature of the debtor's interest** | General IT Agreement | RAPID7, LLC<br>120 CAUSEWAY STREET<br>SUITE 400<br>BOSTON, MA 02114 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.323** | **State what the contract or lease is for and the nature of the debtor's interest** | Gas Gathering, Processing and Sale Agreement | RED ROCK<br>RESEARCHING ADDRESS |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.324** | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease | REGUS MANAGEMENT GROUP, LLC<br>700 MILAM<br>SUITE 1300<br>HOUSTON, TX 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.325** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | RICK A. ROSS<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.326** | **State what the contract or lease is for and the nature of the debtor's interest** | Executive Employment and Severance Agreement | RICK HATCHER<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.327** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | RICK HATCHER<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor      Whiting Petroleum Corporation                          Case number (if known)  20-32021 (DRJ)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Flir Camera Lease | RIMROCK<br>5445 DTC PKWY STE 1250<br>GREENWOOD VILLAGE, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Rogii Software License and Service Agreement | ROGII INC.<br>11750 KATY FREEWAY STE 1010<br>HOUSTON, TX 77079 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | ROGII INC<br>11750 KATY FREEWAY<br>SUITE 1010<br>HOUSTON, TX 77079 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | ROGII INC<br>11750 KATY FREEWAY<br>SUITE 1010<br>HOUSTON, TX 77079 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | ROGII INC<br>11750 KATY FREEWAY<br>SUITE 1010<br>HOUSTON, TX 77079 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Information Services Subscription Agreement | RS ENERGY GROUP<br>600 TRAVIS ST STE 750<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Surveillance Equipment Lease | RTC<br>105 RTC DR.<br>RESERVE, LA 70084 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     __Whiting Petroleum Corporation_____     Case number *(if known)* __20-32021 (DRJ)_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Tax Filings | RYAN & CO.<br>THREE GALLERIA TOWER<br>13155 NOEL ROAD<br>SUITE 100<br>DALLAS, TX 75240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Tax Services | RYAN, LLC<br>PO BOX 848351<br>DALLAS, TX 75284-8351 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | SAFE SOFTWARE INC.<br>9639 137A STREET<br>SUITE 1200<br>SURREY, BC V3T 0M1<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | SAS INSTITUTE INC.<br>SAS CAMPUS DRIVE<br>CARY, NC 27513 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Licensing of Non-Exclusive Seismic Data and Geological Report - Effective 04/30/1999 | SCHLUMBERGER TECHNOLOGY CORP<br>P O BOX 732149<br>DALLAS, TX 75373-2149 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Data Agreement - Effective 04/28/1999 | SCHLUMBERGER TECHNOLOGY CORP<br>P O BOX 732149<br>DALLAS, TX 75373-2149 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Single User License Agreement - Effective 10/22/1999 | SEISMIC MICRO-TECHNOLOGY, INC<br>8584 KATY FREEWAY SUITE 400<br>HOUSTON, TX 77024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Whiting Petroleum Corporation
Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | SEISPRO, LLC<br>1776 YORKTOWN<br>SUITE 500<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | SENTINELONE<br>605 FAIRCHILD DR.<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SEVEN LAKES ENTERPRISES, INC.<br>2555 TOWNSGATE ROAD<br>SULITE 105<br>WESTLAKE VILLAGE, CA 91361 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SEVEN LAKES ENTERPRISES, INC.<br>2555 TOWNSGATE ROAD<br>SULITE 105<br>WESTLAKE VILLAGE, CA 91361 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | SHANE A. FROSS<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | SHANE A. FROSS<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Oil Sales Contract | SHELL TRADING COMPANY<br>1000 MAIN, LEVEL 12<br>ATTN: TINA JONES<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation                            Case number (if known)  20-32021 (DRJ)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | SHELL WESTERN E&P INC. PO BOX 576 HOUSTON, TX 77001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | SHERMAN & HOWARD, LLC 633 SEVENTEENTH STREET SUITE 3000 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Contract Labor Provider | SIEGFRIED GROUP LLP 1201 N. MARKET ST., SUITE 700 WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance Agreement | SIEMENS ENERGY, INC. 10730 TELGE ROAD HOUSTON, TX 77095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | SIRIKKA R. LOHOEFENER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Executive Employment and Severance Agreement | SIRIKKA R. LOHOEFENER ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Proposal for 2020 Quad J Portable Analyzer Testing | SLIPSTREAM ENVIRONMENTAL SERVICES 772 AIRFIELD LANE SHERIDAN, WY 82801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Whiting Petroleum Corporation_____
Name

Case number *(if known)* _20-32021 (DRJ)_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | General IT Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _Whiting Petroleum Corporation_____ Case number *(if known)* _20-32021 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | SOLARWINDS ITSM US INC<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Shelbi Souther Independent Contractor | SOUTHER SOLUTIONS, INC.<br>12337W 6TH PL.<br>GOLDEN, CO 80401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | SQL SENTRY, LLC, D/B/A SENTRYONE<br>4001B YANCEY RD<br>CHARLOTTE, NC 28217 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - COMMERCIAL GENERAL LIABILITY AND UMBRELLA - ZLP-12P16408-19-N4 | ST. PAUL FIRE AND MARINE INSURANCE COMPANY (TRAVELER'S)<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Denver Broncos Club Seat License Agreement | STADIUM MANAGEMENT COMPANY, LLC<br>ATTN: DENVER BRONCOS TICKET OFFICE<br>C/O SPORTS AUTHORITY FIELD AT MILE HIGH<br>1701 BRYANT STREET<br>SUITE 100<br>DENVER, CO 80204 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement for Executive Suite | STADIUM MANAGEMENT COMPANY, LLC<br>13655 BRONCOS PARKWAY<br>ENGLEWOOD, CO 80112 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____Whiting Petroleum Corporation_____          Case number *(if known)* __20-32021 (DRJ)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement for Executive Suite Broncos | STADIUM MANAGEMENT COMPANY, LLC<br>ATTN: GENERAL COUNSEL<br>13655 BRONCOS PARKWAY<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Club Seat License Agreement Broncos | STADIUM MANAGEMENT COMPANY, LLC<br>ATTN: DENVER BRONCOS TICKET OFFICE<br>1701 BRYANT STREET<br>SUITE 100<br>DENVER, CO 80204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | STANDARD AUTOMATION AND CONTROL /DBA: WONDERWARE WEST<br>601 TRAVIS STREET<br>SUITE 1850<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | STANDARD AUTOMATION AND CONTROL /DBA: WONDERWARE WEST<br>601 TRAVIS STREET<br>SUITE 1850<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | STANDARD AUTOMATION AND CONTROL /DBA: WONDERWARE WEST<br>601 TRAVIS STREET<br>SUITE 1850<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | STANDARD AUTOMATION AND CONTROL /DBA: WONDERWARE WEST<br>601 TRAVIS STREET<br>SUITE 1850<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - SECOND EXCESS LIABILITY - AJ8205A19MAA | STARSTONE SPECIALTY INSURANCE COMPANY<br>STARSTONE US MARINE GROUP<br>411 FIFTH AVENUE<br>FIFTH FLOOR<br>NEW YORK, NY 10016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation
          Name

Case number *(if known)* 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY - SECOND EXCESS LIABILITY - CRF250841C19 | STARSTONE SPECIALTY INSURANCE COMPANY STARSTONE US MARINE GROUP 411 FIFTH AVENUE FIFTH FLOOR NEW YORK, NY 10016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Crude Oil Sales Agreement | STATOIL 5555 DTC PARKWAY SUITE 310 GREENWOOD VILLAGE, CO 80111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | STEAKLEY, WETSEL & CARMICHAEL, L.L.P. THE NEWMAN BUILDING 207 OAK STREET STREETWATER, TX 79556 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | STEIN ADVISORS LLC ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | STIKEMAN ELLIOTT ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Training Agreement | STORMWIND LLC 14646 N. KIERLAND BLVD. SUITE 120 SCOTTSDALE, AZ 85254 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Core, Cuttings and Samples Storage | STRATUM RESERVOIR, LLC. 16161 TABLE MOUNTAIN PKWY GOLDEN, CO 80403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation
                Name

Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Core, Cuttings and Samples Storage | STRATUM RESERVOIR, LLC. 7409 W. INDUSTRIAL AVE. MIDLAND, TX 79706 |
| | State the term remaining List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | STRETTO 410 EXCHANGE STE. 100 IRVINE, CA 92602 |
| | State the term remaining List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | 3-D License Agreement - Effective 12/17/2003 | SUEMAR EXPLORATION & PRODUCTION, LLC 802 N. CARANCAHUA SUITE 1000 FROST BANK PLAZA CORPUS CHRISTI, TX 78470-0400 |
| | State the term remaining List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | SUEMAUR EXPLORATION & PRODUCTION, LLC 802 N. CARANCAHUA SUITE 1000 FROST BANK PLAZA CORPUS CHRISTI, TX 78470-0400 |
| | State the term remaining List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | SUEMAUR EXPLORATION & PRODUCTION, LLC 802 N. CARANCAHUA SUITE 1000 FROST BANK PLAZA CORPUS CHRISTI, TX 78470-0400 |
| | State the term remaining List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to Salt Water Gathering and Disposal Agreement for Construction of an Interconnect | SUMMIT MIDSTREAM PARTNERS, LLC 910 LOUISIANA STREET, SUITE 4200 HOUSTON, TX 77002 |
| | State the term remaining List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Gas Sales Agreement | SUMMIT MIDSTREAM 910 LOUISIANA STREET, SUITE 4200 HOUSTON, TX 77002 |
| | State the term remaining List the contract number of any government contract | | |

Debtor  _Whiting Petroleum Corporation_____  Case number (if known) _20-32021 (DRJ)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.391** | State what the contract or lease is for and the nature of the debtor's interest — Suspension Agreement | SUMMIT MIDSTREAM<br>910 LOUISIANA STREET, SUITE 4200<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.392** | State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter | SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET<br>SUITE 5100<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.393** | State what the contract or lease is for and the nature of the debtor's interest — INSURANCE POLICY - FIRST EXCESS LIABILITY - B0702GL308160n | SYNDICATE TRV 5000 AT LLOYD'S<br>TRAVELERS SYNDICATE MANAGEMENT LIMITED<br>ONE CREECHURCH PLACE<br>LONDON EC3A 5AF<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.394** | State what the contract or lease is for and the nature of the debtor's interest — Near Site Records Storage Agreement | TAB PRODUCTS CO LLC<br>12330 E 46TH AVENUE<br>SUITE 500<br>BUILDING 1<br>DENVER, CO 80239 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.395** | State what the contract or lease is for and the nature of the debtor's interest — Amendment to Gas Sales Agreement | TARGA<br>23613 NETWORK PLACE<br>CHICAGO, IL 60673-1236 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.396** | State what the contract or lease is for and the nature of the debtor's interest — Software Subscription Agreement | TELERIK INC. (DBA PROGRESS SOFTWARE CORPORATION)<br>14 OAK PARK DRIVE<br>BEDFORD, MA 01730 |
| | State the term remaining<br>List the contract number of any government contract | |
| **2.397** | State what the contract or lease is for and the nature of the debtor's interest — 4th Amendment to Hidden Bench Gathering Agreement | TESORO REFINING AND MARKETING<br>19100 RIDGEWOOD PKWY<br>SAN ANTONIO, TX 78259 |
| | State the term remaining<br>List the contract number of any government contract | |

Debtor   __Whiting Petroleum Corporation_____        Case number (if known) __20-32021 (DRJ)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Oil Gathering Agreement | TESORO<br>19100 RIDGEWOOD PARKWAY<br>SAN ANTONIO, TX 78529 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Oil Sales Contract | TESORO<br>19100 RIDGEWOOD PARKWAY<br>SAN ANTONIO, TX 78529 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription Agreement | THE BUREAU OF NATIONAL AFFAIRS, INC. (BLOOMBERG BNA)<br>BLOOMBERG TAX<br>1801 SOUTH BELL STREET<br>ARLINGTON, VA 22202 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | THISTLE, INC.<br>5211 SOUTH QUEBEC STREET<br>GREENWOOD VILLAGE, CO 80111 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | THISTLE, INC.<br>5211 SOUTH QUEBEC STREET<br>GREENWOOD VILLAGE, CO 80111 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Seismic Data License Agreement | THISTLE, INC.<br>5211 SOUTH QUEBEC STREET<br>GREENWOOD VILLAGE, CO 80111 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | THOMAS L. ALLER<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation
          Name

Case number (if known) 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Return Prep Software | THOMPSON REUTERS<br>2395 MIDWAY ROAD<br>2395 MIDWAY ROAD<br>CARROLLTON, TX 75006 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Provision Software | THOMPSON REUTERS<br>2395 MIDWAY ROAD<br>2395 MIDWAY ROAD<br>CARROLLTON, TX 75006 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | General IT Agreement | THOMSON REUTERS (TAX & ACCOUNTING), INC.<br>ATTN: CS&S CONTRACT ADMINISTRATION<br>2395 MIDWAY ROAD<br>BLDG. 1, M/S 175<br>CARROLLTON, TX 75006-9769 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement | TIMOTHY M. SULSER<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Offsite Document Storage | TOTAL DOCUMENT SOLUTIONS, INC.<br>12330 E. 46TH AVENUE, STE 500<br>DENVER, CO 80239 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Near Site Records Storage Agreement Assignment | TOTAL DOCUMENT SOLUTIONS, INC.<br>12330 E 46TH AVENUE<br>SUITE 500<br>DENVER, CO 80239 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Labor Provider | TR ROBEL SERVICES<br>300 E 16TH ST #216<br>GREELEY, CO 80631 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Whiting Petroleum Corporation
          Name

Case number *(if known)* 20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement No. TS-13-0166 for the Keota 345kV Interconnection Project | TRI-STATE GENERATION AND TRANSMISSION ASSOCIATIONS, INC. P O BOX 33695 DENVER, CO 80233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Proposal for RY2019 Greenhouse Gas Reporting | TRINITY CONSULTANTS 1391 N SPEER BOULEVARD SUITE 350 DENVER, CO 80204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS AND OFFICERS (SIDE A) (INCLUDES 6 YEAR TAIL) - 34 DA 0298856 19 | TWIN CITY FIRE INSURANCE CO. ONE COLLEGE PARK INDIANAPOLIS, IN 46268-0930 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - EMPLOYMENT PRACTICES LIABILITY - 34 GT 0299510-19 | TWIN CITY FIRE INSURANCE CO. ONE COLLEGE PARK INDIANAPOLIS, IN 46268-0930 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - PENSION AND BENEFIT PLAN FIDUCIARY LIABILITY - 34 IA 0299513-19 | TWIN CITY FIRE INSURANCE CO. ONE COLLEGE PARK INDIANAPOLIS, IN 46268-0930 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) - 14-MGU-19-A48183 | U.S. SPECIALTY INSURANCE COMPANY TOKIO MARINE HCC - D&O GROUP 8 FOREST PARK DRIVE FARMINGTON, CT 06032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Gas Sales Agreement | UET 225 UNION BOULEVARD SUITE 200 LAKEWOOD, CO 80228 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Whiting Petroleum Corporation
         Name                                                        Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Residue Gas Sales Contract | UET<br>225 UNION BOULEVARD<br>SUITE 200<br>LAKEWOOD, CO 80228 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Residue Gas Sales Agreement | UET<br>225 UNION BOULEVARD<br>SUITE 200<br>LAKEWOOD, CO 80228 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | UiPath Software License | UIPATH<br>90 PARK AVE 20TH FLOOR<br>NEW YORK, NY 10016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Project Management Consulting Services | UNCOMMON SOLUTIONS<br>6530 S YOSEMITE ST STE 204<br>GREENWOOD VILLAGE, CO 80111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - ENERGY PACKAGE - 11009 | UNDERWRITERS AT LLOYD'S LONDON & COMPANIES<br>LLOYD'S AMERICA, INC.<br>ATTN: LEGAL DEPARTMENT<br>280 PARK AVENUE<br>EAST TOWER, 25TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - ENERGY PACKAGE - ME1900937 | UNDERWRITERS AT LLOYD'S LONDON & COMPANIES<br>LLOYD'S AMERICA, INC.<br>ATTN: LEGAL DEPARTMENT<br>280 PARK AVENUE<br>EAST TOWER, 25TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - ENERGY PACKAGE - ME1900937A | UNDERWRITERS AT LLOYD'S LONDON & COMPANIES<br>LLOYD'S AMERICA, INC.<br>ATTN: LEGAL DEPARTMENT<br>280 PARK AVENUE<br>EAST TOWER, 25TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Whiting Petroleum Corporation_____  Case number (if known) _20-32021 (DRJ)_____
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - TERRORISM - ME1902152 | UNDERWRITERS AT LLOYD'S LONDON & COMPANIES LLOYD'S AMERICA, INC. ATTN: LEGAL DEPARTMENT 280 PARK AVENUE EAST TOWER, 25TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | UNION PACIFIC RESOURCE COMPANY P.O. BOX 7, MS 3504 FORT WORTH, TX 76101-0007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | 2 Month Extension of Rig Contract | UNIT DRILLING COMPANY DEPARTMENT 247 TULSA, OK 74182 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | 1 Year Extension of Rig Contract | UNIT DRILLING COMPANY DEPARTMENT 247 TULSA, OK 74182 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | UNITED ENERGY TRADING, LLC 919 SOUTH 7TH STREET SUITE 405 ATTN: LOREN KOPSENG, PRESIDENT/CEO BISMARCK, ND 58504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | Oil Sales Contract | US OIL & REFINING CO 3001 MARSHALL AVE TACOMA, WA 98421 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | ESP Rental Agreement | VALIANT ARTIFICIAL LIST SOLUTIONS SOLUTIONS LLC ONE LEADERSHIP SQUARE NORTH TOWER 211 N ROBINSON AVE STE 1301 OKLAHOMA CITY, OK 73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Whiting Petroleum Corporation                         Case number (if known)  20-32021 (DRJ)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - SECOND EXCESS LIABILITY - AJ8205A19MAA | VALIDUS SPECIALTY INSURANCE ON BEHALF OF LLOYD'S SYNDICATE VALIDUS SPECIALTY UNDERWRITING SERVICES, INC. 4 WORLD TRACE CENTER 150 GREENWICH STREET 47TH FLOOR NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - SECOND EXCESS LIABILITY - CRF250841C19 | VALIDUS SPECIALTY INSURANCE ON BEHALF OF LLOYD'S SYNDICATE VALIDUS SPECIALTY UNDERWRITING SERVICES, INC. 4 WORLD TRACE CENTER 150 GREENWICH STREET 47TH FLOOR NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | VASTAR 1560 BROADWAY, SUITE2092 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | VEEAM PAYMENT SOLUTIONS 2330 INTERSTATE 30 MESQUITE, TX 75150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | Cellular/Phone Agreement | VERIZON WIRELESS BANKRUPTCY ADMINISTRATION,500 TECHNOLOGY DRIVE, SUITE 550 WELDON SPRING, MO 63304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | Cellular/Phone Agreement | VERIZON WIRELESS BANKRUPTCY ADMINISTRATION,500 TECHNOLOGY DRIVE, SUITE 550 WELDON SPRING, MO 63304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | Vision Benefit Plan | VISION SERVICE PLAN INSURANCE CO. (VSP) 3333 QUALITY DRIVE RANCHO CORDOVA, CA 95670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   <u>Whiting Petroleum Corporation</u>
Name

Case number (if known) <u>20-32021 (DRJ)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Water Filter Lease Agreement Amendment | WATERLOGIC PO BOX 677867 DALLAS, TX 75267-7867 |
| | State the term remaining List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Lease for 8 Water Filtration Systems | WATERLOGIC 8 TWO MILE ROAD SUITE 202 FARMINGTON, CT 06032 |
| | State the term remaining List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Fresh Water Supply Agreements | WESTERN AREA WATER SUPPLY AUTHORITY (WAWSA) AUTHORITY PO BOX 2343 WILLISTON, ND 85502-2343 |
| | State the term remaining List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Water Purchase Agreement | WESTERN AREA WATER SUPPLY AUTHORITY AUTHORITY PO BOX 2343 WILLISTON, ND 85502-2343 |
| | State the term remaining List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Water Purchase Agreement to Include a Service Location | WESTERN AREA WATER SUPPLY AUTHORITY PO BOX 2343 WILLISTON, ND 85502-2343 |
| | State the term remaining List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | WHITING USA TRUST II C/O THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. 919 CONGRESS AVENUE SUITE 500 ATTN: MICHAEL J. ULRICH AUSTIN, TX 78701 |
| | State the term remaining List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement | WILLIAM N. HAHNE ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |

Debtor   Whiting Petroleum Corporation
                    Name

Case number (if known)  20-32021 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Cellular/Phone Agreement | WINDSTREAM ENTERPRISE<br>1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Cellular/Phone Agreement | WINDSTREAM ENTERPRISE<br>1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | ARM/CCH Subscription | WOLTERS KLUWER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Accounting Research Manager Subscription (SAAS) | WOLTERS KLUWER<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement | WORKDAY<br>PO BOX 396106<br>SAN FRANCISCO, CA 94139-6106 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription Agreement | WORKSHARE TECHNOLOGY INC.<br>650 CALIFORNIA STREET<br>FLOOR 7<br>SAN FRANCISCO, CA 94108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | WPX ENERGY ROCKY MOUNTAIN, LLC<br>PO BOX 21810<br>TULSA, OK 74121 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _Whiting Petroleum Corporation_____      Case number *(if known)* _20-32021 (DRJ)_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | WPX ENERGY VAN HOOK GATHERING SERVICES, LLC RESEARCHING ADDRESS |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee Agreement | WPX ENERGY WILLISTON, LLC 21237 NETWORK PLACE CHICAGO, IL 60673-1212 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Seismic Data License Agreement | XCEL SEISMIC, INC. 2218 WINDMILL DRIVE RICHMOND, TX 77469 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | IT Printer/Copier Agreement | XEROX CORPORATION PO BOX 660501 DALLAS, TX 75266-0501 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) - ELU164885-19 | XL SPECIALTY INSURANCE COMPANY 70 SEAVIEW AVENUE STAMFORD, CT 06902-6040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - COMMERCIAL CRIME POLICY - FID 6010702-01 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196-1056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY - DIRECTORS, OFFICERS AND CORPORATE LIABILITY INSURANCE (INCLUDES 6 YEAR TAIL) - DOC 0139691-05 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL 60196-1056 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Whiting Petroleum Corporation__

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number (if known): __20-32021 (DRJ)__

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Whiting Oil and Gas Corporation | 1700 Lincoln, Suite 4700 Denver, CO 80203 | JPMORGAN CHASE BANK, N.A., MID-CORP LOAN ADMINISTRATION | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Whiting Oil and Gas Corporation | 1700 Lincoln, Suite 4700 Denver, CO 80203 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 Whiting US Holding Company | 1700 Lincoln, Suite 4700 Denver, CO 80203 | JPMORGAN CHASE BANK, N.A., MID-CORP LOAN ADMINISTRATION | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Whiting US Holding Company | 1700 Lincoln, Suite 4700 Denver, CO 80203 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 Whiting Canadian Holding Company ULC | 1700 Lincoln, Suite 4700 Denver, CO 80203 | JPMORGAN CHASE BANK, N.A., MID-CORP LOAN ADMINISTRATION | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 Whiting Canadian Holding Company ULC | 1700 Lincoln, Suite 4700 Denver, CO 80203 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ☐ D<br>☒ E/F<br>☐ G |

Debtor     Whiting Petroleum Corporation
           _____
           Name

Case number (if known)  20-32021 (DRJ)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Whiting Resources Corporation | 1700 Lincoln, Suite 4700 Denver, CO 80203 | JPMORGAN CHASE BANK, N.A., MID-CORP LOAN ADMINISTRATION | ☒ D<br>❑ E/F<br>❑ G |
| 2.8 | Whiting Resources Corporation | 1700 Lincoln, Suite 4700 Denver, CO 80203 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | ❑ D<br>☒ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Whiting Petroleum Corporation

United States Bankruptcy Court for the:  Southern _____ District of Texas

Case number (*If known*):  20-32021 (DRJ) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/6/2020
            MM / DD / YYYY

✗ *Correne Loeffler*
Signature of individual signing on behalf of debtor

Correne S. Loeffler
Printed name

Chief Financial Officer
Position or relationship to debtor