UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>Whiting Petroleum Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 20-32021<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Titan Solutions, LLC**<br>Name of Transferor<br>Phone: (307) 680-4349<br>Last Four Digits of Acct #: N/A<br><br>Name and Address where notices and payments to transferee should be sent:<br><br>**Whitebox GT Fund, LP**<br>**c/o Whitebox Advisors LLC**<br>**3033 Excelsior Blvd, Suite 500**<br>**Minneapolis, MN 55416-4675**<br>**Attn: Scott Specken** | **Whitebox GT Fund, LP**<br>Name of Transferee<br>Phone: (612) 253-6008<br>Last Four Digits of Acct #: N/A<br><br>Claim No: 144, as amended by Claim No. 1645<br>Debtor: Whiting Oil and Gas Corporation (20-32022)<br>Date Filed: May 11, 2020, as amended on July 14, 2020<br><br>Total Amount of Claim: $334,183.61<br>**Transferred Amount of Claim: $334,183.61** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Luke Harris                    Date: 8/12/2020 | 18:30 CDT
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.