## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) | Case No. 20-32021 (DRJ) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF JACKSON WALKER LLP'S THIRD MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL AND CONFLICTS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | | |
|---|---|---|
| **Name of Applicant:** | Jackson Walker LLP. | |
| **Applicant's Role in Case:** | Co-counsel to Debtors | |
| **Date Order of Employment Signed:** | May 6, 2020 [ECF No. 270] | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | June 1, 2020 | June 30, 2020 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | $165,005.20 (80% of $206,256.50) | |
| **Total expenses requested in this Statement:** | $1,079.08 | |
| **Total fees and expenses requested in this Statement (inclusive of 20% Holdback):** | $207,335.58 | |
| **Summary of Attorney Fees Requested** | | |
| **Total attorney fees requested in this Statement:** | $202,342.00 | |
| **Total actual attorney hours covered by this Statement:** | 289.4 | |
| **Average hourly rate for attorneys:** | $699.18 | |
| **Summary of Paraprofessional Fees Requested** | | |
| **Total paraprofessional fees requested in this Statement:** | $3,914.50 | |
| **Total actual paraprofessional hours covered by this Statement:** | 21.5 | |
| **Average hourly rate for paraprofessionals:** | $182.07 | |

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

26265771v.2 002715/00003

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 275], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 21 days after service of the monthly fee statement to object to the requested fees and expenses.  Upon the expiration of such 21-day period, the Debtors are authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Fee Procedures Order") [ECF No. 275], Jackson Walker LLP ("JW"), as co-counsel and conflicts counsel to the Debtors, hereby files its *Third Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period from June 1, 2020 Through June 30, 2020* ("Monthly Fee Statement").

1.      By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, JW seeks interim payment of $165,005.20 (80% of $206,256.50) as compensation for professional services rendered to the Debtors during the period from June 1, 2020 through June 30, 2020 (the "Fee Period"); and $1,079.08 for reimbursement of actual and necessary expenses, for a total of $166,084.28 for the Fee Period.

2.      In support of the Monthly Fee Statement, JW submits a Summary of Expenses for the Fee Period attached hereto as **Exhibit A**, a Summary of Legal Fees by Category as Co-Counsel and Conflicts Counsel for the Fee Period, attached hereto as **Exhibit B**, a Detailed Record of Fees

as Co-Counsel for the Fee Period, attached hereto as **Exhibit C**, and a Detail Record of Fees as Conflicts Counsel for the Fee Period, attached hereto as **Exhibit D**.

3.      Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within twenty-one (21) days of service of the Monthly Fee Statement, serve via email to JW and the following Application Recipients (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "Notice of Objection to Monthly Fee Statement") on or before 4:00 p.m. (prevailing Central Time) 21 days after service of this Monthly Fee Statement:

a.      Whiting Petroleum Corporation, Attn.: Bruce DeBoer (bruced@whiting.com);

b.      co-counsel to the Debtors, Kirkland & Ellis LLP, Attn.: Whitney Fogelberg (whitney.fogelberg@kirkland.com);

c.      counsel to the administrative agent for the Debtors' prepetition revolving credit facility, Simpson Thacher & Bartlett, Attn.: Sandeep Qsuba (sqsuba@stblaw.com) and Katherine McLendon (kmclendon@stblaw.com);

d.      (iv) counsel to the ad hoc committee of holders of the Senior Notes and the Convertible Notes, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, Attn.: Andrew Rosenberg (arosenberg@paulweiss.com) and Alice Belisle Eaton (aeaton@paulweiss.com);

e.      the U.S. Trustee for the Southern District of Texas; Attn.: Stephen Statham (stephen.statham@usdoj.gov) and Hector Duran, Jr. (hector.duran.jr@usdoj.gov); and

f.      counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, Attn: Jeffrey Pomerantz (jpomerantz@pszj.com), Robert Feinstein (rfeinstein@pszj.com), and Steven Golden (sgolden@pszj.com)

4.      If a Notice of Objection to a Monthly Fee Statement is timely served pursuant to the Fee Procedures Order, the objecting party and the Professional shall attempt to resolve the

objection on a consensual basis.  If the parties reach an agreement, the Debtors shall promptly pay

JW an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5.      Although every effort has been made to include all fees and expenses incurred in

the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due

to delays caused by accounting and processing during the Fee Period.  JW reserves the right to

make further application to this Court for allowance of such fees and expenses not included herein.

Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the

Bankruptcy Rules, and the Fee Procedures Order.

Houston, Texas
August 31, 2020

/s/ Jennifer F. Wertz
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email:          mcavenaugh@jw.com
                jwertz@jw.com
                vpolnick@jw.com

*Co-Counsel to the Debtor and Debtor in Possession*

4

**EXHIBIT A**

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**

| EXPENSE | TOTAL |
|---|---|
| Copying Expense | $47.40 |
| Postage | $12.55 |
| Research Services | $11.30 |
| Westlaw Research | $117.05 |
| Filing Fee | $350.00 |
| Color Imaging Expense | $17.00 |
| Copying Expense | $13.20 |
| Research Services | $12.00 |
| Hearing Transcript | $169.40 |
| Hearing Transcript | $151.25 |
| Relativity | $177.93 |
| **TOTAL** | **$1079.08** |

26265771v.2 002715/00003

**EXHIBIT B**

**SUMMARY OF LEGAL FEES AND EXPENSES
BY CATEGORY FOR THE FEE PERIOD**

| | DESCRIPTION | LEGAL FEES | EXPENSES | TOTAL |
|---|---|---|---|---|
| 110 | Case Administration | $32,495.00[1] | | |
| 115 | Reporting | $420.50 | | |
| 140 | Relief from Stay/Adequate Protection | $1,388.50 | | |
| 150 | Meetings and Communications with Creditors | $1,090.00 | | |
| 160 | Fee/Employment Applications | $5,534.00 | | |
| 170 | Employment and Fee Application Objections | $180.00 | | |
| 185 | Assumption/Rejection of Leases and Contracts | $110,454.00[2] | | |
| 210 | Business Operations | $2,102.50 | | |
| 220 | Employee Benefits and Pensions | $1,066.50 | | |
| 230 | Financing and Cash Collateral | $937.00 | | |
| 310 | Claims Administration and Objections | $43,125.00 | | |
| 320 | Plan and Disclosure Statement | $7,463.50 | | |
| | **Totals** | **$206,256.50** | **$1,079.08** | **$207,335.58** |

[1] Of the fees billed under this category, $917.50 is for fees incurred by JW in its role as conflicts counsel to the Debtors.

[2] Of the fees billed under this category, $109,886.50 is for fees incurred by JW in its role as conflicts counsel to the Debtors.

26265771v.2 002715/00003

| | |
|---|---|
| Total Fees for Fee Period | **206,256.58** |
| 20% Fee Holdback for Fee Period | $41,251.30 |
| **80% of Fees Amount for Fee Period** | **$165,005.20** |
| Expenses for Fee Period | $1,079.08 |
| **TOTAL REQUEST** | **$166,084.28** |

26265771v.2 002715/00003

## EXHIBIT C

### DETAILED RECORD OF FEES FOR FEE PERIOD
### AS CO-COUNSEL TO THE DEBTORS

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| **Case Administration:** | | | | |
| 06/01/20 | M. Flynn-DuPart | 0.1 | 62.50 | Telephone conference with L. Gilman regarding Jamex litigation. |
| 06/01/20 | L. Gilman | 4.8 | 3,000.00 | Continue review and analysis of documents (4.3); email correspondence with trial team regarding status of same (.3); telephone conference with T.McDonald regarding status of review (.2). |
| 06/01/20 | W. McDonald | 6.0 | 3,690.00 | Continue to review documents related to Jamex litigation. |
| 06/02/20 | L. Gilman | 5.1 | 3,187.50 | Continue review and analysis of documents potentially relevant to Jamex matter (3.4); email correspondence with T.McDonald regarding same (.3); draft memorandum with overview of analysis (1.4). |
| 06/02/20 | W. McDonald | 0.2 | 123.00 | Conference with L. Gilman to discuss review of documents pertaining to Jamex litigation. |
| 06/02/20 | W. McDonald | 1.5 | 922.50 | Continue to review documents related to Jamex litigation in order to locate all documents related to the lease agreement. |
| 06/02/20 | J. Wertz | 0.5 | 300.00 | Review chart of first day motion reporting prior to transmittal of same (.3); correspond with W. Fogelberg concerning same (.1); correspond with UST with respect to same (.1). |
| 06/03/20 | M. Cavenaugh | 3.5 | 2,625.00 | Telephone conference with KE team re case strategy and assignments (.5); participate in telephone conference with Company, KE team re deal status and priority items (1.0); prepare for same (1.2); correspond and telephone conferences with multiple parties re same (.8). |
| 06/03/20 | W. McDonald | 6.0 | 3,690.00 | Continue to review documents related to Jamex litigation by searching lease and regus. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/04/20 | W. McDonald | 3.3 | 2,029.50 | Review an additional 4k emails and attachments pursuant to the litigation hold. |
| 06/04/20 | J. Wertz | 0.1 | 60.00 | Review notice of additional supplemental agreements prior to filing same. |
| 06/05/20 | W. McDonald | 3.3 | 2,029.50 | Continue to review documents and provide summary to Luke Gilman of hot documents. |
| 06/05/20 | J. Wertz | 1.4 | 840.00 | Review and provide comments on draft 9019 motion and proposed order to approve Jamex settlement agreement to incorporate Fifth Circuit standards for approval of settlement agreements (1.3); correspond with W. Fogelberg concerning same (.1). |
| 06/05/20 | D. Trevino | 0.1 | 17.50 | Review deadlines related to upcoming hearings and circulate to team internally. |
| 06/05/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing emergency motion for compromise of settlement (.1); coordinate service of same with noticing agent (.1) |
| 06/08/20 | M. Cavenaugh | 3.8 | 2,850.00 | Review and revise documentation re key upcoming chapter 11 workstreams (.4); correspond with KE team re same (.1); correspond with KE team re key next steps and coordination re same (.7); telephone conference with Company and advisor working groups re case status and next steps (.9); review and revise post petition open items list and next steps (1.4); correspond with KE team re same (.3). |
| 06/08/20 | W. McDonald | 0.5 | 307.50 | Conference with L. Gilman to discuss document review project and any potential hot documents and whether we should expand the scope. |
| 06/08/20 | W. McDonald | 2.3 | 1,414.50 | Continue to review documents related to Jamex litigation, by reviewing over 2k documents that were either unresponsive or duplicative. |
| 06/08/20 | J. Wertz | 0.5 | 300.00 | Correspond with W. Fogelberg concerning draft agenda for June 10 hearing on 9019 motion with Jamex (.2); prepare same for hearing (.3). |
| 06/08/20 | J. Wertz | 0.2 | 120.00 | Review draft witness and exhibit list for Jamex hearing prior to filing same. |

26265771v.2 002715/00003

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/08/20 | D. Trevino | 0.1 | 17.50 | Attention to upcoming hearings and deadlines and circulate to team internally. |
| 06/08/20 | D. Trevino | 0.3 | 52.50 | Review the Witness and Exhibit list for the June 10, 2020 hearing and prepare same for filing. |
| 06/08/20 | K. Gradney | 0.3 | 55.50 | Draft agenda for hearing set on June 10. |
| 06/09/20 | J. Wertz | 0.1 | 60.00 | Correspond with KE team regarding appearances at Jamex 9019 hearing. |
| 06/09/20 | V. Polnick | 0.2 | 102.00 | Communication with court staff regarding hearing for Jamex 9019 Motion. |
| 06/09/20 | K. Gradney | 0.1 | 18.50 | Prepare for filing agenda and coordinate service of same with noticing agent. |
| 06/10/20 | K. Gradney | 0.6 | 111.00 | Telephonically attend hearing on Jamex motion for compromise and assist counsel. |
| 06/11/20 | V. Anaya | 0.4 | 204.00 | Call with KE regarding litigation. |
| 06/11/20 | K. Gradney | 0.2 | 37.00 | Attention to upcoming dates and deadlines. |
| 06/15/20 | D. Trevino | 0.3 | 52.50 | Review and file the Witness and Exhibit List due 6/15/2020 at noon. |
| 06/15/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing Debtors' motion to extend time to remove actions (.1); coordinate service with noticing agent (.1). |
| 06/16/20 | V. Polnick | 0.2 | 102.00 | Communication with court regarding certificate of conference and entry of order. |
| 06/16/20 | K. Gradney | 0.5 | 92.50 | Attention to dates and deadlines and circulate same to team. |
| 06/17/20 | J. Wertz | 0.2 | 120.00 | Review Delaware Trust Company's First Request for Productions and correspondence related to approach concerning same. |
| 06/17/20 | K. Gradney | 0.3 | 55.50 | Attention to dates and upcoming deadlines. |
| 06/18/20 | K. Gradney | 0.2 | 37.00 | Attention to dates and deadlines. |
| 06/23/20 | J. Wertz | 0.2 | 120.00 | Correspondence with J. Dennis of Stretto concerning notice to top 30 creditors given formation of committee. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/23/20 | J. Wertz | 0.8 | 480.00 | Review and provide comments on draft protective and confidentiality order. |
| 06/23/20 | K. Gradney | 0.4 | 74.00 | Review recently filed pleadings and determine deadlines associated with same. |
| 06/24/20 | J. Wertz | 1.0 | 600.00 | Compare proposed protective order to similar ones entered by Judge Jones with particular attention to approach to sealing motions (.9); correspond with KE team concerning revisions and suggested approach to same (.1). |
| 06/24/20 | D. Trevino | 0.3 | 52.50 | Review and file the W/E list for the June 27, 2020 hearing (.2) Coordinate service for same (.1) |
| 06/26/20 | J. Wertz | 0.9 | 540.00 | Compile confidential protective order for filing (.4); correspond with S. Donnell concerning same (.2); review same to ascertain whether motion should be filed  (.3). |
| 06/26/20 | V. Polnick | 0.2 | 102.00 | Review of protective order. |
| 06/26/20 | K. Gradney | 0.1 | 18.50 | Coordinate appearances for hearing. |
| 06/27/20 | K. Gradney | 0.7 | 129.50 | Attention to dates and deadlines and circulate same to team. |
| 06/29/20 | J. Wertz | 0.9 | 540.00 | Review and provide comments on draft removal extension motion and proposed order. |
| 06/29/20 | D. Trevino | 0.2 | 35.00 | Create a comparison document for the Removal Extension Motion and circulate to J. Wertz. |
| 06/29/20 | D. Trevino | 0.2 | 35.00 | Review and file the Motion of Removal Extension (.1) Coordinate service for same (.1) |
| 06/29/20 | D. Trevino | 0.2 | 35.00 | Review W/E list and prepare same for filing (.1) Coordinate service for same (.1) |
| 06/29/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing for agenda for hearing set June 30 (.1); coordinate service with noticing agent (.1). |
| 06/30/20 | K. Gradney | 0.1 | 18.50 | Coordinate appearances for hearing. |
| Total Case Administration | | 54.0 | $ 31,577.50 | |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| **Reporting:** | | | | |
| 06/26/20 | V. Polnick | 0.2 | 102.00 | Communication with J. Wertz regarding amended schedules. |
| 06/30/20 | J. Wertz | 0.5 | 300.00 | Review monthly operating report for May prior to filing same. |
| 06/30/20 | K. Gradney | 0.1 | 18.50 | Prepare for filing monthly operating report for period ending May 2020. |
| Total Reporting | | 0.8 | $ 420.50 | |
| **Relief from Stay/Adequate Protection Proceedings:** | | | | |
| 06/10/20 | J. Wertz | 0.6 | 360.00 | Correspond with W. Fogelberg concerning submission of proposed order on Jamex motion to chambers (.1); telephonic attendance at hearing on Jamex motion for relief from stay (.5). |
| 06/15/20 | J. Wertz | 0.4 | 240.00 | Review witness and exhibit list filed by M. Bowen (.2); correspond with KE team concerning deadline for same and deadline for response to motion for relief from stay (.2). |
| 06/16/20 | J. Wertz | 0.2 | 120.00 | Correspond with W. Fogelberg concerning local approach to agreed orders with respect to M. Bowen lift stay. |
| 06/17/20 | J. Wertz | 0.5 | 300.00 | Review proposed form of agreed order on M. Bowen lift stay motion (.3); correspond with W. Fogelberg concerning local practice approach to same (.2) |
| 06/19/20 | J. Wertz | 0.2 | 120.00 | Correspond with W. Fogelberg concerning entry of order on Bowen stay motion and cancellation of hearing. |
| 06/19/20 | V. Polnick | 0.1 | 51.00 | Communication with J. Wertz regarding order denying the Motion for Relief. |
| 06/19/20 | D. Trevino | 0.1 | 17.50 | Communication with team regarding the hearing on Motion for Relief from stay fled by Mark Bowen. |
| 06/24/20 | J. Wertz | 0.3 | 180.00 | Correspond with W. Fogelberg concerning adequate assurance request from Roughrider Electric. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| Total Relief from Stay/Adequate Protection Proceedings | | 2.4 | $ 1,388.50 | |

**Meetings of and Communications with Creditors:**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/05/20 | J. Wertz | 0.2 | 120.00 | Correspondence with M. Petterson concerning royalty interests. |
| 06/05/20 | J. Wertz | 0.3 | 180.00 | Correspond with J. Cuellar concerning summary of invoices for proof of claim (.2); correspond with W. Fogelberg concerning same (.1). |
| 06/06/20 | J. Wertz | 0.3 | 180.00 | Correspondence with shareholder concerning inquiry with respect to proof of claim deadline. |
| 06/10/20 | J. Wertz | 0.3 | 180.00 | Correspond with G. Rowland concerning request for account numbers with respect to assembly of proof of claim. |
| 06/12/20 | J. Wertz | 0.2 | 120.00 | Correspond with C. Arnett concerning updated correspondence from J. Buehler. |
| 06/15/20 | J. Wertz | 0.2 | 120.00 | Telephone call with R. Fisher concerning receipt of documents in case and deadline for filing a claim. |
| 06/18/20 | J. Wertz | 0.2 | 120.00 | Correspond with H. Shinners and Stretto concerning request for information about basis for receipt of notices. |
| 06/19/20 | D. Trevino | 0.1 | 17.50 | Receive call from various shareholders, routed to Stretto. |
| 06/30/20 | D. Trevino | 0.3 | 52.50 | Review various messages from creditors and forward same to noticing agent. |
| Total Meetings of and Communications with Creditors | | 2.1 | $ 1,090.00 | |

**Fee/Employment Applications:**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/01/20 | V. Polnick | 0.8 | 408.00 | Draft notice of supplemental engagement letter for KPMG and circulate same. |
| 06/01/20 | D. Trevino | 0.6 | 105.00 | Draft of Notice of Additional Supplemental Agreements for KMPG and circulate to V. Polnick. |

13

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/20 | K. Gradney | 0.8 | 148.00 | Revise Jackson Walker first monthly fee request. |
| 06/03/20 | V. Polnick | 0.3 | 153.00 | Review the Deloitte retention application and approve for filing. |
| 06/04/20 | K. Gradney | 0.1 | 18.50 | Prepare for filing and coordinate service of Notice of Additional Agreement with KPMG. |
| 06/05/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing monthly fee statement of Kirkland & Ellis (.1); coordinate service of same with noticing agent (.1). |
| 06/06/20 | K. Gradney | 0.4 | 74.00 | Update Jackson Walker monthly fee statement. |
| 06/08/20 | V. Anaya | 0.3 | 153.00 | Review and revise first monthly fee statement. |
| 06/08/20 | K. Gradney | 0.4 | 74.00 | Finalize Jackson Walker first monthly fee statement. |
| 06/09/20 | J. Wertz | 1.1 | 660.00 | Review and revise first monthly fee statement. |
| 06/09/20 | V. Anaya | 0.5 | 255.00 | Continue reviewing and revising first fee statement. |
| 06/12/20 | K. Gradney | 0.4 | 74.00 | Prepare May fee statement for Jackson Walker. |
| 06/18/20 | J. Wertz | 0.8 | 480.00 | Review and revise draft second monthly fee statement. |
| 06/18/20 | V. Anaya | 0.9 | 459.00 | Review and revise second fee statement. |
| 06/22/20 | J. Wertz | 0.1 | 60.00 | Correspond with W. Fogelberg concerning comments to Deloitte retention application from UST. |
| 06/22/20 | J. Wertz | 1.2 | 720.00 | Review and revise draft second monthly fee statement. |
| 06/22/20 | J. Wertz | 0.5 | 300.00 | Review first monthly fee statement from A&M for compliance with local requirements prior to filing same. |
| 06/23/20 | J. Wertz | 0.5 | 300.00 | Correspond with KPMG concerning format for filing fee statements (.4); correspond with W. Fogelberg concerning same (.1). |
| 06/23/20 | J. Wertz | 0.1 | 60.00 | Coordinate filing of A&M first monthly fee statement. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/23/20 | J. Wertz | 0.2 | 120.00 | Review correspondence and comments from KE on Deloitte retention application. |
| 06/23/20 | D. Trevino | 0.2 | 35.00 | Prepare for filing the A&M April Fee Statement (.1) Coordinate service for same (.1) |
| 06/24/20 | J. Wertz | 0.2 | 120.00 | Review supplemental declaration of A&M prior to filing same. |
| 06/24/20 | J. Wertz | 0.1 | 60.00 | Correspond with M. Cavenaugh concerning supplemental declaration. |
| 06/24/20 | K. Gradney | 0.1 | 18.50 | Prepare for filing the supplemental declaration of A&M in support of retention application. |
| 06/26/20 | J. Wertz | 0.9 | 540.00 | Review and comment on Moelis first monthly fee statement. |
| 06/30/20 | V. Polnick | 0.2 | 102.00 | Reviewed Moelis fee statement. |
| Total Fee/Employment Applications | | 11.9 | $ 5,534.00 | |

**Fee/Employment Objections:**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/26/20 | J. Wertz | 0.3 | 180.00 | Coordinate filing of certificate of conference with respect to Deloitte retention application. |
| Total Fee/Employment Objections | | 0.3 | $ 180.00 | |

**Assumption/Rejection of Leases and Contracts:**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/15/20 | J. Wertz | 0.5 | 300.00 | Review and revise draft section 365 extension motion prior to filing same. |
| 06/22/20 | D. Trevino | 0.1 | 17.50 | Edits to the Rimer Declaration for Rejection Motion. |
| 06/30/20 | L. Gilman | 0.4 | 250.00 | Review and analysis of email correspondence regarding schedule for BNN's response to and hearing of rejection motion. |
| Total Assumption/Rejection of Leases and Contracts | | 1.0 | $ 567.50 | |

**Business Operations:**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/01/20 | E. Freeman | 0.8 | 620.00 | Attention to OCP issues. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/02/20 | J. Wertz | 0.3 | 180.00 | Correspond with UST office concerning discussion with company with respect to desired investments. |
| 06/03/20 | J. Wertz | 0.3 | 180.00 | Prepare for and participate in call with UST concerning requested investment vehicles. |
| 06/03/20 | J. Wertz | 0.1 | 60.00 | Correspond with C. Waxton concerning 345 compliance with respect to investment accounts. |
| 06/05/20 | J. Wertz | 0.3 | 180.00 | Review account closing correspondence from Wells Fargo (.1); correspond with H. Duran concerning same and reason for closing (.2); |
| 06/11/20 | J. Wertz | 0.4 | 240.00 | Correspond with K. Unice concerning notice of addition to OCP list for Ryan Whaley (.2); review draft notice prepared by D. Trevino and revise same (.2). |
| 06/11/20 | D. Trevino | 0.3 | 52.50 | Draft of Third Supplemental Notice of Additional OCP and circulate to J. Wertz. |
| 06/11/20 | D. Trevino | 0.4 | 70.00 | Review of various OCP Declarations and prepare same for filing (.3) Coordinate service for same (.1) |
| 06/18/20 | J. Wertz | 0.2 | 120.00 | Correspond with KE concerning need for fourth supplement to OCP list (.1); review notice of supplement prior to filing same (.1). |
| 06/18/20 | D. Trevino | 0.5 | 87.50 | Draft of supplemental notice of additional OCP list and circulate to J. Wertz. |
| 06/18/20 | D. Trevino | 0.2 | 35.00 | Review the Notice of Additional OCP and prepare same for filing (.1) Coordinate service for same (.1) |
| 06/18/20 | D. Trevino | 0.2 | 35.00 | Prepare for filing various OCP declarations and coordinate service for same. |
| 06/22/20 | J. Wertz | 0.2 | 120.00 | Review notice of additional ordinary course professional prepared by D. Trevino prior to filing same (.1); correspond with KE with respect to same (.1) |
| 06/22/20 | D. Trevino | 0.5 | 87.50 | Draft Fifth Notice of Additional OCP List and circulate to J. Wertz (.3) Prepare same for filing (.1) Coordinate service for same (.1) |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/22/20 | D. Trevino | 0.2 | 35.00 | Review and prepare for filing an additional OCP Declaration (.1) Coordinate service for same (.1) |
| **Total Business Operations** | | 4.9 | $ 2,102.50 | |
| **Employee Benefits/Pensions:** | | | | |
| 06/24/20 | J. Wertz | 0.6 | 360.00 | Review employee program motion and proposed order for conformity with local rules prior to filing same (.5); correspond with Stretto to arrange for late service (.1). |
| 06/24/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing key incentive program motion (.1); coordinate service of same with noticing agent (.1). |
| 06/25/20 | J. Wertz | 0.3 | 180.00 | Correspondence with KE team concerning witness and exhibit list filing for KERP motion. |
| 06/26/20 | J. Wertz | 0.5 | 300.00 | Correspond with KE team concerning witness and exhibit list for hearing on KERP motion (.2); prepare draft of same and circulate to KE team (.3). |
| 06/26/20 | J. Wertz | 0.1 | 60.00 | Coordinate entry of electronic appearances for hearing on KERP. |
| 06/26/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing witness and exhibit list for KERP motion (.1); coordinate service of same (.1). |
| 06/26/20 | K. Gradney | 0.5 | 92.50 | Attend hearing on Debtors' KERP motion. |
| **Total Employee Benefits/Pensions** | | 2.4 | $ 1,066.50 | |
| **Financing/Cash Collections:** | | | | |
| 06/10/20 | J. Wertz | 0.2 | 120.00 | Correspond with W. Fogelberg concerning correspondence from D. Stecker relating to financing order. |
| 06/11/20 | J. Wertz | 0.4 | 240.00 | Prepare witness and exhibit list for final cash collateral hearing (.3); correspond with KE team concerning same (.1). |
| 06/15/20 | J. Wertz | 0.4 | 240.00 | Correspond with KE team concerning certificate of counsel with respect to cash collateral prior to filing same. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/16/20 | J. Wertz | 0.5 | 300.00 | Assist with preparation of notice of cancellation of cash collateral hearing and correspondence with chambers concerning same. |
| 06/16/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing the notice of cancellation of hearing on final DIP order (.1) coordinate service of same with noticing agent (.1). |
| Total Financing/Cash Collections | | 1.7 | $ 937.00 | |

**Claims Administration and Objections**:

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/02/20 | M. Cavenaugh | 3.7 | 2,775.00 | Review and analyze recent demands from JAMEX in the context of the proposed restructuring transaction and provide advice to advisor teams re same. |
| 06/04/20 | M. Cavenaugh | 3.2 | 2,400.00 | Analyze 9019 strategies (.9); review and revise presentation materials re same (2.3). |
| 06/05/20 | M. Cavenaugh | 3.7 | 2,775.00 | Analyze 9019 strategies (1.4); review and revise presentation materials re same (2.3). |
| 06/09/20 | M. Cavenaugh | 3.4 | 2,550.00 | Review and analyze BNN Tallgrass agreements in connection with restructuring strategy. |
| 06/10/20 | M. Cavenaugh | 4.2 | 3,150.00 | Review and analyze BNN Tallgrass agreements in connection with restructuring strategy. |
| 06/11/20 | M. Cavenaugh | 4.7 | 3,525.00 | Review and analyze BNN Tallgrass agreements in connection with restructuring strategy. |
| 06/12/20 | M. Cavenaugh | 5.2 | 3,900.00 | Continue review and analyze BNN Tallgrass agreements in connection with restructuring strategy. |
| 06/15/20 | M. Cavenaugh | 4.8 | 3,600.00 | Develop litigation strategy related to BNN Tallgrass agreements in the context of the chapter 11 restructuring. |
| 06/16/20 | M. Cavenaugh | 6.8 | 5,100.00 | Continue to review and analyze BNN Tallgrass agreements and develop litigation strategy. |
| 06/17/20 | M. Cavenaugh | 4.2 | 3,150.00 | Continue to review and analyze BNN Tallgrass agreements and develop litigation strategy. |
| 06/18/20 | M. Cavenaugh | 7.2 | 5,400.00 | Assist in preparation of key litigation pleadings in connection with rejection strategy. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/19/20 | M. Cavenaugh | 6.4 | 4,800.00 | Assist in preparation of key litigation pleadings in connection with rejection strategy. |
| Total Claims Administration and Objections | | 57.5 | $ 43,125.00 | |

**Plan and Disclosure Statement (including Business Plan):**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/03/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing notice of reset of hearing on approval of disclosure statement (.1); coordinate service of same with noticing agent (.1). |
| 06/05/20 | J. Wertz | 0.1 | 60.00 | Review correspondence to Texas Comptroller concerning unclaimed property objection and demand. |
| 06/05/20 | J. Wertz | 0.4 | 240.00 | Review EJS objection to confirmation of the plan. |
| 06/12/20 | V. Polnick | 0.2 | 102.00 | Review the Notice of Reset Disclosure Statement Hearing. |
| 06/12/20 | V. Polnick | 0.2 | 102.00 | Communication with K&E regarding Revised Notice of Reset Disclosure Statement Hearing. |
| 06/12/20 | K. Gradney | 0.3 | 55.50 | Revise notice of reset of disclosure statement hearing notice to incorporate electronic appearance procedures (.2); circulate same for approval (.1) |
| 06/17/20 | J. Wertz | 0.2 | 120.00 | Correspond with W. Fogelberg concerning witness and exhibit list for hearing on approval of disclosure statement. |
| 06/18/20 | J. Wertz | 0.2 | 120.00 | Review witness and exhibit list for hearing on approval of disclosure statement prior to filing same (.1); correspond with C. Koenig concerning same (.1). |
| 06/18/20 | K. Gradney | 0.3 | 55.50 | Prepare for filing Debtors' witness and exhibit list for hearing on Debtors' disclosure statement motion (.1); compile exhibits for same (.2). |
| 06/19/20 | J. Wertz | 0.1 | 60.00 | Review notice of reset of disclosure statement prior to filing of same. |
| 06/19/20 | D. Trevino | 0.3 | 52.50 | Draft Notice of hearing on Disclosure Statement and circulate to team. |

26265771v.2 002715/00003

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/19/20 | D. Trevino | 0.2 | 35.00 | Prepare for filing the Notice of Hearing on Disclosure Statement (.1) Coordinate service for same (.1) |
| 06/24/20 | J. Wertz | 0.2 | 120.00 | Correspond with KE team concerning witness and exhibit list for hearing on approval of disclosure statement (.1); review same prior to filing (.1). |
| 06/26/20 | J. Wertz | 0.3 | 180.00 | Telephone conference with C. Koenig concerning reset of disclosure statement (.1); review draft notice of same (.1); correspond with C. Koenig in advance of filing same (.1). |
| 06/26/20 | D. Trevino | 0.2 | 35.00 | Review and prepare for filing the Notice of Reset Hearing on Disclosure Statement (.1) Coordinate for filing (.1) |
| 06/26/20 | K. Gradney | 0.2 | 37.00 | Prepare notice of reset of disclosure statement hearing. |
| 06/29/20 | J. Wertz | 0.1 | 60.00 | Correspond with C. Koenig concerning appearances for hearing on approval of disclosure statement. |
| 06/29/20 | J. Wertz | 0.1 | 60.00 | Review agenda for hearing on approval of disclosure statement prior to filing same. |
| 06/29/20 | J. Wertz | 0.1 | 60.00 | Correspond with KE team concerning potential confirmation dates. |
| 06/29/20 | J. Wertz | 0.4 | 240.00 | Correspond with G. Pesce concerning of plan and disclosure statement. |
| 06/29/20 | D. Trevino | 0.2 | 35.00 | Review and file the Notice of Revised Disclosure Statement (.1) Coordinate service for same (.1) |
| 06/30/20 | E. Freeman | 0.6 | 465.00 | Attention to disclosure statement matters. |
| 06/30/20 | K. Peguero | 1.4 | 805.00 | Attend DS hearing |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/30/20 | J. Wertz | 3.6 | 2,160.00 | Coordinate entry of appearances for hearing on approval of disclosure statement (.1); correspond with G. Pesce concerning confirmation date (.2); correspond with C. Koenig concerning filing of amended DS and plan and updated proposed DS order (.2); review redlined version of plan and disclosure statement for compliance with local procedure prior to filing same (.6); coordinate service with Stretto of same (.2) review proposed revised disclosure statement order prior to filing same (.5); attendance at hearing on approval of disclosure statement (1.1); correspond with KE team concerning updated disclosure statement order following hearing (.1) review same for consistency with ruling prior to filing same (.5). |
| 06/30/20 | V. Anaya | 1.5 | 765.00 | Attend disclosure statement hearing. |
| 06/30/20 | V. Argeroplos | 0.6 | 267.00 | Prepare for and attend telephonic and video hearing on disclosure statement motion. |
| 06/30/20 | V. Polnick | 1.5 | 765.00 | Attended disclosure statement hearing. |
| 06/30/20 | K. Gradney | 0.3 | 55.50 | Prepare for filing revised disclosure statement and redline and revised plan and redline (.1); contacting noticing agent regarding same (.1) prepare for filing revised order granting disclosure statement motion (.1). |
| 06/30/20 | K. Gradney | 1.5 | 277.50 | Attend contested hearing on approval of disclosure statement. |
| 06/30/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing the revised order approving Debtors' disclosure statement (.1); contact chambers regarding same (.1). |
| Total Plan and Disclosure Statement (including Business Plan) | | 15.7 | $ 7,463.50 | |
| Total Fees | | | | $95,452.50 |

26265771v.2 002715/00003

**EXHIBIT D**

**DETAILED RECORD OF FEES FOR FEE PERIOD AS CONFLICTS COUNSEL TO THE DEBTORS**

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| **Case Administration:** | | | | |
| 06/24/20 | R. Howell | 0.3 | 199.50 | Revise scheduling order and correspondence regarding the same. |
| 06/24/20 | K. Gradney | 0.2 | 37.00 | Prepare for filing certificate of service upon Defendant of Complaint |
| 06/25/20 | A. Baird | 0.5 | 512.50 | Review correspondence regarding scheduling issue on motions. |
| 06/25/20 | V. Anaya | 0.2 | 102.00 | Review scheduling order issues. |
| 06/28/20 | R. Howell | 0.1 | 66.50 | Follow-up correspondence with BNN's counsel regarding scheduling order. |
| Total Case Administration | | 1.3 | $ 917.50 | |
| **Assumption/Rejection of Leases and Contracts:** | | | | |
| 06/10/20 | M. Pearson | 0.4 | 350.00 | Telephone conference with R. Howell regarding review of water agreement. |
| 06/10/20 | R. Howell | 3.6 | 2,394.00 | Review and analyze draft complaint, summary judgment motion, rejection motion, and declaration and calls and correspondence regarding the same (2.4); conference call regarding leading adversary action related to the water agreements (0.4); attention to information requested by Whiting (0.8). |
| 06/11/20 | A. Baird | 2.8 | 2,870.00 | Preliminary analysis of memorandum on water contract and issues raised thereby. |
| 06/11/20 | M. Pearson | 1.5 | 1,312.50 | Review and analysis of Water Purchase Agreement and Water Gathering Agreement (.6); research of applicable case law (.9) |
| 06/11/20 | R. Howell | 1.7 | 1,130.50 | Attention to case strategy (0.7); calls and correspondence regarding pleadings and midstream water issues (0.4); initial analysis regarding Colorado water law reflected in the pleadings (0.6). |

22

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/12/20 | R. Howell | 0.6 | 399.00 | Correspondence and calls with KE and JW teams regarding underlying contracts related to the rejection pleadings. |
| 06/14/20 | M. Pearson | 3.3 | 2,887.50 | Continued review and analysis of Water Agreements in connection with covenant running with land issues (1.0); research regarding recent applicable bankruptcy court decisions (1.5); review of revised pleadings received from R. Howell (.5) telephone conference with R. Howell regarding comments (.3). |
| 06/14/20 | R. Howell | 0.3 | 199.50 | Correspondence regarding litigation strategy. |
| 06/15/20 | A. Baird | 1.9 | 1,947.50 | Review motion to reject, preliminary draft of MSJ and certain provisions of the applicable contracts. |
| 06/15/20 | M. Pearson | 3.4 | 2,975.00 | Continued analysis of covenant running with the land issues in Water Agreements (1.4); continued review of recent bankruptcy court precedents (2.0) |
| 06/16/20 | A. Baird | 2.5 | 2,562.50 | Review contracts and case law to prepare for meeting with client on rejection issues. |
| 06/16/20 | M. Pearson | 0.8 | 700.00 | Continued analysis of covenant running with the land issues related to Water Agreement. |
| 06/16/20 | R. Howell | 0.2 | 133.00 | Confer with A. Baird regarding summary judgment pleadings. |
| 06/16/20 | J. Lotay | 4.5 | 2,925.00 | Work through, review, and identify issues in connection with the Motion for Summary Judgment for Whiting Oil & Gas Corporation; particular attention paid to issues and considerations related to scope of dedication language under each of the Produced Water Gathering and Disposal Agreement and a Water Commitment Agreement; designation of produced water and freshwater, and considerations related to touch and concern and privity of estate. |
| 06/16/20 | Y. Tang | 1.3 | 500.50 | Verify and revise citations to Produced Water Agreement, Amendment to Produced Water Agreement, and Water Commitment Agreement in Plaintiff's Motion for Summary Judgment. |

23

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/17/20 | A. Baird | 2.1 | 2,152.50 | Call with Whiting personnel regarding rejection issues (.5); team call and email correspondence to client re settlement considerations (.2); review economics of water deal furnished by client (1.2) and email correspondence with M. Pearson regarding analysis of contractual provisions (.2). |
| 06/17/20 | M. Pearson | 3.1 | 2,712.50 | Continued review and analysis of Water Agreements in connection with CRWTL issues (1.1); review of recent bankruptcy court decisions related thereto in preparation for Thursday call (2.0). |
| 06/17/20 | R. Howell | 5.4 | 3,591.00 | Revise pleadings and research regarding the same. |
| 06/17/20 | J. Lotay | 1.8 | 1,170.00 | Finalize revisions to the Motion for Summary Judgment for Whiting Oil & Gas Corporation (1.7); circulate same to Richard Howell for review and consideration (.1). |
| 06/17/20 | Y. Tang | 1.2 | 462.00 | Revise citations in Motion for Summary Judgment. |
| 06/18/20 | A. Baird | 2.9 | 2,972.50 | Review memo on case issues and call with M. Pearson re interpretation of contract provisions and relevant law (1.4); emails with team on work needed to be done in connection with filings (.5); review draft of summary judgment motion and review summary of relevant case law (1.0). |
| 06/18/20 | M. Pearson | 5.3 | 4,637.50 | Preparation of email to A. Baird, M. Cavanaugh, R. Howell regarding CRWTL analysis of Water Agreements (2.8); extended conference call with A. Baird, M. Cavanaugh, R. Howell to discuss issues raised in email (1.1); multiple email exchanges with A. Baird, M. Cavanaugh, R. Howell, L. Gilman regarding additional research issues (1.4) |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/18/20 | R. Howell | 5.1 | 3,391.50 | Revise pleadings (3.4); correspondence and calls with Whiting team and JW team regarding rejection and adversary pleadings (0.2); analysis regarding questions raised by M. Pearson and A. Baird and consider strategy and potential additional research needed regarding Colorado water law (0.3); revise pleadings to incorporate changes from Whiting (0.5); calls and correspondence with L. Gilman and A. Baird regarding research issues (0.4); review and analyze new transaction documents forwarded by S. Regan (0.3). |
| 06/18/20 | J. Lotay | 0.8 | 520.00 | Work through and review issues in connection with that certain Transfer, Purchase and Sale Agreement, dated Dec. 16, 2015, by and among BNN Western, LLC, BNN Redtail, LLC, and Whiting Oil and Gas Corporation (.7); correspondence to and from Sarah Donnell at Kirkland & Ellis regarding same (.1). |
| 06/18/20 | G. Graham | 1.0 | 510.00 | Call with L. Freeman and M. Cavenaugh to discuss water issue in Whiting (.3); review emails related to same (.3); review draft MSJ related to same (.2); review and analyze article on Colorado water law (2). |
| 06/19/20 | A. Baird | 3.2 | 3,280.00 | Review case on covenants (1.1); review and comment on draft of motion and exhibits (.9); team call on litigation strategy (.4); review additional contract provisions (.6); call with M. Pearson re work needed for motions (.4); emails with team re same (.2). |
| 06/19/20 | M. Pearson | 2.4 | 2,100.00 | Review of emails in advance of call with client (.4); participation in extended conference call with co-counsel regarding issues related to summary judgement motion (.9); coordination with A. Baird regarding manner of proceeding (.3); email to L. Larsen regarding Colorado water law issues (.3); review reply to multiple subsequent email exchanges with JW trial team regarding summary judgement motion (.5). |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/19/20 | L. Gilman | 8.1 | 5,062.50 | Legal research regarding characterization of nature of ownership of water right under Colorado law to determine whether water right can ever properly be characterized as touching and concerning the land for purposes of rejection motion (5.2); revise memorandum regarding same (1.5); email correspondence with B.Rhem and L.Dougal regarding nature of water rights and characterization of property right thereto (.4); telephone conference with L.Dougal regarding same (.4); email correspondence with A.Baird, R.Howell, J.Lotay, M.Pearson, M.Cavenaugh, and G.Graham regarding research (.6). |
| 06/19/20 | R. Howell | 2.5 | 1,662.50 | Analysis and research regarding water agreements and Colorado law (1.6); correspondence with Whiting team regarding pleading timing and strategy issues; revise summary judgment motion (0.7); coordinate JW team research and due diligence activities (0.2). |
| 06/19/20 | J. Lotay | 1.5 | 975.00 | Conference call between the Kirkland & Ellis and Jackson Walker working groups discussing and working through status of filing of the complaint and motion for summary judgment and working through issues regarding status of water as it relates to the dedication language in each of the Produced Water Gathering and Disposal Agreement and a Water Commitment Agreement (.8); continue working through and reviewing that certain Transfer, Purchase and Sale Agreement, dated Dec. 16, 2015, by and among BNN Western, LLC, BNN Redtail, LLC, and Whiting Oil and Gas Corporation with particular attention paid to issues regarding scope of asset transfer regarding the produced water and fresh water gathering systems. (.7) |
| 06/19/20 | B. Rhem | 0.4 | 250.00 | Telephone conference re: litigation strategy with respect to the plan. |

26

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/19/20 | G. Graham | 6.5 | 3,315.00 | Review and analyze complaint and motion for summary judgment (1.3); research CO water statutes (1.2); review relevant case law regarding same (1.1); review and analyze bankruptcy cases on covenants running with the land (1.5); call with team regarding arguments (.5); draft notes on relevant bankruptcy case law (.9). |
| 06/19/20 | V. Anaya | 0.4 | 204.00 | Call regarding litigation issues. |
| 06/19/20 | Y. Tang | 1.1 | 423.50 | Compare the definition of Dedicated Lands under the Produced Water Agreement and Water Commitment Agreement with the Dedicated Acreage definition in the Transfer, Purchase and Sale Agreement. |
| 06/20/20 | L. Gilman | 9.3 | 5,812.50 | Continue legal research regarding characterization of nature of ownership of water right under Colorado law to determine whether water right can ever properly be characterized as touching and concerning the land for purposes of rejection motion (4.6); revise memorandum regarding same (3.8); email correspondence with A.Baird, R.Howell, J.Lotay, M.Pearson, M.Cavenaugh, and G.Graham regarding research on water rights as usufructuary rather than real property rights (.9). |
| 06/20/20 | R. Howell | 1.7 | 1,130.50 | Research and analysis regarding water agreements and Colorado law and attention to revising pleadings. |
| 06/21/20 | A. Baird | 0.5 | 512.50 | Review revised motion and email correspondence to team re same. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/21/20 | L. Gilman | 7.7 | 4,812.50 | Legal research regarding characterization of nature of ownership of water right under Colorado law to determine whether water right can ever properly be characterized as touching and concerning the land for purposes of rejection motion (4.5); revise memorandum regarding same (1.8); email correspondence with A.Baird, R.Howell, J.Lotay, M.Pearson, M.Cavenaugh, and G.Graham regarding potential revisions to motion to reject water contracts in light of characterization of property right (.6); revise complaint and motion for summary judgment on water contracts as subject to rejection in light of same (.8). |
| 06/21/20 | R. Howell | 6.1 | 4,056.50 | Revise all pleadings and correspondence and research related to same. |
| 06/21/20 | J. Lotay | 1.9 | 1,235.00 | Work through and review the latest revisions to the Motion for Summary Judgment by Whiting Oil & Gas Corporation (.8); particular attention paid to issues and provisions regarding characterization of water as a personal property under Colorado law (.8). |
| 06/22/20 | A. Baird | 3.4 | 3,485.00 | Review memo on covenants and attention to revised motions, complaint and declaration, and to covenant issues and arguments. |
| 06/22/20 | L. Gilman | 1.8 | 1,125.00 | Review and analysis of motion for summary judgment and citations to prepare for filing (1.7); email correspondence with R.Howell regarding same (.1). |
| 06/22/20 | R. Howell | 10.8 | 7,182.00 | Revise, finalize, and file complaint, MSJ, rejection motion, exhibits, and motions to seal and correspondence regarding the same. |
| 06/22/20 | J. Lotay | 2.5 | 1,625.00 | Revise the Motion for Summary Judgment by Whiting Oil & Gas Corporation with particular attention paid to issues and provisions regarding scope of dedication language under the Water Agreement and characterization of water as a personal property under Colorado law (2.4); correspondence to and from Richard Howell and Luke Gillman regarding same (.1). |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/22/20 | V. Anaya | 7.4 | 3,774.00 | Review and revise rejection motion (1.3); Review declaration (1.0); Draft motions to seal (1.4); Review and revise complaint (2.8); Finalize all pleadings for filing (0.9). |
| 06/22/20 | K. Gradney | 4.0 | 740.00 | Prepare for filing redacted complaint, motion to seal, motion for summary judgment (2.9); multiple email correspondence and communications with counsel regarding same (.3); prepare unredacted service copies upon parties to NDA (.2); prepare service copies to client (.2); coordinate service of pleadings filed in main case with noticing agent (.1); prepare request for issuance of summons (.2); contact clerk of the court regarding same (.1). |
| 06/23/20 | A. Baird | 1.9 | 1,947.50 | Email correspondence with team regarding MSJ and procedural schedule (.2); review certain contract provisions in connection with motions (1.7). |
| 06/23/20 | R. Howell | 1.9 | 1,263.50 | Correspondence with BNN's counsel regarding pleadings and deadlines (0.4); confer regarding scheduling order (0.2); prepare for and participate in contract renegotiation call (1.3). |
| 06/23/20 | V. Anaya | 0.8 | 408.00 | Begin drafting scheduling order. |
| 06/23/20 | K. Gradney | 0.3 | 55.50 | Prepare scheduling order for newly filed adversary against BNN Western. |
| 06/24/20 | A. Baird | 2.7 | 2,767.50 | Correspondence with team regarding additional covenant arguments and analysis of same. |
| 06/24/20 | J. Lotay | 0.9 | 585.00 | Work through issues regarding purchase price for the gathering system pursuant to the Transfer, Purchase and Sale Agreement, dated Dec. 16, 2015, by and among BNN Western, LLC, BNN Redtail, LLC, and Whiting Oil and Gas Corporation; additional review of issues regarding recovery of minimum volume commitment fees recovered by BNN. |

29

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 06/25/20 | R. Howell | 1.1 | 731.50 | Correspondence regarding summary judgment pleadings and scheduling order (0.5); confer with M. Cavenaugh and G. Pesce regarding proposed schedule (0.1); revise scheduling order to incorporate changes and send the proposed schedule to BNN's counsel (0.2); confer with S. Regan and M. Liebman regarding disclosures and discovery related to the rejection motion (0.3). |
| 06/26/20 | A. Baird | 1.9 | 1,947.50 | Work on issues relating to motion to reject BNN contract and interplay between contract language and certain legal arguments. |
| 06/29/20 | R. Howell | 1.3 | 864.50 | Calls, analysis, and correspondence regarding voting stipulation and attend conference call with Whiting team regarding the same (1.1); correspondence with BNN's counsel; to confer regarding scheduling (0.1); consider next steps and potential discovery issues (0.1). |
| 06/30/20 | A. Baird | 0.6 | 615.00 | Call with opposing counsel (.4); follow-up call with R. Howell re same (.2). |
| 06/30/20 | R. Howell | 0.8 | 532.00 | Correspondence and calls regarding scheduling dispositive motion and confirmation date (0.2); call with BNN's counsel regarding summary judgment motion and motion to reject and next steps (0.3); follow-up correspondence regarding the same (0.3). |
| Total Assumption/Rejection of Leases and Contracts | | 154.9 | $ 109,886.50 | |

| | |
|---|---|
| Total Fees | $110,804.00 |

26265771v.2 002715/00003