

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/08/2020

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) | Case No. 20-32021 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL &**
**JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM APRIL 15, 2020 THROUGH AUGUST 14, 2020**
(Docket No.  792)

Upon consideration of the final fee application (the "Final Fee Application")[2] of Pachulski

Stang Ziehl & Jones LLP ("PSZ&J") for allowance of compensation for services rendered and

reimbursement of expenses incurred as lead bankruptcy counsel for the official committee of

unsecured creditors (the "Committee"), for period from April 15, 2020, to and including August

14, 2020; and the Court having reviewed the Final Fee Application; and all applicable requirements

of the Bankruptcy Code, the Bankruptcy Rules and the Bankruptcy Local Rules having been

satisfied; and sufficient notice of the Final Fee Application having been provided and no other or

further notice being required; and parties in interest having been afforded the opportunity to be

heard on the Final Fee Application at the hearing held to consider approval thereof; and after due

deliberation thereon and good and sufficient notice appearing therefor;

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

2 All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final Fee Application.

DOCS_NY:40881.4 93861/002
4828-5433-2621.1

IT IS HEREBY ORDERED THAT:

1.    The Final Fee Application is GRANTED as set forth herein.

2.    PSZ&J is allowed, on a final basis, fees and costs as an administrative expense for the period of April 15, 2020 through August 14, 2020 as follows:

| | |
|---|---|
| Fees: | $979,375.50 |
| Expenses: | $3,343.98 |
| Application preparation fees and costs: | $10,000.00 |
| Total: | $992,719.48 |

3.    The Debtors are authorized to remit payment to PSZ&J, as the case may be, in the above amounts.

4.    The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5.    This Order shall be effective immediately upon entry.

**Signed:  November 06, 2020.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2