

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
11/08/2020

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WHITING PETROLEUM CORPORATION, *et al.*, [1] | § | Case No. 20-32021 (DRJ) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

**FIRST AND FINAL APPLICATION OF CONWAY MACKENZIE, LLC. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM APRIL 17, 2020 THROUGH AND INCLUDING AUGUST 14, 2020</u>**
(Docket No. 794)

Upon consideration of the first and final application (the "<u>First and Final Application</u>") of

Conway MacKenzie, LLC.  ("<u>Conway MacKenzie</u>") for allowance of compensation for services

rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee

of Unsecured Creditors (the "<u>Committee</u>") of the debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively, the "<u>Debtors</u>") for the period from April 17, 2020 through

August 14, 2020 (the "<u>First and Final Application Period</u>" or the "<u>Period</u>"); and the Court having

reviewed the First and Final Application; and all applicable requirements of the Bankruptcy Code

and the Bankruptcy Rules having been satisfied; and sufficient notice of the First and Final

Application having been provided and no other or further notice being required; and all persons

with standing having been afforded an opportunity to be heard on the First and Final Application

at a hearing held to consider approval of thereof; and after due deliberation thereon and good and

sufficient notice appearing therefor,

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

4828-8841-1853.1

IT IS HEREBY ORDERED THAT:

1.      The First and Final Application is GRANTED as set forth herein.

2.      Conway MacKenzie is allowed, on a final basis, compensation in the amount of $1,275,747.00 for professional services rendered as Financial Advisor to the Committee during the First and Final Application Period.

3.      Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the First and Final Application Period in connection with its services to the Committee in the amount of $8,061.25.

4.      The Debtors are authorized to remit payment to Conway MacKenzie in the above amounts, less all amounts, if any, that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses.

5.      The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

**Signed:  November 06, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

4828-8841-1853.1