

ENTERED
11/08/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) | Case No. 20-32021 (DRJ) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING JACKSON WALKER LLP'S
### FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND
### PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
### FOR THE PERIOD FROM APRIL 1, 2020 THROUGH AUGUST 14, 2020

(Relates to ECF No. 790)

CAME ON FOR CONSIDERATION, the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period April 1, 2020 Through August 14, 2020* (the "Application")[2] filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final compensation for attorneys' fees in the amount of $695,091.50 incurred from April 1, 2020 through August 14, 2020; it is further

ORDERED, that JW is hereby allowed final reimbursement of interim expenses in the amount of $3,541.94; it is further

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $695,091.50 |
| Total Expenses Requested: | $3,541.94 |
| **Total Requested in this Application:** | **$698,633.44** |
| Amount Paid for Monthly Fee Statements: | ($559,615.14) |
| **Total Fees and Expenses Due:** | **$139,018.30** |

**Signed: November 06, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**