Electronic Appearance Sheet

Rachel Jaffe Mauceri, Morgan, Lewis & Bockius LLP
Client(s): Deutsche Bank Trust Company Americas, as indenture trustee

Lynne Levine, none
Client(s): Lynne Levine

Vienna F. Anaya, Jackson Walker LLP
Client(s): Reorganized Debtors

Jennifer F.  Wertz, Jackson Walker LLP
Client(s): Reorganized Debtors