*Dominique Varner*     *TBA #00791182/FIN 18805*
*Michael Weems*        *TBA #24066273*
*Kim Ellen Lewinski*    *TBA #24097994*
*HUGHES, WATTERS & ASKANASE, L.L.P.*
*1201 Louisiana, 28th Floor*
*Houston, Texas 77002*
*Telephone (713) 759-0818*
*Telecopier (713) 759-6834*
*ATTORNEY IN CHARGE FOR GUILD MORTGAGE COMPANY LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  20-32021 |
| WHITING PETROLEUM CORPORATION | § | |
| WHITING CANADIAN HOLDING | § | CHAPTER 11 |
| COMPANY ULC FKA KODIAK OIL AND | § | |
| GAS CORPORATION (YUKON) FKA | § | |
| KODIAK OIL AND GAS CORPORATION | § | |
| (BC) FKA KODIAK OIL AND GAS ULC | § | |
| WHITING OIL AND GAS CORPORATION | § | |
| WHITING RESOURCES CORPORATION | § | |
| FKA KODIAK OIL & GAS (USA) INC | § | |
| WHITING US HOLDING COMPANY | § | |
| DEBTOR(S) | § | |

## MOTION FOR RELIEF FROM THE STAY AND CO-DEBTOR STAY, IF APPLICABLE REGARDING NON-EXEMPT PROPERTY REGARDING 417 GRAND AVENUE, FAIRVIEW, MT 59221

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT **NO LATER THAN 7 DAYS BEFORE THE DATE OF THE HEARING** AND YOU MUST ATTEND THE HEARING.

THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN FIVE BUSINESS DAYS PRIOR TO THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING.  IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON JANUARY 15, 2021 AT 2:00 P.M. IN COURTROOM 400, 515 RUSK, HOUSTON, TX 77002.

1.    This Motion requests an Order from the Bankruptcy Court authorizing the person filing this Motion to foreclose on or to repossess the property that is identified in paragraph 3.

2.    Movant: GUILD MORTGAGE COMPANY LLC

3.    Movant, directly or as agent for the holder, holds a security interest in:

S MFR 2020-003782  rv

**LEGAL DESCRIPTION MORE PARTICULARLY DESCRIBED ON THE DEED OF TRUST AND PROPERTY MORE COMMONLY KNOWN AS 417 GRAND AVENUE, FAIRVIEW, MT 59221 ("PROPERTY").**

4.  Movant has reviewed the schedules filed in this case.  *On information and believe, Debtor Whiting Oil and Gas Corporation is a junior lienholder on the Property.  Movant did not see reference to property or note in schedules.

5.  Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): Real Estate Note – junior lien position.

6.  Debtor's scheduled value of property: Not listed.

7.  Movant's estimated value of property: $144,500.00 per Richland County Montana Appraisal District.

8.  Total amount owed to Movant: $200,833.80.

9.  Estimated equity (paragraph 7 minus paragraph 8): no positive equity.

10.  Total pre and post-petition arrearages: $49,345.22

11.  Total post-petition arrearages: $49,345.22

12.  Amount of unpaid, past due property taxes, if applicable: $0.00

13.  Expiration date on insurance policy, if applicable: N/A.

14.  __X__ Movant seeks relief based on the Debtor(s) failure to make payments. Debtor(s)' payment history is attached as Exhibit "A." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan. Movant further represents that the payment history is self-explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15.  _____ Movant seeks relief based on the Debtor(s)' failure to provide certificate of insurance reflecting insurance coverage as required under the Debtor's pre-petition contracts.

16.  If applicable:  Name of Co-Debtor:  Keith Bissett

17.  Based on the foregoing, Movant seeks termination of the automatic stay and the Co-Debtor stay, if applicable to allow Movant to foreclose or repossess the Debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18.  Movant certifies that prior to filing this Motion an attempt was made to confer with the Debtor's counsel December 17, 2020 by email by Michael Weems. An agreement could not be reached. If requested by Debtor or Debtor's counsel, a payment history in

the form attached to this Motion was provided at least two business days before this Motion was filed.

Date: December __17__, 2020

Respectfully submitted:

_____

Movant's Counsel Signature
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**Kim Ellen Lewinski** TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR MOVANT

## Certificate of Service and Certificate of Compliance with BLR 4001

     A copy of this motion was served on the persons shown below and on exhibit "1" at the addresses reflected on that exhibit on _____22_____ day of December, 2020 by electronic mail or by prepaid United States first class mail.  Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

**DEBTOR**
**Whiting Petroleum Corporation**
**Whiting Canadian Holding Company Ulc Fka**
**Kodiak Oil And Gas Corporation (Yukon)**
**Fka Kodiak Oil And Gas Corporation (Bc)**
**Fka Kodiak Oil And Gas Ulc**
**Whiting Oil And Gas Corporation**
**Whiting Resources Corporation Fka Kodiak**
**Oil & Gas (Usa) Inc**
**Whiting Us Holding Company**
1700 Lincoln Street
Suite 4700
Denver, CO 80203

**Delaware Trust Company, as Indenture**
**Trustee**
c/o Sean E. O'Donnell
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**US Trustee**
515 Rusk Ave Ste 3516
Houston, TX 77002

**Winstol Dean Carter, Jr.**
Morgan Lewis et al
1000 Louisiana St Ste 4000
Houston, TX 77002

**Jarrod B. Martin**
Chamberlain Hrdicka
1200 Smith Street
Suite 1400
Houston, TX 77002

**Jason S Brookner**
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201

S MFR 2020-003782  rv

**DEBTORS' ATTORNEY**
**Vienna Flores Anaya**
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

**Matthew D Cavenaugh**
**Veronica Ann Polnick**
Jackson Walker LLP
1401 McKinney Street Ste 1900
Houston, TX 77010

Keith Bissett
417 Grand Avenue
Fairview, MT 59221

**Douglas B Rosner**
Goulston & Storrs
400 Atlantic Ave
Boston, MA 02110-3333

**Brian E Schartz**
Kirkland and Ellis LLP
609 Main Street
Houston, TX 77002

**Jennifer F Wertz**
Jackson Walker LLP
100 Congress Ave Suite 1100
Austin, TX 78701

**Hector Duran, Jr**
515 Rusk Ste 3516
Houston, Tx 77002

**Steven William Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

**A2D Technologies, Inc., d/b/a TGS Geological Products and Services**
c/o Andrew A Braun
Suite 4800
701 Poydras Street
701 Poydras Street
New Orleans, LA 70139

represented by

**Andrew A Braun**
Gieger Laborde et al
Ste 4800
701 Poydras St
New Orleans, LA 70139-4800

**ASM SPV LP**
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

represented by

**Douglas Wolfe**
7600 Jericho Turnpike
Woodbury, NY 11797

**Ad Hoc Committee of Noteholders**

represented by

**John F Higgins, IV**
Porter Hedges LLP
1000 Main St
Ste 3600
Houston, TX 77002-6336

**All In Oil Field Services, LLC**

represented by

**John Clayborn Leininger**
Shapiro Bieging Barber Otteson
5400 LBJ Freeway
Suite 930
Dallas, TX 75002

**Andeavor Field Services LLC**

represented by

**Constantine Z Pamphilis**
Kasowitz Benson et al
1415 Louisiana
Ste 2100
Houston, TX 77002

**Andrews Independent School District, et al**
C/O Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408

represented by

**Laura J Monroe**
Perdue Brandon et al
PO Box 817
Lubbock, TX 79408-0817

**Angelina County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
Post Office Box 3064
Houston, TX 77253-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300

S MFR 2020-003782  rv

|  |  |  |
|---|---|---|
|  |  | Houston, Tx 77002 |
| **Apache Deepwater, LLC** | represented by | **Robin B Cheatham** Adams Reese LLP 701 Poydras Street Ste 4500 New Orleans, LA 70139 |
| **Aransas County** | represented by | **Tara L Grundemeier** Linebarger Goggan Blair 1301 Travis Street Suite 300 Houston, TX 77002 |
|  |  | **Diane Wade Sanders** Linebarger Goggan et al PO Box 17428 Austin, TX 78760 |
| **Archrock Partners Operating LLC** 9807 Katy Frwy., Ste. 100 Houston, TX 77024 | represented by | **Kevin M Maraist** Anderson Lehrman et al 1001 Third Street, Ste 1 Corpus Christi, TX 78404 |
| **Argo Partners** 12 West 37th Street 9th floor New York, NY 10018 | represented by | **Matthew A Gold** Argo Partners 12 W 37th St 9th Floor New York, NY 10018 |
| **Arguello Inc. and Freeport-McMoRan Oil & Gas LLC** 811 Main Street Suite 2900 Houston, TX 77002 | represented by | **Joseph E Bain** Jones Walker LLP 811 Main Street Suite 2900 Houston, TX 77002 |
| **Atlas Oil Company** | represented by | **Michael D Warner** Cole Schotz P.C. 301 Commerce Street Suite 1700 Fort Worth, TX 76102 |
| **AuditBoard, Inc.** | represented by | **Martha Chovanes** Fox Rothschild LLP 2000 Market Street 20th Floor |

Philadelphia, PA 19103

**David Grant Crooks**
Fox Rothschild LLP
Saint Ann Court
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201

**BCSP Denver Property LLC**                represented by                **Trevor R Hoffmann**
Goulston & Storrs PC
885 Third Avenue
18th Floor
New York, NY 10022

**Douglas B Rosner**
Goulston & Storrs
400 Atlantic Ave
Boston, MA 02110-3333

**BNN North Dakota, LLC**                represented by                **Hannah Leigh Rozow Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite 5900
Houston, TX 77002

**BNN Western, LLC**                represented by                **Jeri Leigh Miller**
Sidley Austin LLP
2021 McKinney Ave Ste 2000
Dallas, TX 75201

**Hannah Leigh Rozow Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite 5900
Houston, TX 77002

**BP America Production Company**                represented by                **Michael D Rubenstein**
Liskow Lewis
1001 Fannin Street Suite 1800
Houston, TX 77002

| | | |
|---|---|---|
| **Baker Hughes Oilfield Operations LLC**<br>c/o Holly Hamm Snow & Green LLP<br>PO Box 549<br>Hockley, TX 77447 | represented by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **Baker Petrolite LLC**<br>c/o Holly C Hamm Snow & Green LLP<br>PO Box 549<br>Hockley, TX 77447 | represented by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **Balanced Energy Oilfield Services USA Inc.** | represented by | **Henry Flores**<br>Rapp & Krock, PC<br>Two Post Oak Central<br>1980 Post Oak Blvd<br>Suite 1200<br>Houston, TX 77056 |
| **Bank of New York Mellon Trust Company, N.A.** | represented by | **Winstol Dean Carter, Jr.**<br>Morgan Lewis et al<br>1000 Louisiana St Ste 4000<br>Houston, TX 77002 |
| **Bell Supply Company, LLC**<br>c/o Dore' Rothberg McKay, P.C.<br>17171 Park Row Suite 160<br>Houston, TX 77084 | represented by | **Maria Mulrooney Bartlett**<br>Dore' Rothberg McKay, P.C.<br>17171 Park Row, Suite 160<br>Houston, TX 77084 |
| **Big Horn Rural Electric Company** | represented by | **Keith Miles Aurzada**<br>Reed Smith LLP<br>2501 N. Harwood Street<br>Suite 1700<br>Dallas, TX 75201 |
| | | **Michael P Cooley**<br>Reed Smith LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, TX 75201 |
| | | **Bradley James Purcell**<br>Reed Smith LLP<br>2501 N. Harwood St. |

Suite 1700
Dallas, TX 75201

**Lindsey Lee Robin**
Reed Smith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

**Mark C. Bowen**
c/o Quilling, Selander, Lownds, et al.
Attn: Kenneth A. Hill
2001 Bryan Street, Suite 1800
Dallas, TX 75201

represented by

**Kenneth A Hill**
Quilling Selander, et al
2001 Bryan St Ste 1800
Dallas, TX 75201

**Brazoria County Tax Office**
c/o Owen M. Sonik
PBFCM, LLP
1235 N. Loop W., Ste 600
Houston, TX 77008

represented by

**Owen Mark Sonik**
Perdue Brandon et al
1235 North Loop West,
Ste 600
Houston, Tx 77008

**Buckhorn Energy Services, LLC**

represented by

**Hannah Leigh Rozow Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite 5900
Houston, TX 77002

**Buckhorn SWD Solutions, LLC**

represented by

**Hannah Leigh Rozow Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite 5900
Houston, TX 77002

**CGGVeritas Land (U.S.) Inc.**

represented by

**Scott Robert Cheatham**
Adams & Reese LLP
701 Poydras St Ste 4500
New Orleans, LA 70139

**George Robert Parrott, II**
Adams and Reese LLP
701 Poydras St Ste 4500
New Orleans, LA 70139

**Caliber North Dakota LLC**

represented by

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana Ste 1700
Houston, TX 77002

**Cedarview Opportunities Master Fund, LP**
One Penn Plaza
45th Floor
New York, NY 10119

represented by

**Randy W Williams**
Byman & Associates
PLLC
7924 Broadway Ste 104
Pearland, TX 77581

**Cherokee Debt Acquisition, LLC**
1384 Broadway
Suite 906
New York, NY 10018

**Chevron U.S.A. Inc.**

represented by

**Edward L Ripley**
Andrews Myers, P.C.
1885 Saint James Place,
15th Floor
Houston, TX 77056

**Clark Hill Strasburger**
Attn: Duane J. Brescia
720 Brazos, Suite 700
Austin, TX 78701

represented by

**Duane J Brescia**
Clark Hill Strasburger
720 Brazos Street Ste
700
Austin, TX 78701

**Lana Conklin**

represented by

**Monique D Jewett-Brewster**
Hopkins & Carley, ALC
70 S. First St
San Jose, CA 95113

**Darby's Welding & Machine Inc.**

represented by

**Timothy F Nixon**
Godfrey & Kahn
200 South Washington
Street
Suite 100
Green Bay, WI 54301-4298

**DeWitt County**

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite
300
Houston, TX 77002

|  |  |  |
|---|---|---|
|  |  | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760 |
| **Delaware Trust Company, as Indenture Trustee**<br>c/o Sean E. O'Donnell<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 | represented by | **Jarrod B. Martin**<br>Chamberlain Hrdicka<br>1200 Smith Street Suite 1400<br>Houston, TX 77002 |
| **Delaware Trust Company, as Successor Indenture Trustee** | represented by | **Sean Thomas Wilson**<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| **Dorchester Minerals, L.P.**) | represented by | **Andrew G Edson**<br>Clark Hill Strasburger<br>901 Main St Ste 6000<br>Dallas, TX 75202 |
| **EJS Investment Holdings, LLC**<br>c/o Jarrod B. Martin<br>McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002 |  |  |
| **Ector CAD**<br>112 E Pecan Street, Suite 2200<br>San Antonio, TX 78205 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite 300<br>Houston, TX 77002 |
|  |  | **Don Stecker**<br>Linebarger Groggan Blair Sampson LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 |
| **Eighty-Eight Oil LLC, an affiliate of True Oil Company** | represented by | **Kenneth P. Green**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **Element Fleet Corporation** | represented by | **John D Demmy**<br>Saul Ewing et al |

S MFR 2020-003782  rv

|  |  |  |
|---|---|---|
|  |  | 1201 N Market Street<br>Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899 |
| **Energy Eleven, L.P.** | represented by | **Robert A Simon**<br>Whitaker Chalk Swindle<br>& Schwartz, PLLC<br>301 Commerce Street<br>Suite 3500<br>Fort Worth, TX 76102 |
| **Equinor Energy, LP**<br>2107 City West Blvd.<br>1st Floor<br>Attn: Legal<br>Houston, TX 77042 | represented by | **J Eric Lockridge**<br>Kean Miller LLP<br>P O Box 3513<br>Baton Rouge, LA 70821-3513 |
| **ExxonMobil Corporation** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |
|  |  | **Lynda Lee Lankford**<br>Forshey Prostok LLP<br>777 Main Street Ste 1550<br>Ft Worth, TX 76102 |
| **Fair Harbor Capital, LLC**<br>PO Box 237037<br>New York, NY 10023 |  |  |
| **Fairfield Geotechnologies**<br>Attn: Joe Dryer<br>9811 Katy Freeway Suite 1200<br>Houston, TX 77024 | represented by | **Thomas M Kirkendall**<br>Attorney at Law<br>2 Violetta Ct<br>The Woodlands, TX 77381 |
| **Francine Frechter** |  |  |
| **Freeport-McMoRan Oil & Gas LLC and Arguell Inc** | represented by | **Joseph E Bain**<br>Jones Walker LLP<br>811 Main Street Suite 2900<br>Houston, TX 77002 |

**G-Style Transport, LLC**

represented by

**John Clayborn Leininger**
Shapiro Bieging Barber Otteson
5400 LBJ Freeway Suite 930
Dallas, TX 75002

**GST Casing, LLC**

represented by

**John Clayborn Leininger**
Shapiro Bieging Barber Otteson
5400 LBJ Freeway Suite 930
Dallas, TX 75002

**Geophysical Pursuit, Inc.**
Attn: Jeff Springmeyer
1740 Westheimer, Suite 200
Houston, TX 77098

represented by

**Thomas M Kirkendall**
Attorney at Law
2 Violetta Ct
The Woodlands, TX 77381

**Globe Chemical LLC d/b/a Tech Management**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160
Houston, TX 77084

**Globe Energy Services, Inc.**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160

Houston, TX 77084

**Harry C Gray**

**Gyrodata, Inc.**
c/o Dore Rothberg McKay, PC
17171 Park Row, Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Doris Hambleton**

**Garth L Harmon**

represented by

**John Bruster Loyd**
Jones Gillaspia Loyd LLP
4400 Post Oak Pkwy Ste 2360
Houston, TX 77027

**Wagner Harmon**

represented by

**John Bruster Loyd**
Jones Gillaspia Loyd LLP
4400 Post Oak Pkwy Ste 2360
Houston, TX 77027

**Harris County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77235-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002

**Crystal Henzi**

represented by

**Monique D Jewett-Brewster**
Hopkins & Carley, ALC
70 S. First St
San Jose, CA 95113

**High West Energy Inc.**

represented by

**Keith Miles Aurzada**
Reed Smith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

|  |  |  |
|---|---|---|
|  |  | **Michael P Cooley**<br>Reed Smith LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, TX 75201 |
|  |  | **Lindsey Lee Robin**<br>Reed Smith LLP<br>2501 N. Harwood Street, Suite 1700<br>Dallas, TX 75201 |
| **Hiland Partners Holdings LLC**<br>c/o Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | represented by | **Patricia Williams Prewitt**<br>Law Office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868 |
| **Hunt Oil Company**<br>c/o Mark E. Andrews<br>1717 Main Street<br>Suite 4200<br>Dallas, TX 75201 | represented by | **Mark Edward Andrews**<br>Dykema Cox Smith<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201 |
|  |  | **Patrick L Huffstickler**<br>Dykema Cox Smith<br>112 E Pecan Ste 1800<br>San Antonio, TX 78205 |
| **J-W Power Company**<br>c/o Miller Mentzer Walker, P.C.<br>P.O. Box 130<br>100 N. Main St<br>Palmer, tx 75152 | represented by | **Julie Ann Walker**<br>100 N. Main St.<br>P.O. Box 130<br>Palmer, TX 75152 |
| **JPMORGAN CHASE BANK, N.A.** | represented by | **Sandy Qusba**<br>425 Lexington Avenue<br>New York, NY 10017 |
|  |  | **William Thomas Russell, Jr**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

| | | |
|---|---|---|
| **Jamex Marketing, LLC***)* | represented by | **Jeffrey Philipp Prostok**<br>Forshey & Prostok LLP<br>777 Main St Ste 1550<br>Ft Worth, TX 76102 |
| **Jasper County**<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>and Sampson LLP<br>1301 Travis Street, Ste<br>300<br>Houston, Tx 77002 |
| **Jones Walker LLP**<br>c/o Elizabeth J. Futrell<br>201 St. Charles Ave., Ste. 5100<br>New Orleans, LA 70170-5100 | represented by | **Elizabeth J Futrell**<br>Jones Walker et al<br>201 St Charles Ave 49th<br>Fl<br>New Orleans, LA 70170 |
| **Kinder Morgan Treating LP**<br>c/o Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | represented by | **Patricia Williams Prewitt**<br>Law Office of Patricia<br>Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868 |
| **Kyle James Koppinger**<br>38937 640th Ave<br>Wadena, MN 56482 | | |
| **LPG Capital Partners LP** | represented by | **Benoit Marc Letendre**<br>Letendre Group<br>123 Second Street<br>Baraboo, WI 53913 |
| **Lake View Services LLC** | represented by | **Alexander S Kelsch**<br>Lake View Services,<br>LLC<br>103 Collins Ave<br>Mandan, ND 58554 |
| **Liberty County**<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO BOX 3064<br>Houston, TX 77253-3064 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>and Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |

| | | |
|---|---|---|
| **Liberty County**<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite 300<br>Houston, TX 77002 |
| **Loenbro Instrumentation & Electrical LLC** | represented by | **Timothy F Nixon**<br>Godfrey & Kahn<br>200 South Washington Street<br>Suite 100<br>Green Bay, WI 54301-4298 |
| **Lufkin Industries LLC**<br>c/o Holly C. Hamm Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 | represented by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **MI Dep't of Environment Great Lakes & Energy** | represented by | **Daniel P. Bock**<br>Michigan Department of Attorney General<br>P O Box 30755<br>Lansing, MI 48909 |
| | | **Megen Elise Miller**<br>Michigan Dept of Attorney General<br>PO Box 30755<br>Lansing, MI 48909 |
| **MI Dep't of Natural Resources** | represented by | **Daniel P. Bock**<br>Michigan Department of Attorney General<br>P O Box 30755<br>Lansing, MI 48909 |
| | | **Megen Elise Miller**<br>Michigan Dept of Attorney General<br>PO Box 30755<br>Lansing, MI 48909 |
| **Marathon Oil Company**<br>c/o Clay M. Taylor<br>Bonds Ellis Eppich Schafer Jones LLP | represented by | **Clay Marshall Taylor**<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street |

420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

**McKenzie Electric Cooperative, Inc.**

|  | | |
|---|---|---|
| | represented by | Suite 1000<br>Ft Worth, TX 76102 |

**David Grant Crooks**
Fox Rothschild LLP
Saint Ann Court
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201

**Trent D Stephens**
Fisher Broyles et al
2925 Richmond Ave Ste
1200
Houston, TX 77098

**McKenzie Energy Partners**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160
Houston, TX 77084

**Montana Department of Revenue**
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

represented by

**Lynn Hamilton Butler**
Husch Blackwell LLP
111 Congress Ave Ste 1400
Austin, TX 78701-4043

**Montgomery County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002

**Mountrail-Williams Electric Cooperative**
c/o Jon R. Brakke
Vogel Law Firm
218 NP Ave.

represented by

**Jon R Brakke**
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58107

PO Box 1389
Fargo, ND 58107-1389

**Northern Oilfield Services**

represented by

**Steven M Johnson**
Church Harris, et al
114 3rd St S
Great Falls, MT 59401

**Grant R Kelly**
Church Harris et al
114 3rd St S
Great Falls, MT 59403

**Nueces County**

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite 300
Houston, TX 77002

**Diane Wade Sanders**
Linebarger Goggan et al
PO Box 17428
Austin, TX 78760

**ONEOK Rockies Midstream, L.L.C.**

represented by

**Brandon Craig Bickle**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103

**Oasis Petroleum North America LLC**

represented by

**Patrick L Hughes**
Haynes and Boone LLP
1221 McKinney Suite 4000
Houston, TX 77010-2007

**Official Committee of Unsecured Creditors**

represented by

**Jason S Brookner**
Gray Reed & McGraw LLP
1601 Elm Street Suite 4600
Dallas, TX 75201

**Steven William Golden**
Pachulski Stang Zichl & Jones LLP

S MFR 2020-003782  rv

**Oracle America, Inc.**
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
55 2nd St. 17th Fl.
San Francisco, CA 94105

represented by

780 Third Avenue 34th Floor
New York, NY 10017

**Shawn M Christianson**
Buchalter, A Professional Corporation
55 Second Street 17th Floor
San Francisco, CA 94105

**Ovintiv Production Inc.**
4 Waterway Square Place, Suite 100
The Woodlands, TX 77380

represented by

**Tye Hancock**
Thompson & Knight
811 Main Street Ste 2500
Houston, TX 77002

**P2 Energy Solutions**
c/o Steve A. Peirce
Norton Rose Fulbright US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205

represented by

**Steve Arthur Peirce**
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205

**P2ES Holdings, Inc.**
c/o Steve A. Peirce
Norton Rose Fulbright US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205

represented by

**Steve Arthur Peirce**
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205

**P2ES Holdings, LLC**
c/o Steve A. Peirce
Norton Rose Fulbright US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205

represented by

**Steve Arthur Peirce**
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205

**PTW Energy Services, Inc.**
c/o Dore' Rothberg McKay, P.C.
Attn: Allyson Sasha Johnson
17171 Park Row, Suite 160
Houston, TX 77084

represented by

**Allyson Sasha Johnson**
Dore Rothberg et al
17171 Park Row Ste 160
Houston, TX 77084

S MFR 2020-003782  rv

| | | |
|---|---|---|
| **Clemson N. Page** | represented by | **Clemson N. Page, Jr.**<br>Clemson Page Law Office<br>42 Wyomissing Hills Blvd.<br>Reading, PA 19609 |
| **Pilot Thomas Logistics, LLC**<br>c/o Joshua N. Eppich<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton St., Ste. 1000<br>Fort Worth, TX 76102 | represented by | **Joshua Nielson Eppich**<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102 |
| **Plains Marketing, L.P.**<br>c/o Law Ofc Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota, TX 77868 | represented by | **Patricia Williams Prewitt**<br>Law Office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868 |
| **Polar Midstream, LLC** | represented by | **John E Mitchell**<br>Katten Muchin Rosenman<br>525 West Monroe<br>Chicago, IL 60661 |
| **Polyflow LLC**<br>c/o Holly C. Hamm Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 | represented by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **QLT Consumer Lease Services**<br>PO BOX 506<br>Cedar Knolls, NJ | | |
| **Quinn Pumps LLC**<br>c/o Holly C Hamm Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 | represented by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **RS Energy, Inc.**<br>c/o Sprouse Law Firm<br>901 Mopac Expressway South<br>Building 1, Suite 300<br>Austin, TX 78746 | represented by | **Marvin E Sprouse, III**<br>Sprouse Law Firm<br>PO Box 92466<br>Austin, TX 78709 |

| | | |
|---|---|---|
| **Railroad Commission of Texas**<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC-008<br>Austin, TX 78711-2548 | represented by | **Jason Bradley Binford**<br>THE ATTORNEY<br>GENERAL OF TEXAS<br>300 W 15TH STREET<br>MAIL MC-008<br>AUSTIN, TX 78701 |
| **Reeves County**<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite<br>300<br>Houston, TX 77002 |
| **Regions Bank** | represented by | **Joseph M Coleman**<br>Kane Russell et al<br>3700 Thanksgiving<br>Tower<br>1601 Elm Street<br>Dallas, Tx 75201 |
| **Seitel Data, Ltd.**<br>c/o Duane J. Brescia<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701 | represented by | **Duane J Brescia**<br>Clark Hill Strasburger<br>720 Brazos Street Ste<br>700<br>Austin, TX 78701 |
| **Karen Severtsen** | represented by | **Katrina A. Turman<br>Lang**<br>Turman & Lang<br>550 North Broadway<br>Suite 207<br>P O Box 110<br>Fargo, ND 58107-0110 |
| **Shotgun Creek Developments, LLC** | represented by | **John Bruster Loyd**<br>Jones Gillaspia Loyd<br>LLP<br>4400 Post Oak Pkwy Ste<br>2360<br>Houston, TX 77027 |
| **State of Louisiana, Department of Natural<br>Resources, Office of Mineral Resources**<br>617 North Third Street<br>Baton Rouge, LA 70802 | represented by | **Ryan Michael<br>Seidemann**<br>Louisiana Department<br>Of Justice |

S MFR 2020-003782  rv

|  |  |  |
|---|---|---|
|  |  | 1885 North Third St<br>Baton Rouge, LA 70802 |
| **Steven H. Harris Family Limited Liability Limited Partnership a/k/a Steven H. Harris Family Limited Partnership**<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street Suite 4000<br>Minneapolis, MN 55402-1425 | represented by | **Catherine Diktaban**<br>Hunton Andrews et al<br>600 Travis St Suite 4200<br>Houston, TX 77002 |
| **Stretto**<br>Stretto<br>8269 E. 23rd Avenue<br>Suite 275<br>Denver, CO 80238 | represented by | **Stretto**<br>Stretto<br>8269 E 23rd Ave<br>Suite 275<br>Denver, CO 80238 |
| **TGS-NOPEC Geophysical Company**<br>c/o Andrew A Braun<br>Gieger Laborde & Laperouse<br>Suite 4800<br>701 Poydras Street<br>New Orleans, LA 70139 | represented by | **Andrew A Braun**<br>Gieger Laborde et al<br>Ste 4800<br>701 Poydras St<br>New Orleans, LA 70139-4800 |
| **Tallgrass Midstream, LLC** | represented by | **Jeri Leigh Miller**<br>Sidley Austin LLP<br>2021 McKinney Ave Ste 2000<br>Dallas, TX 75201 |
|  |  | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **Texas Comptroller of Public Accounts, Revenue Accounting Division**<br>E. Stuart Phillips<br>PO Box 12548<br>Austin, TX 78711-2548 | represented by | **E Stuart Phillips**<br>Office of the Attorney General<br>P O Box 12548<br>Austin, TX 78711-2548 |
| **Texas Comptroller of Public Accounts, Unclaimed Property Division**<br>c/o Attorney General's Office<br>Bankruptcy & Collections Division | represented by | **Jason Bradley Binford**<br>THE ATTORNEY GENERAL OF TEXAS<br>300 W 15TH STREET |

P. O. Box 12548 MC-008
Austin, TX 78711-2548

MAIL MC-008
AUSTIN, TX 78701

**Texas Taxing Authorities**
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

represented
by

**Tara LeDay**
McCreary Veselka et al
P O Box 1269
Round Rock, TX 78680-
1269

**Thru Tubing Solutions, Inc.**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

represented
by

**Maria Mulrooney
Bartlett**
Dore' Rothberg McKay,
P.C.
17171 Park Row, Suite
160
Houston, TX 77084

**Trailblazer Pipeline Company LLC**

represented
by

**Hannah Leigh Rozow
Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite
5900
Houston, TX 77002

**True Oil LLC and Eighty-Eight Oil LLC**
c/o Kenneth Green
Snow Spence Green LLP
2929 Allen Parkway Suite 2800
Houston, TX 77019

represented
by

**Kenneth P. Green**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**Jolene Wise United States Securities and
Exchange Commission**
175 W. Jackson Blvd.
Suite 1450
Chicago, IL 60604

represented
by

**Jolene M Wise**
Securities and Exchange
Commission
175 W Jackson Blvd
Chicago, IL 60604

**United States of America**

represented
by

**Richard A. Kincheloe**
United States Attorney's
Office
1000 Louisiana St., Suite
2300
Houston, TX 77002

**Ward County**
112 E Pecan Street, Suite 2200
San Antonio, TX 78205

represented
by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite

S MFR 2020-003782  rv

|  |  |  |
|---|---|---|
|  |  | 300<br>Houston, TX 77002 |
| **Waste Management National Services,** | represented by | **Demetra L Liggins**<br>Thompson & Knight LLP<br>811 Main Street Suite 2500<br>Houston, TX 77002 |
| **WesternGeco, LLC**<br>c/o Andrew A. Braun<br>Suite 4800, 701 Poydras Street<br>New Orleans, LA 70139 | represented by | **Andrew A Braun**<br>Gieger Laborde et al<br>Ste 4800<br>701 Poydras St<br>New Orleans, LA 70139-4800 |
| **Whitebox GT Fund, LP**<br>c/o Whitebox Advisors LLC<br>3033 Excelsior Blvd., Suite 500<br>Minneapolis, MN 55416-4675 | represented by | **Savanna Lee Barlow**<br>Polsinelli PC<br>2950 N Harwood St Ste 2100<br>Dallas, TX 75201 |
| **Wildcat Trucking LLC**<br>c/o James E. Cuellar<br>440 Louisiana, Suite 718<br>Houston, TX 77002 | represented by | **James E Cuellar**<br>Wells Cuellar PC<br>440 Louisiana Ste 718<br>Houston, TX 77002 |
| **Winkler County** | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite 300<br>Houston, TX 77002 |
| **Wyoming Attorney General's Office** | represented by | **Callie R. Papoulas**<br>Wyoming Attorney General's Office<br>2320 Capitol Ave<br>Cheyenne, WY 82002 |
| **XH, LLC** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |

**XTO Energy Inc.**

represented
by

**J Robert Forshey**
Forshey Prostok LLP
777 Main Street Suite
1550
Fort Worth, TX 76102

**Lynda Lee Lankford**
Forshey Prostok LLP
777 Main Street Ste
1550
Ft Worth, TX 76102

**XTO Holdings LLC**

represented
by

**J Robert Forshey**
Forshey Prostok LLP
777 Main Street
Suite 1550
Fort Worth, TX 76102

**Zavanna ORR, LLC**

represented
by

**Arthur M Standish**
Steptoe & Johnson
10001 Woodloch Forest
Dr Ste 300
The Woodlands, TX
77380

**Zavanna, LLC**

represented
by

**Arthur M Standish**
Steptoe & Johnson
10001 Woodloch Forest
Dr Ste 300
The Woodlands, TX
77380

HUGHES, WATTERS & ASKANASE, L.L.P.
Dominique Varner      TBA #00791182/FIN 18805
Michael Weems         TBA #24066273
Kim Ellen Lewinski     TBA #24097994

S MFR 2020-003782  rv