*Dominique Varner*     TBA #00791182/FIN 18805
*Michael Weems*        TBA #24066273
*Kim Ellen Lewinski*   TBA #24097994
HUGHES, WATTERS & ASKANASE, L.L.P.
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY IN CHARGE FOR GUILD MORTGAGE COMPANY LLC

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br> WHITING PETROLEUM CORPORATION <br> WHITING CANADIAN HOLDING <br> COMPANY ULC FKA KODIAK OIL AND <br> GAS CORPORATION (YUKON) FKA <br> KODIAK OIL AND GAS CORPORATION <br> (BC) FKA KODIAK OIL AND GAS ULC <br> WHITING OIL AND GAS CORPORATION <br> WHITING RESOURCES CORPORATION <br> FKA KODIAK OIL & GAS (USA) INC <br> WHITING US HOLDING COMPANY <br> DEBTOR(S) | § § § § § § § § § § § § | **CASE NO. 20-32021** <br><br> **CHAPTER 11** |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY, IF APPLICABLE AFTER HEARING
(This Order Resolves Docket #_____)

GUILD MORTGAGE COMPANY LLC ("Movant") filed a Motion for Relief from the Automatic Stay against:

**LEGAL DESCRIPTION MORE PARTICULARLY DESCRIBED ON THE DEED OF TRUST AND PROPERTY MORE COMMONLY KNOWN AS 417 GRAND AVENUE, FAIRVIEW, MT 59221 ("PROPERTY").**

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

  _____  Although a response opposing the motion was filed, the respondent did not appear at the hearing.  Therefore, the response is overruled for want of prosecution and the motion is granted.

  _____  The Debtor filed a Response that the Debtor was not opposed to the requested relief and no other party opposed the requested relief.

S MFR 2020-003782  rv

    ☐    The Debtor filed a response that the Debtor was unable to admit or deny the allegations, the Debtor failed to appear at the hearing, and no other party opposed the requested relief.

    ☐    After hearing, and for the reasons stated on the record, relief from the stay is granted.

    ☐    No timely response was filed. Accordingly, the motion is granted by default.

    ☐    As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

    Additional rulings:

    ☐    Movant is awarded attorney's fees in the amount of $0.00.

    ☐    The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

**ZZZZ**