## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: **20-32021** | Name of Debtor: **WHITING PETROLEUM CORPORATION WHITING CANADIAN HOLDING COMPANY ULC FKA KODIAK OIL AND GAS CORPORATION (YUKON) FKA KODIAK OIL AND GAS CORPORATION (BC) FKA KODIAK OIL AND GAS ULC WHITING OIL AND GAS CORPORATION WHITING RESOURCES CORPORATION FKA KODIAK OIL & GAS (USA) INC WHITING US HOLDING COMPANY** |
| Adversary No: | Style of Adversary: |
|  |  |
| Witnesses: **WHITING PETROLEUM CORPORATION WHITING CANADIAN HOLDING COMPANY ULC FKA KODIAK OIL AND GAS CORPORATION (YUKON) FKA KODIAK OIL AND GAS CORPORATION (BC) FKA KODIAK OIL AND GAS ULC WHITING OIL AND GAS CORPORATION WHITING RESOURCES CORPORATION FKA KODIAK OIL & GAS (USA) INC WHITING US HOLDING COMPANY** |  |
|  | Judge:  David R Jones |
|  | Courtroom Deputy: |
| Any other witness called by Debtor(s) | Hearing Date:  January 15, 2021 |
|  | Hearing Time:  2:00 p.m. |
|  | Party's Name: GUILD MORTGAGE COMPANY LLC |
|  | Attorney's Name: Michael Weems |
|  | Attorney's Phone: 713-759-0818 |
|  | Nature of Proceeding: Motion for Relief |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Payment History |  |  |  |  |
| B | Note |  |  |  |  |
| C | Deed of Trust |  |  |  |  |
|  |  |  |  |  |  |

W & E 2020-003782rv

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

Movant reserves any and all rights to amend the Witness List, to call any witness designated by any other party and use any other Exhibit designated by any other party to the hearing.

Respectfully submitted:

Movant's Counsel Signature
**HUGHES, WATTERS & ASKANASE, L.L.P.**
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**Kim Ellen Lewinski** TBA #24097994
Direct: 713-328-1926, klewinski@hwallp.com
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

W & E 2020-003782rv

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served upon the following, by first class mail, postage prepaid and/or ECF as indicated, on December **22**, 2020

DEBTOR
**Whiting Petroleum Corporation**
**Whiting Canadian Holding Company Ulc Fka**
**Kodiak Oil And Gas Corporation (Yukon)**
**Fka Kodiak Oil And Gas Corporation (Bc)**
**Fka Kodiak Oil And Gas Ulc**
**Whiting Oil And Gas Corporation**
**Whiting Resources Corporation Fka Kodiak**
**Oil & Gas (Usa) Inc**
**Whiting Us Holding Company**
1700 Lincoln Street
Suite 4700
Denver, CO 80203

**Delaware Trust Company, as Indenture**
**Trustee**
c/o Sean E. O'Donnell
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**US Trustee**
515 Rusk Ave Ste 3516
Houston, TX 77002

**Winstol Dean Carter, Jr.**
Morgan Lewis et al
1000 Louisiana St Ste 4000
Houston, TX 77002

**Jarrod B. Martin**
Chamberlain Hrdicka
1200 Smith Street
Suite 1400
Houston, TX 77002

**Jason S Brookner**
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201

DEBTORS' ATTORNEY
**Vienna Flores Anaya**
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

**Matthew D Cavenaugh**
**Veronica Ann Polnick**
Jackson Walker LLP
1401 McKinney Street Ste 1900
Houston, TX 77010

Keith Bissett
417 Grand Avenue
Fairview, MT 59221

**Douglas B Rosner**
Goulston & Storrs
400 Atlantic Ave
Boston, MA 02110-3333

**Brian E Schartz**
Kirkland and Ellis LLP
609 Main Street
Houston, TX 77002

**Jennifer F Wertz**
Jackson Walker LLP
100 Congress Ave Suite 1100
Austin, TX 78701

**Hector Duran, Jr**
515 Rusk Ste 3516
Houston, Tx 77002

**Steven William Golden**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
34th Floor
New York, NY 10017

W & E 2020-003782rv

| | | |
|---|---|---|
| **A2D Technologies, Inc., d/b/a TGS Geological Products and Services**<br>c/o Andrew A Braun<br>Suite 4800<br>701 Poydras Street<br>701 Poydras Street<br>New Orleans, LA 70139 | represented by | **Andrew A Braun**<br>Gieger Laborde et al<br>Ste 4800<br>701 Poydras St<br>New Orleans, LA 70139-4800 |
| **ASM SPV LP**<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | represented by | **Douglas Wolfe**<br>7600 Jericho Turnpike<br>Woodbury, NY 11797 |
| **Ad Hoc Committee of Noteholders** | represented by | **John F Higgins, IV**<br>Porter Hedges LLP<br>1000 Main St<br>Ste 3600<br>Houston, TX 77002-6336 |
| **All In Oil Field Services, LLC** | represented by | **John Clayborn Leininger**<br>Shapiro Bieging Barber Otteson<br>5400 LBJ Freeway<br>Suite 930<br>Dallas, TX 75002 |
| **Andeavor Field Services LLC** | represented by | **Constantine Z Pamphilis**<br>Kasowitz Benson et al<br>1415 Louisiana<br>Ste 2100<br>Houston, TX 77002 |
| **Andrews Independent School District, et al**<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408 | represented by | **Laura J Monroe**<br>Perdue Brandon et al<br>PO Box 817<br>Lubbock, TX 79408-0817 |
| **Angelina County**<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair and Sampson LLP<br>1301 Travis Street, Ste 300 |

W & E 2020-003782rv

|  |  |  |
|---|---|---|
|  |  | Houston, Tx 77002 |
| **Apache Deepwater, LLC** | represented by | **Robin B Cheatham**<br>Adams Reese LLP<br>701 Poydras Street<br>Ste 4500<br>New Orleans, LA 70139 |
| **Aransas County** | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street<br>Suite 300<br>Houston, TX 77002 |
|  |  | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760 |
| **Archrock Partners Operating LLC**<br>9807 Katy Frwy., Ste. 100<br>Houston, TX 77024 | represented by | **Kevin M Maraist**<br>Anderson Lehrman et al<br>1001 Third Street, Ste 1<br>Corpus Christi, TX<br>78404 |
| **Argo Partners**<br>12 West 37th Street<br>9th floor<br>New York, NY 10018 | represented by | **Matthew A Gold**<br>Argo Partners<br>12 W 37th St<br>9th Floor<br>New York, NY 10018 |
| **Arguello Inc. and Freeport-McMoRan Oil & Gas LLC**<br>811 Main Street Suite 2900<br>Houston, TX 77002 | represented by | **Joseph E Bain**<br>Jones Walker LLP<br>811 Main Street Suite<br>2900<br>Houston, TX 77002 |
| **Atlas Oil Company** | represented by | **Michael D Warner**<br>Cole Schotz P.C.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 |
| **AuditBoard, Inc.** | represented by | **Martha Chovanes**<br>Fox Rothschild LLP<br>2000 Market Street 20th<br>Floor |

|  |  |  |
|---|---|---|
|  |  | Philadelphia, PA 19103 |
|  |  | **David Grant Crooks**<br>Fox Rothschild LLP<br>Saint Ann Court<br>2501 N. Harwood Street<br>Suite 1800<br>Dallas, TX 75201 |
| **BCSP Denver Property LLC** | represented<br>by | **Trevor R Hoffmann**<br>Goulston & Storrs PC<br>885 Third Avenue<br>18th Floor<br>New York, NY 10022 |
|  |  | **Douglas B Rosner**<br>Goulston & Storrs<br>400 Atlantic Ave<br>Boston, MA 02110-3333 |
| **BNN North Dakota, LLC** | represented<br>by | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **BNN Western, LLC** | represented<br>by | **Jeri Leigh Miller**<br>Sidley Austin LLP<br>2021 McKinney Ave Ste 2000<br>Dallas, TX 75201 |
|  |  | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **BP America Production Company** | represented<br>by | **Michael D Rubenstein**<br>Liskow Lewis<br>1001 Fannin Street Suite 1800<br>Houston, TX 77002 |

**Baker Hughes Oilfield Operations LLC**
c/o Holly Hamm Snow & Green LLP
PO Box 549
Hockley, TX 77447

represented by

**Holly C Hamm**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**Baker Petrolite LLC**
c/o Holly C Hamm Snow & Green LLP
PO Box 549
Hockley, TX 77447

represented by

**Holly C Hamm**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**Balanced Energy Oilfield Services USA Inc.**

represented by

**Henry Flores**
Rapp & Krock, PC
Two Post Oak Central
1980 Post Oak Blvd
Suite 1200
Houston, TX 77056

**Bank of New York Mellon Trust Company, N.A.**

represented by

**Winstol Dean Carter, Jr.**
Morgan Lewis et al
1000 Louisiana St Ste 4000
Houston, TX 77002

**Bell Supply Company, LLC**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Big Horn Rural Electric Company**

represented by

**Keith Miles Aurzada**
Reed Smith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

**Michael P Cooley**
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201

**Bradley James Purcell**
Reed Smith LLP
2501 N. Harwood St.

|  | | |
|---|---|---|
|  |  | Suite 1700<br>Dallas, TX 75201 |
|  |  | **Lindsey Lee Robin**<br>Reed Smith LLP<br>2501 N. Harwood Street<br>Suite 1700<br>Dallas, TX 75201 |
| **Mark C. Bowen**<br>c/o Quilling, Selander, Lownds, et al.<br>Attn: Kenneth A. Hill<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | represented by | **Kenneth A Hill**<br>Quilling Selander, et al<br>2001 Bryan St Ste 1800<br>Dallas, TX 75201 |
| **Brazoria County Tax Office**<br>c/o Owen M. Sonik<br>PBFCM, LLP<br>1235 N. Loop W., Ste 600<br>Houston, TX 77008 | represented by | **Owen Mark Sonik**<br>Perdue Brandon et al<br>1235 North Loop West,<br>Ste 600<br>Houston, Tx 77008 |
| **Buckhorn Energy Services, LLC** | represented by | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **Buckhorn SWD Solutions, LLC** | represented by | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **CGGVeritas Land (U.S.) Inc.** | represented by | **Scott Robert Cheatham**<br>Adams & Reese LLP<br>701 Poydras St Ste 4500<br>New Orleans, LA 70139 |
|  |  | **George Robert Parrott, II**<br>Adams and Reese LLP<br>701 Poydras St Ste 4500<br>New Orleans, LA 70139 |

**Caliber North Dakota LLC**

represented by

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana Ste 1700
Houston, TX 77002

**Cedarview Opportunities Master Fund, LP**
One Penn Plaza
45th Floor
New York, NY 10119

represented by

**Randy W Williams**
Byman & Associates
PLLC
7924 Broadway Ste 104
Pearland, TX 77581

**Cherokee Debt Acquisition, LLC**
1384 Broadway
Suite 906
New York, NY 10018

**Chevron U.S.A. Inc.**

represented by

**Edward L Ripley**
Andrews Myers, P.C.
1885 Saint James Place,
15th Floor
Houston, TX 77056

**Clark Hill Strasburger**
Attn: Duane J. Brescia
720 Brazos, Suite 700
Austin, TX 78701

represented by

**Duane J Brescia**
Clark Hill Strasburger
720 Brazos Street Ste
700
Austin, TX 78701

**Lana Conklin**

represented by

**Monique D Jewett-Brewster**
Hopkins & Carley, ALC
70 S. First St
San Jose, CA 95113

**Darby's Welding & Machine Inc.**

represented by

**Timothy F Nixon**
Godfrey & Kahn
200 South Washington
Street
Suite 100
Green Bay, WI 54301-4298

**DeWitt County**

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite
300
Houston, TX 77002

W & E 2020-003782rv

|  |  |  |
|---|---|---|
|  |  | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760 |
| **Delaware Trust Company, as Indenture Trustee**<br>c/o Sean E. O'Donnell<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 | represented<br>by | **Jarrod B. Martin**<br>Chamberlain Hrdicka<br>1200 Smith Street Suite<br>1400<br>Houston, TX 77002 |
| **Delaware Trust Company, as Successor Indenture Trustee** | represented<br>by | **Sean Thomas Wilson**<br>Kelley Drye & Warren,<br>LLP<br>101 Park Avenue<br>New York, NY 10178 |
| **Dorchester Minerals, L.P.***)* | represented<br>by | **Andrew G Edson**<br>Clark Hill Strasburger<br>901 Main St Ste 6000<br>Dallas, TX 75202 |
| **EJS Investment Holdings, LLC**<br>c/o Jarrod B. Martin<br>McDowell Hetherington LLP<br>1001 Fannin, Suite 2700<br>Houston, TX 77002 |  |  |
| **Ector CAD**<br>112 E Pecan Street, Suite 2200<br>San Antonio, TX 78205 | represented<br>by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite<br>300<br>Houston, TX 77002 |
|  |  | **Don Stecker**<br>Linebarger Groggan<br>Blair Sampson LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 |
| **Eighty-Eight Oil LLC, an affiliate of True Oil Company** | represented<br>by | **Kenneth P. Green**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **Element Fleet Corporation** | represented<br>by | **John D Demmy**<br>Saul Ewing et al |

W & E 2020-003782rv

|  |  |  |
|---|---|---|
|  |  | 1201 N Market Street<br>Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899 |
| **Energy Eleven, L.P.** | represented by | **Robert A Simon**<br>Whitaker Chalk Swindle<br>& Schwartz, PLLC<br>301 Commerce Street<br>Suite 3500<br>Fort Worth, TX 76102 |
| **Equinor Energy, LP**<br>2107 City West Blvd.<br>1st Floor<br>Attn: Legal<br>Houston, TX 77042 | represented by | **J Eric Lockridge**<br>Kean Miller LLP<br>P O Box 3513<br>Baton Rouge, LA 70821-3513 |
| **ExxonMobil Corporation** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |
|  |  | **Lynda Lee Lankford**<br>Forshey Prostok LLP<br>777 Main Street Ste 1550<br>Ft Worth, TX 76102 |
| **Fair Harbor Capital, LLC**<br>PO Box 237037<br>New York, NY 10023 |  |  |
| **Fairfield Geotechnologies**<br>Attn: Joe Dryer<br>9811 Katy Freeway Suite 1200<br>Houston, TX 77024 | represented by | **Thomas M Kirkendall**<br>Attorney at Law<br>2 Violetta Ct<br>The Woodlands, TX 77381 |
| **Francine Frechter** |  |  |
| **Freeport-McMoRan Oil & Gas LLC and Arguell Inc** | represented by | **Joseph E Bain**<br>Jones Walker LLP<br>811 Main Street Suite 2900<br>Houston, TX 77002 |

**G-Style Transport, LLC**

represented by

**John Clayborn Leininger**
Shapiro Bieging Barber Otteson
5400 LBJ Freeway Suite 930
Dallas, TX 75002

**GST Casing, LLC**

represented by

**John Clayborn Leininger**
Shapiro Bieging Barber Otteson
5400 LBJ Freeway Suite 930
Dallas, TX 75002

**Geophysical Pursuit, Inc.**
Attn: Jeff Springmeyer
1740 Westheimer, Suite 200
Houston, TX 77098

represented by

**Thomas M Kirkendall**
Attorney at Law
2 Violetta Ct
The Woodlands, TX 77381

**Globe Chemical LLC d/b/a Tech Management**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160
Houston, TX 77084

**Globe Energy Services, Inc.**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160

W & E 2020-003782rv

Houston, TX 77084

**Harry C Gray**

**Gyrodata, Inc.**
c/o Dore Rothberg McKay, PC
17171 Park Row, Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Doris Hambleton**

**Garth L Harmon**

represented by

**John Bruster Loyd**
Jones Gillaspia Loyd LLP
4400 Post Oak Pkwy Ste 2360
Houston, TX 77027

**Wagner Harmon**

represented by

**John Bruster Loyd**
Jones Gillaspia Loyd LLP
4400 Post Oak Pkwy Ste 2360
Houston, TX 77027

**Harris County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77235-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002

**Crystal Henzi**

represented by

**Monique D Jewett-Brewster**
Hopkins & Carley, ALC
70 S. First St
San Jose, CA 95113

**High West Energy Inc.**

represented by

**Keith Miles Aurzada**
Reed Smith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

W & E 2020-003782rv

**Michael P Cooley**
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201

**Lindsey Lee Robin**
Reed Smith LLP
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201

**Hiland Partners Holdings LLC**
c/o Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

represented by

**Patricia Williams Prewitt**
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

**Hunt Oil Company**
c/o Mark E. Andrews
1717 Main Street
Suite 4200
Dallas, TX 75201

represented by

**Mark Edward Andrews**
Dykema Cox Smith
1717 Main Street, Suite 4200
Dallas, TX 75201

**Patrick L Huffstickler**
Dykema Cox Smith
112 E Pecan Ste 1800
San Antonio, TX 78205

**J-W Power Company**
c/o Miller Mentzer Walker, P.C.
P.O. Box 130
100 N. Main St
Palmer, tx 75152

represented by

**Julie Ann Walker**
100 N. Main St.
P.O. Box 130
Palmer, TX 75152

**JPMORGAN CHASE BANK, N.A.**

represented by

**Sandy Qusba**
425 Lexington Avenue
New York, NY 10017

**William Thomas Russell, Jr**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

W & E 2020-003782rv

**Jamex Marketing, LLC)**

represented by

**Jeffrey Philipp Prostok**
Forshey & Prostok LLP
777 Main St Ste 1550
Ft Worth, TX 76102

**Jasper County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002

**Jones Walker LLP**
c/o Elizabeth J. Futrell
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170-5100

represented by

**Elizabeth J Futrell**
Jones Walker et al
201 St Charles Ave 49th Fl
New Orleans, LA 70170

**Kinder Morgan Treating LP**
c/o Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

represented by

**Patricia Williams Prewitt**
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

**Kyle James Koppinger**
38937 640th Ave
Wadena, MN 56482

**LPG Capital Partners LP**

represented by

**Benoit Marc Letendre**
Letendre Group
123 Second Street
Baraboo, WI 53913

**Lake View Services LLC**

represented by

**Alexander S Kelsch**
Lake View Services, LLC
103 Collins Ave
Mandan, ND 58554

**Liberty County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
PO BOX 3064
Houston, TX 77253-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
and Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

W & E 2020-003782rv

| | | |
|---|---|---|
| **Liberty County**<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | represented<br>by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite<br>300<br>Houston, TX 77002 |
| **Loenbro Instrumentation & Electrical LLC** | represented<br>by | **Timothy F Nixon**<br>Godfrey & Kahn<br>200 South Washington<br>Street<br>Suite 100<br>Green Bay, WI 54301-<br>4298 |
| **Lufkin Industries LLC**<br>c/o Holly C. Hamm Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 | represented<br>by | **Holly C Hamm**<br>Snow & Green LLP<br>P.O. Box 549<br>Hockley, TX 77447 |
| **MI Dep't of Environment Great Lakes & Energy** | represented<br>by | **Daniel P. Bock**<br>Michigan Department of<br>Attorney General<br>P O Box 30755<br>Lansing, MI 48909 |
| | | **Megen Elise Miller**<br>Michigan Dept of<br>Attorney General<br>PO Box 30755<br>Lansing, MI 48909 |
| **MI Dep't of Natural Resources** | represented<br>by | **Daniel P. Bock**<br>Michigan Department of<br>Attorney General<br>P O Box 30755<br>Lansing, MI 48909 |
| | | **Megen Elise Miller**<br>Michigan Dept of<br>Attorney General<br>PO Box 30755<br>Lansing, MI 48909 |
| **Marathon Oil Company**<br>c/o Clay M. Taylor<br>Bonds Ellis Eppich Schafer Jones LLP | represented<br>by | **Clay Marshall Taylor**<br>Bonds Ellis Eppich<br>Schafer Jones LLP<br>420 Throckmorton Street |

W & E 2020-003782rv

420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

**McKenzie Electric Cooperative, Inc.**

Suite 1000
Ft Worth, TX 76102

represented by

**David Grant Crooks**
Fox Rothschild LLP
Saint Ann Court
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201

**Trent D Stephens**
Fisher Broyles et al
2925 Richmond Ave Ste 1200
Houston, TX 77098

**McKenzie Energy Partners**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Zachary S McKay**
Dore Law Group PC
17171 Park Row Ste 160
Houston, TX 77084

**Montana Department of Revenue**
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

represented by

**Lynn Hamilton Butler**
Husch Blackwell LLP
111 Congress Ave Ste 1400
Austin, TX 78701-4043

**Montgomery County**
Linebarger Goggan Blair & Sampson LLP
c/o Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002

**Mountrail-Williams Electric Cooperative**
c/o Jon R. Brakke
Vogel Law Firm
218 NP Ave.

represented by

**Jon R Brakke**
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58107

W & E 2020-003782rv

PO Box 1389
Fargo, ND 58107-1389

**Northern Oilfield Services**

represented
by

**Steven M Johnson**
Church Harris, et al
114 3rd St S
Great Falls, MT 59401

**Grant R Kelly**
Church Harris et al
114 3rd St S
Great Falls, MT 59403

**Nueces County**

represented
by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite
300
Houston, TX 77002

**Diane Wade Sanders**
Linebarger Goggan et al
PO Box 17428
Austin, TX 78760

**ONEOK Rockies Midstream, L.L.C.**

represented
by

**Brandon Craig Bickle**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103

**Oasis Petroleum North America LLC**

represented
by

**Patrick L Hughes**
Haynes and Boone LLP
1221 McKinney Suite
4000
Houston, TX 77010-
2007

**Official Committee of Unsecured Creditors**

represented
by

**Jason S Brookner**
Gray Reed & McGraw
LLP
1601 Elm Street Suite
4600
Dallas, TX 75201

**Steven William Golden**
Pachulski Stang Ziehl &
Jones LLP

W & E 2020-003782rv

|  |  |  |
|---|---|---|
| | | 780 Third Avenue 34th Floor<br>New York, NY 10017 |
| **Oracle America, Inc.**<br>Buchalter, A Professional Corporation<br>c/o Shawn M. Christianson<br>55 2nd St. 17th Fl.<br>San Francisco, CA 94105 | represented by | **Shawn M Christianson**<br>Buchalter, A Professional Corporation<br>55 Second Street 17th Floor<br>San Francisco, CA 94105 |
| **Ovintiv Production Inc.**<br>4 Waterway Square Place, Suite 100<br>The Woodlands, TX 77380 | represented by | **Tye Hancock**<br>Thompson & Knight<br>811 Main Street Ste 2500<br>Houston, TX 77002 |
| **P2 Energy Solutions**<br>c/o Steve A. Peirce<br>Norton Rose Fulbright US LLP<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205 | represented by | **Steve Arthur Peirce**<br>Norton Rose Fulbright US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205 |
| **P2ES Holdings, Inc.**<br>c/o Steve A. Peirce<br>Norton Rose Fulbright US LLP<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205 | represented by | **Steve Arthur Peirce**<br>Norton Rose Fulbright US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205 |
| **P2ES Holdings, LLC**<br>c/o Steve A. Peirce<br>Norton Rose Fulbright US LLP<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205 | represented by | **Steve Arthur Peirce**<br>Norton Rose Fulbright US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205 |
| **PTW Energy Services, Inc.**<br>c/o Dore' Rothberg McKay, P.C.<br>Attn: Allyson Sasha Johnson<br>17171 Park Row, Suite 160<br>Houston, TX 77084 | represented by | **Allyson Sasha Johnson**<br>Dore Rothberg et al<br>17171 Park Row Ste 160<br>Houston, TX 77084 |

W & E 2020-003782rv

**Clemson N. Page**

                                    represented by

**Clemson N. Page, Jr.**
Clemson Page Law Office
42 Wyomissing Hills Blvd.
Reading, PA 19609

**Pilot Thomas Logistics, LLC**
c/o Joshua N. Eppich
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Ste. 1000
Fort Worth, TX 76102

                                    represented by

**Joshua Nielson Eppich**
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

**Plains Marketing, L.P.**
c/o Law Ofc Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

                                    represented by

**Patricia Williams Prewitt**
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

**Polar Midstream, LLC**

                                    represented by

**John E Mitchell**
Katten Muchin Rosenman
525 West Monroe
Chicago, IL 60661

**Polyflow LLC**
c/o Holly C. Hamm Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

                                    represented by

**Holly C Hamm**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**QLT Consumer Lease Services**
PO BOX 506
Cedar Knolls, NJ

**Quinn Pumps LLC**
c/o Holly C Hamm Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

                                    represented by

**Holly C Hamm**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**RS Energy, Inc.**
c/o Sprouse Law Firm
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746

                                    represented by

**Marvin E Sprouse, III**
Sprouse Law Firm
PO Box 92466
Austin, TX 78709

| | | |
|---|---|---|
| **Railroad Commission of Texas**<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC-008<br>Austin, TX 78711-2548 | represented<br>by | **Jason Bradley Binford**<br>THE ATTORNEY<br>GENERAL OF TEXAS<br>300 W 15TH STREET<br>MAIL MC-008<br>AUSTIN, TX 78701 |
| **Reeves County**<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | represented<br>by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite<br>300<br>Houston, TX 77002 |
| **Regions Bank** | represented<br>by | **Joseph M Coleman**<br>Kane Russell et al<br>3700 Thanksgiving<br>Tower<br>1601 Elm Street<br>Dallas, Tx 75201 |
| **Seitel Data, Ltd.**<br>c/o Duane J. Brescia<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701 | represented<br>by | **Duane J Brescia**<br>Clark Hill Strasburger<br>720 Brazos Street Ste<br>700<br>Austin, TX 78701 |
| **Karen Severtsen** | represented<br>by | **Katrina A. Turman<br>Lang**<br>Turman & Lang<br>550 North Broadway<br>Suite 207<br>P O Box 110<br>Fargo, ND 58107-0110 |
| **Shotgun Creek Developments, LLC** | represented<br>by | **John Bruster Loyd**<br>Jones Gillaspia Loyd<br>LLP<br>4400 Post Oak Pkwy Ste<br>2360<br>Houston, TX 77027 |
| **State of Louisiana, Department of Natural<br>Resources, Office of Mineral Resources**<br>617 North Third Street<br>Baton Rouge, LA 70802 | represented<br>by | **Ryan Michael<br>Seidemann**<br>Louisiana Department<br>Of Justice |

W & E 2020-003782rv

|  |  | 1885 North Third St<br>Baton Rouge, LA 70802 |
|---|---|---|
| **Steven H. Harris Family Limited Liability Limited Partnership a/k/a Steven H. Harris Family Limited Partnership**<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street Suite 4000<br>Minneapolis, MN 55402-1425 | represented by | **Catherine Diktaban**<br>Hunton Andrews et al<br>600 Travis St Suite 4200<br>Houston, TX 77002 |
| **Stretto**<br>Stretto<br>8269 E. 23rd Avenue<br>Suite 275<br>Denver, CO 80238 | represented by | **Stretto**<br>Stretto<br>8269 E 23rd Ave<br>Suite 275<br>Denver, CO 80238 |
| **TGS-NOPEC Geophysical Company**<br>c/o Andrew A Braun<br>Gieger Laborde & Laperouse<br>Suite 4800<br>701 Poydras Street<br>New Orleans, LA 70139 | represented by | **Andrew A Braun**<br>Gieger Laborde et al<br>Ste 4800<br>701 Poydras St<br>New Orleans, LA 70139-4800 |
| **Tallgrass Midstream, LLC** | represented by | **Jeri Leigh Miller**<br>Sidley Austin LLP<br>2021 McKinney Ave Ste 2000<br>Dallas, TX 75201 |
|  |  | **Hannah Leigh Rozow Owolabi**<br>Sidley Austin LLP<br>1000 Louisiana St Suite 5900<br>Houston, TX 77002 |
| **Texas Comptroller of Public Accounts, Revenue Accounting Division**<br>E. Stuart Phillips<br>PO Box 12548<br>Austin, TX 78711-2548 | represented by | **E Stuart Phillips**<br>Office of the Attorney General<br>P O Box 12548<br>Austin, TX 78711-2548 |
| **Texas Comptroller of Public Accounts, Unclaimed Property Division**<br>c/o Attorney General's Office<br>Bankruptcy & Collections Division | represented by | **Jason Bradley Binford**<br>THE ATTORNEY GENERAL OF TEXAS<br>300 W 15TH STREET |

W & E 2020-003782rv

P. O. Box 12548 MC-008
Austin, TX 78711-2548

MAIL MC-008
AUSTIN, TX 78701

**Texas Taxing Authorities**
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

represented by

**Tara LeDay**
McCreary Veselka et al
P O Box 1269
Round Rock, TX 78680-1269

**Thru Tubing Solutions, Inc.**
c/o Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

represented by

**Maria Mulrooney Bartlett**
Dore' Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

**Trailblazer Pipeline Company LLC**

represented by

**Hannah Leigh Rozow Owolabi**
Sidley Austin LLP
1000 Louisiana St Suite 5900
Houston, TX 77002

**True Oil LLC and Eighty-Eight Oil LLC**
c/o Kenneth Green
Snow Spence Green LLP
2929 Allen Parkway Suite 2800
Houston, TX 77019

represented by

**Kenneth P. Green**
Snow & Green LLP
P.O. Box 549
Hockley, TX 77447

**Jolene Wise United States Securities and Exchange Commission**
175 W. Jackson Blvd.
Suite 1450
Chicago, IL 60604

represented by

**Jolene M Wise**
Securities and Exchange Commission
175 W Jackson Blvd
Chicago, IL 60604

**United States of America**

represented by

**Richard A. Kincheloe**
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002

**Ward County**
112 E Pecan Street, Suite 2200
San Antonio, TX 78205

represented by

**Tara L Grundemeier**
Linebarger Goggan Blair
1301 Travis Street Suite

W & E 2020-003782rv

|  |  |  |
|---|---|---|
|  |  | 300<br>Houston, TX 77002 |
| **Waste Management National Services,** | represented by | **Demetra L Liggins**<br>Thompson & Knight LLP<br>811 Main Street Suite 2500<br>Houston, TX 77002 |
| **WesternGeco, LLC**<br>c/o Andrew A. Braun<br>Suite 4800, 701 Poydras Street<br>New Orleans, LA 70139 | represented by | **Andrew A Braun**<br>Gieger Laborde et al<br>Ste 4800<br>701 Poydras St<br>New Orleans, LA 70139-4800 |
| **Whitebox GT Fund, LP**<br>c/o Whitebox Advisors LLC<br>3033 Excelsior Blvd., Suite 500<br>Minneapolis, MN 55416-4675 | represented by | **Savanna Lee Barlow**<br>Polsinelli PC<br>2950 N Harwood St Ste 2100<br>Dallas, TX 75201 |
| **Wildcat Trucking LLC**<br>c/o James E. Cuellar<br>440 Louisiana, Suite 718<br>Houston, TX 77002 | represented by | **James E Cuellar**<br>Wells Cuellar PC<br>440 Louisiana Ste 718<br>Houston, TX 77002 |
| **Winkler County** | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair<br>1301 Travis Street Suite 300<br>Houston, TX 77002 |
| **Wyoming Attorney General's Office** | represented by | **Callie R. Papoulas**<br>Wyoming Attorney General's Office<br>2320 Capitol Ave<br>Cheyenne, WY 82002 |
| **XH, LLC** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |

| | | |
|---|---|---|
| **XTO Energy Inc.** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |
| | | **Lynda Lee Lankford**<br>Forshey Prostok LLP<br>777 Main Street Ste 1550<br>Ft Worth, TX 76102 |
| **XTO Holdings LLC** | represented by | **J Robert Forshey**<br>Forshey Prostok LLP<br>777 Main Street Suite 1550<br>Fort Worth, TX 76102 |
| **Zavanna ORR, LLC** | represented by | **Arthur M Standish**<br>Steptoe & Johnson<br>10001 Woodloch Forest Dr Ste 300<br>The Woodlands, TX 77380 |
| **Zavanna, LLC** | represented by | **Arthur M Standish**<br>Steptoe & Johnson<br>10001 Woodloch Forest Dr Ste 300<br>The Woodlands, TX 77380 |

**Keith Bissett**
417 Grand Avenue
Fairview, MT  59221

Dominique Varner     TBA #00791182/FIN 18805
Michael Weems        TBA #24066273
Kim Ellen Lewinski   TBA #24097994

W & E 2020-003782rv