EXHIBIT "A"



### LOAN INFORMATION

| Loan Number | Debtors Name | Bankruptcy Filing Date | Bankruptcy Case | Chapter | Investor | Comments |
|---|---|---|---|---|---|---|
|  | BISSETT, KEITH | 4/1/2020 | 20-32021 | 11 | FHA |  |

### PAYMENT CHANGE TABLE

| Escrow Payment Date/Arm Change | Principal & Interest Amount | Taxes | Property Insurance | PMI Insurance | Trust Shortage | Pers. Insurance | Total Payment | Late Charge | Court Filed |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2017 | $773.47 | $121.60 | $224.45 | $171.14 |  |  | $1,290.66 | $51.63 |  |
| 1/1/2018 | $773.47 | $120.09 | $238.35 | $167.66 | $5.76 |  | $1,305.33 | $52.21 |  |
| 1/1/2019 | $773.47 | $132.38 | $218.07 | $164.03 |  |  | $1,287.95 | $51.52 |  |
| 11/1/2019 | $773.47 | $116.72 | $213.53 | $160.26 |  |  | $1,263.98 | $50.56 |  |
| 12/1/2020 | $773.47 | $149.89 | $156.18 | $156.34 |  |  | $1,235.88 | $49.44 |  |

### PAYMENT HISTORY

| Post Petition Date | Debtor Payment Paid Date | Post Petition Payment Amount Due | Debtors Payment Paid Amount | Late Charge/NSF | Suspense | Suspense Total | Total Due | Contracutal Paid to Date/Comments |
|---|---|---|---|---|---|---|---|---|
|  | 7/2/2020 |  | 737.84 |  | 0.00 | 737.84 |  |  |
| 10/1/2017 | DUE | 1290.66 |  |  | 0.00 | 737.84 | 1290.66 |  |
| 11/1/2017 | DUE | 1290.66 |  |  | 0.00 | 737.84 | 1290.66 |  |
| 12/1/2017 | DUE | 1290.66 |  |  | 0.00 | 737.84 | 1290.66 |  |
| 1/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 2/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 3/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 4/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 5/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 6/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 7/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 8/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 9/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 10/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 11/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 12/1/2018 | DUE | 1305.33 |  |  | 0.00 | 737.84 | 1305.33 |  |
| 1/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 2/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 3/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 4/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 5/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 6/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 7/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 8/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 9/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 10/1/2019 | DUE | 1287.95 |  |  | 0.00 | 737.84 | 1287.95 |  |
| 11/1/2019 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 12/1/2019 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 1/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 2/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 3/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 4/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 5/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 6/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 7/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 8/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |
| 9/1/2020 | DUE | 1263.98 |  |  | 0.00 | 737.84 | 1263.98 |  |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/1/2020 | DUE | 1263.98 | | | 0.00 | 737.84 | 1263.98 | |
| 11/1/2020 | DUE | 1263.98 | | | 0.00 | 737.84 | 1263.98 | |
| 12/1/2020 | DUE | 1235.88 | | | 0.00 | 737.84 | 1235.88 | |
| | | | | | | | 50083.06 | Post Petition Payment Amount Due |
| | | | Total Late Charge | 0.00 | Total Suspense | 737.84 | -737.84 | Suspense |
| | | | | | | | 0.00 | NSF/Late Charge |
| | | | | | | | 49345.22 | Total Arrearage |