IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) Case No. 20-32021 (DRJ) |
| | ) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re:  Docket Nos. 886, 887, 888, 889, 890, 892** |

## OMNIBUS CERTIFICATE OF NO OBJECTION

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") certifies as follows:

1. On December 1, 2020, the Reorganized Debtors filed the following objections (collectively, the "Omnibus Objections"):

- *The Reorganized Debtors' Eighth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 886];

- *The Reorganized Debtors' Ninth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 887];

- *The Reorganized Debtors' Tenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 888];

- *The Reorganized Debtors' Eleventh Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 889];

- *The Reorganized Debtors' Twelfth Omnibus Objection to Certain Proofs of Claim (Duplicate Bondholder Claims)* [Docket No. 890]; and

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218).  The location of the debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

- *The Reorganized Debtors' Fourteenth Omnibus Objection to Certain Proofs of Claim (Duplicate Bondholder Claims)* [Docket No. 892].

2. The deadline for parties to respond to the relief requested in the Omnibus Objections was January 4, 2021 (the "Response Deadline"). No responses to the Omnibus Objections were filed on the docket before the Response Deadline. Counsel for the Reorganized Debtors did not receive any informal responses to the Omnibus Objections.

3. The Reorganized Debtors respectfully request that the Court enter the attached proposed orders at the earliest convenience of the Court.

Houston, Texas
January 6, 2021

/s/ *Vienna F. Anaya*
Matthew D. Cavenaugh (Bar No. 24062656)
Jennifer F. Wertz (Bar No. 24072822)
Vienna F. Anaya (Bar No. 24091225)
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:       (713) 752-4221
Email:             mcavenaugh@jw.com
Email:             jwertz@jw.com
Email:             vanaya@jw.com

*Co-Counsel to the Reorganized Debtors*

## Certificate of Service

      I certify that on January 6, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Vienna F. Anaya*
Vienna F. Anaya