# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) Case No. 20-32021 (DRJ) |
|  | ) |
|  | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
|  | ) **Re:  Docket No. 893** |

## CERTIFICATE OF COUNSEL

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas* (the "Complex Case Procedures"), the undersigned counsel for the above-captioned debtors (collectively, the "Debtors" as applicable, and after the effective date of their plan of reorganization, the "Reorganized Debtors") certifies as follows:

1.  On December 1, 2020, the Reorganized Debtors filed their *The Reorganized Debtors' Fifteenth Omnibus Objection to Certain Proofs of Claim (Duplicate Bondholder Claims)* (the "Objection") [Docket No. 893].

2.  The deadline for parties to file responses to the relief requested in the Objection was January 4, 2021 (the "Response Deadline"). Counsel to the Reorganized Debtors received an informal response from counsel to William A. Ferer, which issues have now been resolved.  No other responses to the Objection were filed on the docket on or before the Response Deadline.  The

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218).  The location of the Reorganized Debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

Reorganized Debtors respectfully request that the Court enter the attached proposed order at the earliest convenience of the Court.

Houston, Texas
January 8, 2021

                                        */s/ Vienna F. Anaya*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:     (713) 752-4221
Email:         mcavenaugh@jw.com
               jwertz@jw.com
               vanaya@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

2

## Certificate of Service

       I certify that on January 8, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Vienna F. Anaya*
                                                  Vienna F. Anaya