IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WHITING PETROLEUM CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 20-32021 (DRJ) |
| Reorganized Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 893** |

**ORDER SUSTAINING REORGANIZED DEBTORS'
FIFTEENTH OMNIBUS OBJECTION TO CERTAIN
PROOFS OF CLAIM (DUPLICATE BONDHOLDER CLAIMS)**

Upon the objection (the "<u>Objection</u>")[2] of the above-captioned Reorganized Debtors and the for entry of an order (this "<u>Order</u>") sustaining the Reorganized Debtors' Fifteenth Omnibus Objection to certain Duplicate Bondholder Claims, all as more fully set forth in the Objection; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and this Objection in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each reorganized debtor's federal tax identification number, are: Whiting Canadian Holding Company Unlimited Liability Corporation (3662); Whiting Petroleum Corporation (8515); Whiting US Holding Company (2900); Whiting Oil and Gas Corporation (8829); and Whiting Resources Corporation (1218). The location of the reorganized debtors' service address is: 1700 Lincoln Street, Suite 4700, Denver, Colorado 80203.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. Each Duplicate Claim identified on **Exhibit A** attached to this Order is disallowed and expunged in its entirety and replaced by the applicable Remaining Claim identified on **Exhibit A** attached to this Order; *provided that* this Order will not affect the portion of the Remaining Claims identified on **Exhibit A**; *provided further* that the Reorganized Debtors reserve the right to object to any Proof of Claim identified as a Remaining Claim on **Exhibit A** on any applicable grounds.

3. The Reorganized Debtors' claims, noticing, and solicitation agent, Stretto, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in the Order.

4. To the extent a response is filed regarding any Duplicate Claim, each such Duplicate Claim, and the Objection as it pertains to such Duplicate Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate Claim.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity; (b) a waiver of the Reorganized Debtors' right to dispute

any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to § 365 of the Bankruptcy Code; or (f) a waiver of the Reorganized Debtors' rights under the Bankruptcy Code or any other applicable law.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020  
Houston, Texas

DAVID R. JONES  
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

**Duplicate Claims**

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 SANTIAGO BELLMUNT MOLINS & NURIA CABUTI BRULL JT TEN MORGAN STANLEY / ANDRES ECHEVERRI 220 ALHAMBRA CIRCLE FLOOR 10 CORAL GABLES, FL 33134 | 05/19/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 201 | $ 10,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 2 SHARON SCHOENBERG & STEVE SCHOENBERG JT TEN 3 TIMBER TERRACE CLIFTON PARK, NY 12065 | 05/25/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 288 | $ 500,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 3 SHERRY LYNN DELANEY 139 W. IMPERIAL HARAHAN, LA 70123 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 943 | $ 35,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 4 SHIYU LIANG 255 S. RENGSTORFF AVE. APT. 146 MOUNTAIN VIEW, CA 94040-1757 | 04/15/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 62 | $ 5,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | SILVIA ISABEL ESCOBAR URIBE & JUAN FERNANDO BOTERO SOTO JT TEN MORGAN STANLEY / ANDRES ECHEVERRI 220 ALHAMBRA CIRCLE FLOOR 10 CORAL GABLES, FL 33134 | 05/20/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 227 | $ 7,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 6 | SOUTHWEST RAIL INDUSTRIES, INC. CHRIS GARMOE PO BOX 65 WEIMAR, TX 78962 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 968 | $ 256,042.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 7 | STANDARD MUFFLER CORP FL. INSTALLMENT ACCOUNT C/O JEFEREY GELLMAN ATTN: STANDARD MUFFLER CORP FL 9121 CHULA VISTA ST. #12204 NAPLES, FL 34113 | 06/08/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 832 | $ 50,704.99 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 8 | STANDARD MUFFLER CORP FL. INSTALLMENT ACCOUNT C/O JEFEREY GELLMAN ATTN: STANDARD MUFFLER CORP FL 9121 CHULA VISTA ST. #12204 NAPLES, FL 34113 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 983 | $ 50,704.99 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | STEFANIE BRAND<br>15283 SOBEY ROAD<br>SARATOGA, CA 95070 | 05/29/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 468 | $ 72,460.44 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 10 | STEPHANIE M HOLLANDER IRA<br>C/O DELAWARE AVENUE ADVISORS<br>ATTN: EUGENE PETER CHAAS, CFA<br>1207 DELAWARE AVE<br>BUFFALO, NY 14207 | 06/15/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 1427 | $ 20,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 11 | STEPHEN E. ALLEN<br>1244 HERITAGE TRAIL<br>FRANKLIN, IN 46131 | 05/28/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 381 | $ 1,886.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 12 | STEVEN V MANDERSCHEID<br>5649 WOODCREST DR<br>EDINA, MN 55424 | 06/15/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 1334 | $ 15,000.00 | DELAWARE TRUST COMPANY<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR & KRISTIN S. ELLIOTT<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 06/12/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 1071 | $ 187,758,200.00 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | STUART VOGT<br>23475 S. WESTERN AVE.<br>PARK FOREST, IL 60466 | 05/29/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 431 | $ 10,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 14 | STUART VOGT<br>23475 S. WESTERN AVE.<br>PARK FOREST, IL 60466 | 05/29/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 432 | $ 6,000.00 | DELAWARE TRUST COMPANY<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR & KRISTIN S. ELLIOTT<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 06/12/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 1071 | $ 187,758,200.00 |
| 15 | SUSAN THERESA LENTO<br>135 PORTLAND AVE<br>REDDING, CT 06896 | 06/04/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 653 | $ 10,331.25 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 16 | TED M. POTTER<br>2515-238TH CT NE<br>SAMMAMISH, WA 98074 | 05/22/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 263 | $ 5,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | TESSA K. NEAL<br>5994 E. NICHOLS PL<br>CENTENNIAL, CO 80112 | 06/01/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 499 | $ 2,062.50 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 18 | THE BELLERIN TRUST<br>LENNOX PATON-MR.ARTHUR SELIGMAN<br>P.O.BOX N4875<br>NASSAU,<br>BAHAMAS | 06/12/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 1054 | $ 60,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 19 | THE VOGEL FAMILY TRUST<br>DR. J. VOGEL<br>41601 N RIVER BEND RD<br>ANTHEM, AZ 85086 | 06/05/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 697 | $ 1,520.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 20 | THINK AHEAD INTERNATIONAL LTD<br>MORGAN STANLEY / ANDRES ECHEVERRI<br>220 ALHAMBRA CIRCLE FLOOR 10<br>CORAL GABLES, FL 33134 | 05/19/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 199 | $ 50,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | THOMAS C. LOVELL/ANDREA LOVELL JTWROS THOMAS C. LOVELL 113 MERVIN DRIVE VENETIA, PA 15367 | 06/08/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 816 | $ 9,232.23 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 22 | THOMAS F. MILLER 4 BRIDLE PATH UNIT 302 LONDONDERRY, NH 03053 | 05/26/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 341 | $ 5,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 23 | THOMAS F. MILLER 4 BRIDLE PATH UNIT 302 LONDONDERRY, NH 03053 | 05/26/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 342 | $ 5,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 24 | THOMAS WEIKART 10569 N. 106TH PLACE SCOTTSDALE, AZ 85258 | 06/02/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 523 | $ 20,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | TIMOTHY GOVERS, GOVERS FAMILY LIVING TRUST 404 FAIRVIEW AVE MORRO BAY, CA 93442 | 06/02/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 509 | $ 19,328.18 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 26 | TIMOTHY S. DRAKE TRUST UAD 05/16/2017 2571 BERWYN ROAD COLUMBUS, OH 43221 | 05/19/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 202 | $ 50,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 27 | TIMOTHY W. FISHER P.O. BOX 211786 ANCHORAGE, AK 99521 | 05/27/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 371 | $ 2,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE JENNIFER J. PROVENZANO 505 ROSS STREET 12TH FLOOR PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 28 | TINA MARIE BEY 8420 E. BOWLINE RD TUCSON, AZ 85710 | 06/04/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 685 | $ 15,000.00 | DELAWARE TRUST COMPANY C/O KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & KRISTIN S. ELLIOTT 101 PARK AVENUE NEW YORK, NY 10178 | 06/12/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 1071 | $ 187,758,200.00 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | VALENSAY LTD<br>SION SOFFER<br>600 PARKVIEW DR<br>APT 8715<br>HALLANDALE, FL 33009 | 05/19/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 204 | $ 103,125.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 30 | VALENSAY LTD<br>SION SOFFER<br>600 PARKVIEW DR<br>APT 8715<br>HALLANDALE, FL 33009 | 05/20/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 231 | $ 100,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 31 | WAGIH R MANDO<br>4320 CHANCERY PARK DRIVE<br>FAIRFAX, VA 22030-8103 | 06/08/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 752 | $ 10,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 32 | WARD MCNEILLY & EUGENIA MCNEILLY JT TEN<br>WARD + EUGENIA MCNEILLY<br>334 MONROE ST<br>DENVER, CO 80206 | 06/08/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 828 | $ 25,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | WAYNE BETTS<br>PO BOX 846<br>UPTON, NY 11973 | 05/26/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 399 | $ 10,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 34 | WEALTH PROPERTIES, INC<br>1388 SUTTER ST., STE. 730<br>SAN FRANCISCO, CA 94109-5437 | 06/02/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 518 | $ 57,782.50 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 35 | WEIBIN HUANG<br>ROOM 2021, BUILDING 18, XIAJIAYUAN<br>CHAOYANG DISTRICT<br>BEIJING 100028,<br>CHINA | 05/28/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 418 | $ 52,875.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 36 | WERNER WEINRICH<br>3865 320TH AVENUE<br>BRECKENRIDGE, MN 56520 | 06/15/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 1407 | $ 25,000.00 | DELAWARE TRUST COMPANY<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR & KRISTIN S. ELLIOTT<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 06/12/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 1071 | $ 187,758,200.00 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 37 | WILLIAM A. FERER<br>440 HIGHVIEW ROAD<br>ENGLEWOOD, NJ 07631-2038 | 06/08/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 794 | $ 32,532.50 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 38 | WILLIAM A. FERER<br>440 HIGHVIEW ROAD<br>ENGLEWOOD, NJ 07631-2038 | 06/08/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 876 | $ 25,885.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 39 | WILLIAM A. WESLEY<br>1212 KETTLE LOOP<br>THE VILLAGES, FL 32163 | 05/26/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 329 | $ 20,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 40 | WILLIAM CESANO<br>PO BOX 53717<br>SAN JOSE, CA 95153 | 05/27/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 375 | $ 31,150.28 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 41 | WILLIAM GAWRON & CHRISTINE GAWRON<br>576 FULLER ROAD<br>CHICOPEE, MA 01020 | 06/09/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 789 | $ 35,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 42 | WILLIAM SIMPSON<br>5518 THOMAS SQUARE DR<br>WINTER GARDEN, FL 34787 | 05/20/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 230 | $ 20,962.56 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 43 | WONG CHUN HO<br>ROM D, H/F, TOWER J, TUEN MUN<br>TOWN PLAZA, TUEN MUN, N.7.<br>HONG KONG,<br>HONG KONG | 05/27/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 347 | $ 2,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 44 | WOW SERVICES, INC<br>IPG- LORENA GUERRA<br>8588 NW 70 ST<br>MIAMI, FL 33166 | 06/08/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 734 | $ 11,000.00 | DELAWARE TRUST COMPANY<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR& KRISTIN S. ELLIOTT<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | 06/12/20 | Whiting Petroleum Corporation 20-32021 (DRJ) | 1071 | $ 187,758,200.00 |

Whiting Petroleum Corporation 20-32021 (DRJ)
Duplicate Bondholder Claims
Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 45 | YANTO MUALIM<br>6450 DOUGHERTY RD.<br>APT. 1725<br>DUBLIN, CA 94568 | 05/18/20 | Whiting Oil and Gas Corporation<br>20-32022 (DRJ) | 169 | $ 5,287.50 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |
| 46 | ZACHARY SCOTT MUELLER<br>4793 S. PURA VIDA WAY<br>GOLD CANYON, AZ 85118 | 06/08/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 840 | $ 5,000.00 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS INDENTURE TRUSTEE<br>JENNIFER J. PROVENZANO<br>505 ROSS STREET<br>12TH FLOOR<br>PITTSBURGH, PA 15262 | 06/11/20 | Whiting Petroleum Corporation<br>20-32021 (DRJ) | 997 | $ 2,210,627,361.89 |