# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITING PETROLEUM CORPORATION, *et al.*, | ) Case No. 20-32021 (DRJ) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |

**DECLARATION OF GEORGE A. BARTON IN SUPPORT OF
CLAIMANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, George A. barton, declare as follows:

1. I am an attorney and member of Barton and Burrows, LLC. I have personal knowledge of the facts set forth in this Declaration.

2. Barton and Burrows, LLC has had three attorneys bill time in connection with the filing of Principle Energy, LLC's Objection and Opposition to Reorganized Debtors' Motion for an Entry of an Order to Appear and Show Cause as to Why Principle Energy, LLC is not in contempt of the Confirmation Order and In the Alternative To Enforce Confirmation Order (ECF #1285), and Principle Energy, LLC's Motion for Sanctions under Rule 9011.

3. I have spent a total of 2.5 hours in connection with preparing the above referenced filings. Stacy A. Burrows, an attorney and member of the Barton and Burrows, LLC has spent a total of 1.1 hours in connection with preparing the above-referenced filings. Seth K. Jones, the Associate Attorney assigned to this matter has spent a total of 8.2 hours in connection with preparing the above-referenced filings.

4. As reflected in the schedule below, Barton and Burrows, LLC is requesting attorneys' fees in an amount of $5,135.00, plus costs in the amount of $188.00 which represents

1

fees incurred in responding to the above referenced filings.

| DATE | DESCRIPTION | HOURS | HOURLY RATE | SUB-TOTAL CHARGE |
|---|---|---|---|---|
| 08/18/2022 | Research potential recovery of attorneys' fess; drafted a response to Motion to show cause | 3.10 | $300.00 (Associate) | $930.00 |
| 08/19/2022 | Drafted response to Motion to show cause; Drafted Motion for attorneys' fees and costs | 3.40 | $300.00 (Associate) | $1,020.00 |
| 08/22/2022 | Work re: opposition to Whiting's Motion for order to show cause in the bankruptcy court; conferences with Mr. Jones | 2.50 | $850.00 (Member) | $2,125.00 |
| 08/24/2022 | Work regarding the Whiting Motion for Entry of Order to Show Cause filed in the BK Court | 1.10 | $500 (Member) | $550.00 |
| 08/25/2022 | Updated Motion for Sanctions to reflect comments and suggestions from Ms. Burrows | 1.20 | $300.00 (Associate) | $360 |
| 08/26/2022 | Finalized Motion for Sanctions and served the same on counsel for reorganized debtors | 0.50 | $300.00 (Associate) | $150.00 |
| Expenses: | Pro hac vice fee for Mr. Barton | | | $188.00 |
| | | **TOTAL** | | **$5,323.00** |

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 26th day of August, 2022.

                                                                  /s/*George A. Barton*
                                                                 George A. Barton